UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | 20    -CR-468(  )(  ) |
| Robert Hadden | |
| Defendant(s). | |

-----------------------------------------------------------------X

Defendant __Robert Hadden__ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

__X__  Initial Appearance Before a Judicial Officer

__X__  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Robert Hadden**
Print Defendant's Name

_/s/ Wayne Gosnell_
Defendant's Counsel's Signature

**Wayne Gosnell**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/9/2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge