**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                            20 CR. 468 (RMB)

   -against-

                                                            **ORDER**

ROBERT HADDEN,
                Defendant.
------------------------------------------------------------X

     The Court will hold a telephonic pretrial conference on Thursday, September 17, 2020 at 10:00 AM.

     Participants, members of the public and the press may use the following dial-in information:

     USA Toll-Free Number: 1-877-336-1829
     Access Code: 6265989
     Security Code: 0468

     Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.


Dated: September 16, 2020
       New York, NY

                                                  */s/ Richard M. Berman*
                                               RICHARD M. BERMAN
                                                     U.S.D.J.