UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      20 CR. 468 (RMB)

  -against-

**ORDER**

ROBERT HADDEN,
                Defendant.
------------------------------------------------------------X

The Court will hold a status conference on Wednesday, October 21, 2020 at 12:30 PM.

Participants, members of the public and the press may use the following dial-in information:

    USA Toll-Free Number: 1-877-336-1829
    Access Code: 6265989
    Security Code: 0468

Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: October 20, 2020
       New York, NY

                                    _____
                                        RICHARD M. BERMAN
                                            U.S.D.J.