20-cr-0468 (RMB)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: PART 41

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>-against-<br><br>ROBERT HADDEN,<br><br>Defendant. | PLEA AGREEMENT<br><br>Indictment No.<br>2044/2014 |

By this agreement, the parties in the above-captioned case agree to the following:

1. Defendant will plead guilty to Criminal Sexual Act in the Third Degree, P.L. §130.40(1) under Count 2 and Forcible Touching, P.L. §130.52 under Count 6 in full satisfaction of the above-captioned indictment.

2. Defendant will be sentenced to a conditional discharge and will be subject to the following conditions: At the time of the plea, defendant will execute a written surrender of his New York State license to practice medicine which will be forwarded to the Office of Professional Medical Conduct. Defendant agrees that he will not seek licensure in any other jurisdiction as a condition of this plea.

3. Defendant waives his right to any decision on any and all pending motions filed under this indictment, including *Molineaux* and severance motions.

4. Defendant will execute a written waiver of his right to appeal.

5. The People agree that defendant will not be prosecuted for any similar crimes which are known to the District Attorney's Office as of on or before February 22, 2016.

_____
Robert Hadden
Defendant

_____
Isabelle Kirshner
Counsel for Defendant

_____
Laura Millendorf
Assistant District Attorney

Clerk's office to docket and file.

SO ORDERED:
Date: 10/21/2020    Richard M. Berman, U.S.D.J.

# SUPREME COURT OF THE STATE OF NEW YORK
# COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

ROBERT HADDEN,

                              Defendant.

## PLEA AGREEMENT

INDICTMENT NO.    2044/2014

Cyrus R. Vance, Jr.
District Attorney
New York County
One Hogan Place
New York, New York 10013
(212) 335-9000