2044/2014   20-cr-0468 (RMB)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK

-against-

ROBERT HADDEN,

                      Defendant.

---

Clerk's office to docket and file.

SO ORDERED:
Date: 10/21/2020    *Richard M. Berman*
Richard M. Berman, U.S.D.J.

THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuses the defendant of the crime of **CRIMINAL SEXUAL ACT IN THE THIRD DEGREE**, in violation of Penal Law §130.40(1), committed as follows:

The defendant, in the County of New York, on or about September 27, 2011, engaged in oral sexual conduct with an individual known to the Grand Jury who was incapable of consent by reason of some factor other than being less than seventeen years old.

SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **CRIMINAL SEXUAL ACT IN THE THIRD DEGREE**, in violation of Penal Law §130.40(1), committed as follows:

The defendant, in the County of New York, on or about February 7, 2012, engaged in oral sexual conduct with a second individual known to the Grand Jury who was incapable of consent by reason of some factor other than being less than seventeen years old.

THIRD COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **CRIMINAL SEXUAL ACT IN THE THIRD DEGREE**, in violation of Penal Law §130.40(1), committed as follows:

The defendant, in the County of New York, on or about June 29, 2012, engaged in oral sexual conduct with a second individual known to the Grand Jury who was incapable of consent by reason of some factor other than being less than seventeen years old.

FOURTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **CRIMINAL SEXUAL ACT IN THE THIRD DEGREE**, in violation of Penal Law §130.40(1), committed as follows:

The defendant, in the County of New York, on or about March 5, 2012, engaged in oral sexual conduct with a third individual known to the Grand Jury who was incapable of consent by reason of some factor other than being less than seventeen years old.

FIFTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **CRIMINAL SEXUAL ACT IN THE THIRD DEGREE**, in violation of Penal Law §130.40(1), committed as follows:

The defendant, in the County of New York, on or about June 12, 2012, engaged in oral sexual conduct with a fourth individual known to the Grand Jury who was incapable of consent by reason of some factor other than being less than seventeen years old.

SIXTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FORCIBLE TOUCHING**, in violation of Penal Law §130.52, committed as follows:

The defendant, in the County of New York, on or about May 7, 2012, intentionally and for no legitimate purpose, forcibly touched the sexual and other intimate parts of a fifth individual known to the Grand Jury for the purpose of degrading and abusing such person and for the purpose of gratifying the defendant's sexual desire.


SEVENTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **SEXUAL ABUSE IN THE THIRD DEGREE**, in violation of Penal Law §130.55, committed as follows:

The defendant, in the County of New York, on or about May 7, 2012, subjected a fifth individual known to the Grand Jury to sexual contact without her consent.

EIGHTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **FORCIBLE TOUCHING**, in violation of Penal Law §130.52, committed as follows:

The defendant, in the County of New York, on or about July 31, 2012, intentionally and for no legitimate purpose, forcibly touched the sexual and other intimate parts of a sixth individual known to the Grand Jury for the purpose of degrading and abusing such person and for the purpose of gratifying the defendant's sexual desire.

NINTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **SEXUAL ABUSE IN THE THIRD DEGREE**, in violation of Penal Law §130.55, committed as follows:

The defendant, in the County of New York, on or about July 31, 2012, subjected a sixth individual known to the Grand Jury to sexual contact without her consent.

CYRUS R. VANCE, JR.<br>
District Attorney

GJ #4-11

Filed:                    NA

No. [          ]

THE PEOPLE OF THE STATE OF NEW YORK

-against-

ROBERT HADDEN,

                              Defendant.

INDICTMENT

CRIMINAL SEXUAL ACT IN THE THIRD DEGREE, P.L. §130.40(1), 5 Cts
FORCIBLE TOUCHING, P.L. §130.52, 2 Cts
SEXUAL ABUSE IN THE THIRD DEGREE, P.L. §130.55, 2 Cts

CYRUS R. VANCE, JR., District Attorney

A True Bill

                              Foreman

ADJOURNED TO PART _____ ON _____

Laura Millendorf
SVB