

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Wayne E. Gosnell
Partner
gosnell@clayro.com

November 1, 2020

Judge Richard M. Berman
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: *United States v. Robert Hadden*, 20 Cr. 468 (RMB)

Dear Judge Berman:

  We are temporary counsel to Robert Hadden in the above-referenced Indictment. We write regarding the bail conditions set by the Court and, as set forth below, to request a modification of those conditions to permit Mr. Hadden to leave home confinement on Tuesday, November 3, 2020 in order to vote in the 2020 Election. If the court grants this request, Mr. Hadden will confer with his Pre-Trial Services officer about logistics.

  We have conferred with the government about our application. It does not object to our request.

Respectfully submitted,

Wayne E. Gosnell, Jr.
Isabelle Kirshner
Clayman & Rosenberg LLP
305 Madison Avenue, Suite 650
New York, New York 10165
*Counsel for Robert Hadden*

cc by ECF:
  Jessica Lonergan
  Maureen Comey
  Lara Pomerantz

---

Application granted on consent. Logistics to include identification and address of polling place and times of departure from and return to domicile.

SO ORDERED:
Date: 11/2/2020

*Richard M. Berman*
Richard M. Berman, U.S.D.J.