**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

    -against-

ROBERT HADDEN,
                Defendant.

------------------------------------------------------------X

20 CR. 468 (RMB)

**ORDER**

      The Court will hold a status conference on Thursday, November 12, 2020 at 9:30 AM.

      Participants, members of the public and the press may use the following dial-in information:

      USA Toll-Free Number: 1-877-336-1829
      Access Code: 6265989
      Security Code: 0468

      Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: November 5, 2020
       New York, NY

                                                RICHARD M. BERMAN
                                                U.S.D.J.