

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 12, 2020

**By ECF and Email**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   **United States v. Robert Hadden**,
            20 Cr. 468 (RMB)

Dear Judge Berman:

      As requested at this morning's conference, the Government writes to update the Court about the defendant's compliance with the terms of his pretrial release. The Government spoke with a representative of Pretrial Services in the District of New Jersey. The Government understands that to date, the defendant has complied with the terms of his pretrial release, including attending weekly counseling sessions and monthly sessions with his psychiatrist.

                                Respectfully submitted,

                                AUDREY STRAUSS
                                Acting United States Attorney

                 by: __s/_____
                      Maurene Comey
                      Jessica Lonergan
                      Lara Pomerantz
                      Assistant United States Attorneys
                      (212) 637-2324 / 1038 / 2343

cc:    Isabelle Kirshner, Esq. (by email and ECF)
        Wayne Gosnell, Esq. (by email and ECF)