**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                  20 CR. 468 (RMB)

  -against-

                                  **ORDER**

ROBERT HADDEN,
                Defendant.
-------------------------------------------------------------X

      The status conference previously scheduled for Tuesday, December 8, 2020 at 11:30 AM is hereby rescheduled for Thursday, December 17, 2020 at 9:00 AM.

      Participants, members of the public and the press may use the following dial-in information:

      USA Toll-Free Number: 1-877-336-1829
      Access Code: 6265989
      Security Code: 0468

      Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: December 8, 2020
       New York, NY

                                                  */s/ Richard M. Berman*
                                            RICHARD M. BERMAN
                                                 U.S.D.J.