**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

        -against-

ROBERT HADDEN,
                Defendant.

-----------------------------------------------------------X

        20 CR. 468 (RMB)

        **<u>ORDER</u>**

      The status conference previously scheduled for Thursday, December 17, 2020 at 9:00 AM is hereby rescheduled for Wednesday, December 23, 2020 at 9:00 AM.

      Participants, members of the public and the press may use the following dial-in information:

      USA Toll-Free Number: 1-877-336-1829
      Access Code: 6265989
      Security Code: 0468

      Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: December 16, 2020
      New York, NY

                                    _Richard M. Berman_
                                    RICHARD M. BERMAN
                                       U.S.D.J.