

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Wayne E. Gosnell
Partner
gosnell@clayro.com

December 28, 2020

Judge Richard M. Berman
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

     RE:  *United States v. Robert Hadden*, 20 Cr. 468 (RMB)

Dear Judge Berman:

  We are temporary counsel to Robert Hadden. We write following (1) this Court's Decision & Order dated December 23, 2020; (2) Clayman & Rosenberg LLP's Letter Motion dated December 24, 2020; and (3) this Court's December 26, 2020 Order rejecting Clayman & Rosenberg LLP's Letter Motion.

  Pursuant to the December 26 Order, Clayman & Rosenberg LLP will be filing a motion that addresses its status as counsel to Mr. Hadden in this matter and Mr. Hadden's application for court-appointed counsel. We propose the following briefing schedule: our motion due Monday, January 4, 2021; Government response (if any) due Thursday, January 7, 2021; our reply (if any) due Saturday, January 9, 2021.

  In light of the proposed briefing schedule set forth above, we also request that this Court stay that portion of its December 23 Decision & Order that requires Clayman & Rosenberg LLP to submit to the court redacted copies of Mr. Hadden's financial affidavit until the motion has been decided by this Court.

  We have conferred with the government and they do not object to our requests.

                Respectfully submitted,

                Wayne E. Gosnell, Jr.
                Isabelle Kirshner
                Clayman & Rosenberg LLP
                305 Madison Avenue, Suite 650
                New York, New York 10165
                *Counsel for Robert Hadden*

cc by ECF:
    Jessica Lonergan
    Maureen Comey
    Lara Pomerantz