UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                          :

UNITED STATES OF AMERICA         :

                                          :     Case No.: 20 Cr. 468 (RMB)

               v.                    :

                                          :     NOTICE OF MOTION

ROBERT HADDEN                  :

                                          :

                          Defendant.   :
------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the annexed Declarations of WAYNE E. GOSNELL, JR. and ROBERT HADDEN and attached and accompanying Exhibits, defendant Robert Hadden will move this Court, before the Honorable Richard M. Berman, U.S.D.J. at the United States Courthouse located at 500 Pearl Street, New York, New York, on January 9, 2021 to Reconsider the Court's December 23, 2020 Decision & Order and granting the following relief:  (1) an Order clarifying that Clayman & Rosenberg LLP's representation of Mr. Hadden in this matter has been terminated and excusing Clayman & Rosenberg LLP from further appearances; and (2) an Order granting Mr. Hadden's application for court-appointed counsel.

Dated: New York, NY
       January 4, 2021

                                 Respectfully submitted,

                         By:_____
                               Wayne E. Gosnell, Jr.
                               Isabelle A. Kirshner
                               CLAYMAN & ROSENBERG LLP
                               305 Madison Avenue, Suite 650
                               New York, New York 10165
                               *Counsel for Robert Hadden*

By ECF to:

      Jessica Lonergan
      Maurene Comey
      Lara Pomerantz
      Assistant United States Attorneys
      United States Attorney's Office
      Southern District of New York
      One St. Andrews Plaza
      New York, NY 10007

      *Counsel for United States of America*