**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                             20 Cr. 468 (RMB)

   -against-

                                                ORDER OF REFERENCE
ROBERT HADDEN                           TO A MAGISTRATE JUDGE

                            Defendant.
-------------------------------------------------------------X

The above entitled action is referred to Magistrate Judge Ona T. Wang for the following purpose(s):

| | | | |
|---|---|---|---|
| _____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| __X__ | Specific Non-Dispositive Motion/Dispute:*  <u>Help Defendant conclude retainer agreement with CJA counsel</u> | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| | | _____ | Social Security |
| _____ | Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | Inquest After Default/Damages Hearing | _____ | Particular Motion: _____ |
| | | | All Such Motions: _____ |

\*   Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated:  New York, New York
           January 12, 2021

                                              _____
                                              **RICHARD M. BERMAN, U.S.D.J.**