UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

             Government,

             -against-

ROBERT HADDEN,

             Defendant.

-----------------------------------------------------------x

20-CR-468 (RMB) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

**ORDERED** that a telephonic status conference will be held on **January 15, 2021 at 1:00 p.m.** to discuss whether Defendant qualifies for partial CJA appointment under this District's CJA Plan. (*See* ECF 53). The dial-in information is as follows:

- Telephone Number: 866-390-1828
- Access Code: 1582687.

SO ORDERED.

                                                      *s/ Ona T. Wang*

Dated: January 14, 2021              **Ona T. Wang**
        New York, New York       United States Magistrate Judge