AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES <br> *Plaintiff* <br> v. <br> ROBERT HADDEN <br> *Defendant* | ) <br> ) <br> ) Case No. 20 Cr. 468 (RMB) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert Hadden

Date: 01/19/2021

*Attorney's signature*

Deirdre D. von Dornum
*Printed name and bar number*

Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
*Address*

deirdre_vondornum@fd.org
*E-mail address*

(917) 623-9894
*Telephone number*

(718) 855-0760
*FAX number*