UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                                            :     20 Cr. 468 (RMB)
            - against -                     :
                                            :     **ORDER**
ROBERT HADDEN,                              :
                                            :
                        Defendant.          :
------------------------------------------------------------x

    Federal Defenders has filed a notice of appearance on behalf of Mr. Hadden. See Jan. 19, 2021 Notice of Appearance. In view of that development, the motion dated January 4, 2021 [Dck. # 42] submitted by Wayne Gosnell and Isabelle Kirshner is denied as moot. *See e.g. United States v. Castro*, 2020 WL 4003606, at *7 (E.D.N.Y. July 15, 2020) ("[B]efore the Court is the Defendant's motion to appoint counsel. Since the Defendant filed that motion, the federal defenders appeared on his behalf. Accordingly, the Court denies this motion as moot.").

    Wayne Gosnell and Isabelle Kirshner's application to be relieved as defense counsel in this case is granted.

    A scheduling/status conference will be held on Thursday, February 4, 2021 at 10:00 a.m.

Dated: New York, New York
        January 22, 2021

                                                    _____
                                                    **RICHARD M. BERMAN, U.S.D.J.**