**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                        20 CR. 468 (RMB)

   -against-

                                          **ORDER**

ROBERT HADDEN,
                Defendant.
------------------------------------------------------------X

      The scheduling/status conference scheduled for Thursday, February 4, 2021 at 10:00 AM will be held telephonically.

      Participants, members of the public and the press may use the following dial-in information:

      USA Toll-Free Number: 1-877-336-1829
      Access Code: 6265989
      Security Code: 0468

      Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: January 28, 2021
       New York, NY

                                              _____
                                                  RICHARD M. BERMAN
                                                        U.S.D.J.