

**Koenig**
Valuation
Litigation Support
Planning
ASSOCIATES LLC
CERTIFIED PUBLIC ACCOUNTANTS

December 3, 2020

Dr. Robert Hadden
280 Windsor Road
Englewood, NJ 07630

Re:     **Declaration of Net Worth & Cash Flow Statements**

Dear Dr. Hadden:

Attached please find completed Form 48D – Declaration of Net Worth & Cash Flow Statements along with completed Form 48 – Net Worth Statement and Form 48B – Monthly Cash Flow Statement. We have not Audited, Reviewed or Compiled a Personal Financial Statement as that is understood under Financial Accounting Standards Board pronouncement FASB ASC 274, Personal Financial Statements, but have prepared Forms 48D, 48 and 48B from information provided by you. We have not verified the accuracy or completeness of the information provided nor can we express an opinion, or conclusion nor provide any assurance on the Forms 48D, 48 and 48B.

As the Net Worth & Cash Flow Statements request supporting documentation, we have provided copies of the documents utilized for preparation in *Exhibits 1* through *12.*

As *Exhibits 1 – 7* support Form 48, Net Worth Statement, they immediately follow that statement.

*Exhibits 8 -12* follow Form 48B, Monthly Cash Flow, in support of that statement.

Thank you.

Mark Koenig, CPA/ABV, CVA

PROB 48D
(Rev 07/13)

## DECLARATION OF DEFENDANT OR OFFENDER
## NET WORTH & CASH FLOW STATEMENTS

I, _____ Robert A. Hadden _____ , residing at ██████████████████ ,
in the city (or county) of _____ Englewood _____ , in the state of _____ New Jersey _____ ,
have completed the attached ☑ Net Worth Statement (Prob. Form 48) or ☑ Net Worth Short Form Statement (Prob.
Form 48EZ) and/or ☑ Cash Flow Statement (Prob. Form 48B) that fully describe my financial resources, including a
complete listing of all assets owned or controlled by me as of this date and any transfers or sales of assets since my arrest.
The Cash Flow Statement (Prob. Form 48B) also includes my financial needs and earning ability and the financial needs
and earning ability of my spouse (or significant other) and my dependent(s) living at home.

Net Worth Statement (Total pages, including additional pages     35  )
Net Worth Short Form Statement (Total pages, including additional pages          )
Cash Flow Statement (Total pages, including additional pages     49  )

I declare under penalty of perjury that the foregoing is true and correct.

False statements may result in revocation of supervision, in addition to possible prosecution under the provisions of
18 U.S.C. § 1001, which carries a term of imprisonment of up to 5 years and a fine of up to $250,000, or both.

_____
(Defendant Signature)

Executed on
4th day of DECEMBER , 2020 .

PROB 48
(Rev. 07/13)

| Last Name | First Name | Middle Name | Social Security Number |
|-----------|-----------|-------------|------------------------|
| Hadden | Robert | Anthony | ▮▮▮▮▮▮▮▮ |

## Instructions for Completing Net Worth Statement

Having been convicted in the United States District Court, you are required to prepare and file with the probation officer an affidavit fully describing your financial resources, including a complete listing of all assets you own or control as of this date and any assets you have transferred or sold since your arrest. Amendments were made to 18 U.S.C. §§ 3663(a)(1)(B)(i), 3664(d)(3), and 3664(f)(2), and Rule 32(b)(4)(F) to clarify that the assets owned, jointly owned, or controlled by an offender, and liabilities are all relevant to the court's decision regarding the ability to pay. Your Net Worth Statement should include assets or debts that are yours alone (I-Individual), assets or debts that are jointly (J-Joint) held by you and a spouse or significant other, assets or debts that are held by a spouse or significant other (S-Spouse or Significant Other) that you enjoy the benefits of or make occasional contributions toward, and assets or debts that are held by a dependent (D-Dependent) that you enjoy the benefits of or make occasional contributions toward.

If you are placed on probation or supervised release (or other types of supervision), you may be periodically required to provide updated information fully describing your financial resources and those of your dependents, as described above, to keep a probation officer informed concerning compliance with any condition of supervision, including the payment of any criminal monetary penalties imposed by the court (see 18 U.S.C. § 3603).

Please complete the Net Worth Statement in its entirety. You must answer "None" to any item that is not applicable to your financial condition. Attach additional pages if you need more space for any item. All entries must be accompanied by supporting documentation (see Request for Net Worth Statement Financial Records (Prob. 48A)). Initial and date each page (including any attached pages). Also, sign, date, and attach the Declaration of Defendant or Offender Net Worth & Cash Flow Statements (Prob. 48D).

PROB 48
(Rev. 07/13)

**Last Name -** Hadden

# NET WORTH STATEMENT

NOTE: **I = Individual    J = Joint    S = Spouse/Significant Other    D = Dependent**

## ASSETS

**BANK ACCOUNTS** (Include all personal and businesses checking and savings accounts, credit unions, money markets, certificates of deposit, IRA and KEOGH accounts, ROTH IRA's, Thrift Savings, 401K, etc.)

**Section A**

| I/J S/D | Name of Institution | Address | Type of Account | Account Number | Personal or Commercial | Balance |
|---|---|---|---|---|---|---|
| S | USAA | 10750 McDermott Fwy San Antonio, TX 79288 | Ck | | P | $132,772.18 |
| | (SEE EXHIBIT 1) | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**SECURITIES** (Include all stocks in public corporations, stocks in businesses you own or have an interest in, bonds, mutual funds, U.S. Government securities, etc.)

**Section B**

| I/J S/D | Name and Kind of Security | Location of Security | Number of Units | Fair Market Value |
|---|---|---|---|---|
| | None | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**MONEY OWED TO YOU BY OTHERS** (Include all money owed to you by any person or entity.)

**Section C**

| I/J S/D | Name and Address of Debtor | Amount Owed to You | Reason Owed to You | Date Money Loaned | Relationship to Debtor (if any) | Monthly Payment or Date Full Payment Expected | Is Debt Collectible? |
|---|---|---|---|---|---|---|---|
| | None | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Initials _____   Date _____

PROB 48
(Rev 07/13)

**Last Name -** Hadden

## Section D

**LIFE INSURANCE** (Include type of policy [whole life, variable, or term], face amount [the stated amount of coverage] and cash surrender value [the value of the investment portion of a whole life or variable policy.])

| I/J S/D | Name and Address of Company and Name of Beneficiary | Policy Number | Type of Policy | Face Amount | Cash Surrender Value | Amount Borrowed | Amount You Can Borrow |
|---|---|---|---|---|---|---|---|
| I | NW Mutual | Various | Whole | $776,898.00 | $166,194.00 | $125,820.00 | $40,374.00 |
| | (SEE EXHIBIT 2) | | | | | | $0.00 |
| | | | | | | | $0.00 |

## Section E

**SAFE DEPOSIT BOXES OR STORAGE SPACE FACILITY** (Include all safe deposit boxes or storage space you rent or places you have access to in which others are holding assets or items belonging to you.)

| I/J S/D | Name and Address of Box or Facility Location | Box Number or Space | Contents | Fair Market Value |
|---|---|---|---|---|
| | None | | | |
| | | | | |
| | | | | |

## Section F

**MOTOR VEHICLES** (Include all cars, trucks, mobile homes, motorcycles, all terrain vehicles, boats, airplanes, etc.)

| I/J S/D | Year, Make & License Number/Vehicle Identification Number | Mileage | Loan/Lease Balance (if any) | Date Loan/Lease Will be Paid Off or Ends | Monthly Payment | Fair Market Value |
|---|---|---|---|---|---|---|
| S | '07 Toyota JTDB792397106B512 | 66,491 | | | | $2,500.00 |
| S | '17 VW Passat IVWDT7A32HC071699 | 12,559 | | 02/02/2021 | $298.01 | $11,000.00 |
| | | | | | | |

## Section G

**REAL ESTATE** (Include property, parcels, lots, timeshares, and developed land with buildings.)

| I/J S/D | Real Estate Address (include county and state)/ Mortgage Company or Lien Holder | Purchase Date | Purchase Price | Mortgage Balance (if any) | Date Mortgage Will be Paid Off | Monthly Payment | Fair Market Value |
|---|---|---|---|---|---|---|---|
| J | ENGLEWOOD N.J. | 06/25/2015 | $470,000.00 | $148,208.00 | 11/09/2048 | $2,383.88 | $500,000.00 |
| | MR. COOPER MORTGAGE | | | | | | |
| | (EXHIBIT 6) | | | | | | |

## Section H

**MORTGAGE LOANS OWED TO YOU** (Include name, address, and relationship [if any] to the mortgagee [the party that bought the real estate you sold while you is making payments to you].)

| I/J S/D | Mortgagee (name & address)/ Relationship to Mortgagee | Mortgage Balance | Date Mortgage Will be Paid Off | Balloon Payment? If Yes, Date? | Monthly Payment | Is Debt Collectible? |
|---|---|---|---|---|---|---|
| | NONE | | | | | |
| | | | | | | |
| | | | | | | |

Initials _____ Date _____

PROB 48
(Rev. 07/13)

**Last Name -** Hadden

## Section I

OTHER ASSETS (Include any cash on hand, jewelry, art, paintings, coin collections, stamp collections, musical instruments, collectibles, antiques, home furnishings, copyrights, patents, etc.)

| I/J S/D | Description | Loan Balance (if any) | Date Loan Will be Paid Off | Monthly Payment | Where is Asset Located? | Fair Market Value |
|---|---|---|---|---|---|---|
| I | CHILDHOOD COIN COLLECTION | | | | HOME | $500.00 |
| J | HOME FURNISHINGS | | | | HOME | $30,000.00 |
| S | JEWELRY | | | | HOME | $10,000.00 |
| | | | | | | |
| | | | | | | |

## Section J

ANTICIPATED ASSETS (Include any assets you expect to receive or control from lawsuits for compensation or damages, profit sharing, pension plans, inheritance, wills, or as an executor or administrator of any succession or estate.)

| I/J S/D | Amount Received or Expected to Receive | Date Expected to Receive | Reason You Expect This | Name and Address of Person or Company That Can Verify This (e.g., attorney, financial institution, executor) |
|---|---|---|---|---|
| I | $0.00 | | SEE EXHIBIT 3 | |
| | | | | |
| | | | | |

TRUST ASSETS (Include all trusts in which you are a grantor or donor [the person who establishes the trust], the trustee or fiduciary [who controls the trust assets and income or the beneficiary who has or will receive benefits from the trust].)

| I/J S/D | Name of Trust/ Taxpayer ID# | Value of Trust | Your Annual Income From Trust | Your Interest in Trust Assets |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |

## Section K

BUSINESS HOLDINGS (Include all businesses in which you have an ownership interest or with which you had an affiliation within the last three years; e.g., self-employed sole proprietor, officer, shareholder, board member, partner, associate, etc.) Complete Section N (attach additional pages, if necessary).

| I/J S/D | Name and Address of Business/ Taxpayer I.D.# | Type of Business Entity | Industry of Business | Date Business Started | Capital Investment to Start | Your Ownership Interest Percentage | Sale Price or Fair Market Value of Your Interest |
|---|---|---|---|---|---|---|---|
| | NONE | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Initials _____   Date _____

PROB 48
(Rev  07/13)

**Last Name -** Hadden

| | | | | | | |
|---|---|---|---|---|---|---|
| **Section L** | **INCOME TAX RETURNS** | | | | | |

### INCOME TAX RETURNS

| Type of Income Tax Return Filed | Last Filing Year | Years of Last 5 Income Tax Returns You Will Submit to the Probation Officer |
|---|---|---|
| Individual (Form 1040) | 2019 | 2019, 2018, 2017 |
| Partnership/Limited Liability Company (Form 1065) | | |
| Corporation (Form 1120) | | |
| S Corporation (Form 1120S) | | |

### TRANSFER OF ASSETS (Include any assets you have transferred or sold since the date of your arrest with a cost or fair market value of more than $1,000.00.  Also list any assets that someone else is holding on your behalf.)

| I/J S/D | Description of Asset/ Reason Transferred/Sold | Date of Transfer/Sale | Original Cost | Amount You Received, if Any | Name of Purchaser or Person Holding the Asset | Sale Price or Fair Market Value at Transfer |
|---|---|---|---|---|---|---|
| I | CHECK TO DAUGHTER AND SON IN LAW FOR ➕ | 10/26/2019 | $100,000.00 | | EMILY MATULA | |
| | PURCHASE OF HOUSE | | | | KYLE MATULA | |
| | (SEE EXHIBIT 4) | | | | | |
| | TRANSFER OF BANK FUNDS ➕ | | | | | |
| | ( SEE EXHIBIT 5) | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### NAMES OF SHAREHOLDERS OR PARTNERS (Include all shareholders, officers, and/or partners, indicating each respective ownership interest.)

| Name of Business | Names of Shareholders/Partners | Ownership Interest Percentage |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Initials _____     Date _____

PROB 48
(Rev 07/13)

Page 6 of 7

**Last Name -**  Hadden

| | ASSETS YOU WILL LIQUIDATE (Include all assets you intend to liquidate to satisfy any criminal monetary penalties that may be imposed.) | | | |
|---|---|---|---|---|
| | **Asset Description** | **Estimated Value of Asset** | **Date You Will Liquidate** | **Current Location of Asset (if real property, county and state)** |
| **Section O** | NONE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | PROSPECT OF INCREASE IN ASSETS (Give a general statement of the prospective increase of the value of any asset you own.) |
|---|---|
| **Section P** | I am 63 years old and have not been practicing for 8 years nor working in any capacity.  The prospect of gainful employment |
| | is negligible, if at all.  The only asset that could increase in value might be our jointly owned principle residence that is subject |
| | to both market increases and decreases.  Additionally, the principle residence is securing my Appearance Bond.  The |
| | Appearance Bond has been reproduced as part of Exhibit 6. |
| | |
| | |
| | |
| | |
| | |

Initials _____   Date _____

PROB 48
(Rev 07/13)

| Last Name - | Hadden |
|---|---|

# LIABILITIES

**CHARGE ACCOUNTS AND LINES OF CREDIT** (Include all bank credit cards, lines of credit, revolving charge accounts, etc.)

<table>
<tr><td rowspan="5">Section A</td><td>I/J<br>S/D</td><td>Type of<br>Account<br>or Card</td><td colspan="2">Name and Address<br>of Creditor</td><td>Credit<br>Limit</td><td>Amount<br>Owed</td><td>Credit<br>Available</td><td>Minimum<br>Monthly<br>Payment</td></tr>
<tr><td></td><td>NONE</td><td colspan="2"></td><td></td><td></td><td>$0.00</td><td></td></tr>
<tr><td></td><td></td><td colspan="2"></td><td></td><td></td><td>$0.00</td><td></td></tr>
<tr><td></td><td></td><td colspan="2"></td><td></td><td></td><td>$0.00</td><td></td></tr>
<tr><td></td><td></td><td colspan="2"></td><td></td><td></td><td>$0.00</td><td></td></tr>
</table>

**OTHER DEBTS** (Include mortgage loans, notes payable, delinquent taxes, and child support.)

<table>
<tr><td rowspan="5">Section B</td><td>I/J<br>S/D</td><td>Owed To</td><td>Address</td><td>Relationship<br>(if any)</td><td>Amount<br>Owed</td><td>Reason<br>Owed</td><td>Monthly<br>Payment</td></tr>
<tr><td>J</td><td>NATIONSTAR<br>MTG</td><td>PO BOX 619060<br>CLEVELAND, OHIO 44181</td><td></td><td>$148,409.00</td><td></td><td>$2,383.88</td></tr>
<tr><td></td><td>MR. COOPER</td><td>(SEE EXHIBIT 6)</td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
</table>

**PARTY TO CIVIL SUIT** (Include any civil lawsuits you have ever been a party to.)

<table>
<tr><td rowspan="4">Section C</td><td>I/J<br>S/D</td><td>Name of Plaintiff<br>in the Case</td><td>Court of Jurisdiction<br>and County</td><td>Case<br>Number</td><td>Date of Suit<br>Filed</td><td>Date of<br>Judgment</td><td>Judgment Amount/<br>Unpaid Balance</td></tr>
<tr><td></td><td>(Listed in EXHIBIT 7)</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
</table>

**BANKRUPTCY FILINGS** (Include information requested for any Chapter 7, 11, or 13 bankruptcy filings you have ever been a party to as an individual or as a business entity.

<table>
<tr><td rowspan="4">Section D</td><td>I/J<br>S/D</td><td>Type of Bankruptcy<br>(Voluntary or Involuntary)/<br>Name and Address of Trustee</td><td>Bankruptcy<br>Case<br>Number</td><td>Bankruptcy Court<br>of Jurisdiction</td><td>County and State of<br>Discharge</td><td>Date Filed</td><td>Date of<br>Discharge</td></tr>
<tr><td></td><td>NONE</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
</table>

Signature _____   Date _____

# EXHIBIT 1





USAA
FEDERAL
SAVINGS
USAA® BANK

PAGE    1

CAROL L HADDEN
280 WINDSOR RD
ENGLEWOOD NJ  07631-1425

0
17

| ACCOUNT NUMBER | | ACCOUNT TYPE | | STATEMENT PERIOD |
|---|---|---|---|---|
| ███████ | | USAA CLASSIC CHECKING | | 10/16/20 - 11/16/20 |

| BALANCE LAST STATEMENT | NO OF DEBITS PAID | TOTAL AMOUNT OF DEBITS PAID | NO. OF DEP | TOTAL AMOUNT OF DEPOSITS MADE | SERVICE CHARGES | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|---|
| 5.73 | 30 | 11,737.28 | 6 | 144,503.73 | .00 | 132,772.18 |

Please examine immediately and report if incorrect. If no report is received within 60 days, the account will be considered correct.

| | TOTAL NONSUFFICIENT FUNDS (NSF) FEES | TOTAL OVERDRAFT (OD) FEES |
|---|---|---|
| THIS STATEMENT | 0.00 | 0.00 |
| THIS YEAR'S STATEMENTS | 0.00 | 0.00 |

Note: Fee reversals/refunds made by USAA will not include the totals on this chart.

TRANSACTIONS OCCURRING ON THE FIRST DATE OF THE STATEMENT
PERIOD WERE INCLUDED ON THE PREVIOUS STATEMENT.

    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
10/26         50.92 USAA FUNDS TRANSFER CR
                    FROM Carol Hadden
                    CHECKING    #5666, CONF# 2809897409
10/29     140,000.00 ACH CREDIT              102920
                    BANK OF AMERICA  P2P        ROBERT A HADDEN
11/03       4,000.00 ACH CREDIT              110320
                    BANK OF AMERICA  ONLINE XFR ████████
11/05         15.00 DEPOSIT @ MOBILE
11/05        437.10 DEPOSIT @ MOBILE
11/16          0.71 INTEREST PAID

    CHECKS
DATE..CHECK NO..........AMOUNT   DATE..CHECK NO..........AMOUNT
11/10  1024       2,732.00

    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
11/03          5.32 DEBIT CARD PURCHASE    110320        ████████
                    AMZN Mktp US*280746MG1   AMZN.COM/BILLWA
11/03        624.80 DEBIT CARD PURCHASE    110320        ████████
                    VZWRLSS*MY VZ VN P       800-922-0204 FL
11/03        610.00 ACH DEBIT              110220
                    Credit One Bank  Payment ████████
11/03      2,102.98 ACH DEBIT              110320
                    APPLECARD GSBANK PAYMENT ████████
11/04        116.75 DEBIT CARD PURCHASE    110320        ████████
                    HUDSON DRUG OF CRESSKI   CRESSKILL    NJ


FDIC
INSURED

93526-0814_05

# EXHIBIT 2

Northwestern Mutual

DR ROBERT A HADDEN
Information As Of: July 28, 2020

## Insurance Summary

### Life Insurance

| Policy Number | Product Type | Benefits/ Policy Date | Net Death Benefit | Annualized Premium | Last Ann Div/ Div Option | Net Accumulated Value [6] | Total Loans |
|---|---|---|---|---|---|---|---|
| | 90 LIFE | | | | | | |
| Insured: | Dr Robert A Hadden | WP | $353,722.00 | $16,850.76 | $2,231.24 | $23,245.57 | $0.00 |
| Owner: | Dr Robert A Hadden | 03/27/2018 | as of 07/28/2020 | | LOAN PAY | | |
| Payer: | Dr Robert A Hadden | | | | | | |
| Direct Beneficiary: Carol Hadden | | | | | | | |
| Contingent Beneficiary: | | | | | | | |
| | 90 LIFE | | | | | | |
| Insured: | Dr Robert A Hadden | WP | $151,144.00 | $6,601.50 | $808.22 | $9,069.94 | $238.34 |
| Owner: | Dr Robert A Hadden | 02/14/2018 | as of 07/28/2020 | | LOAN PAY | | |
| Payer: | Dr Robert A Hadden | | | | | | |
| Direct Beneficiary: Carol Hadden | | | | | | | |
| Contingent Beneficiary: | | | | | | | |
| | ADJUSTABLE COMPLIFE | | | | | | |
| Insured: | Dr Robert A Hadden | WP | $56,280.00 | $1,110.84 | $2,618.98 | $3,158.39 | $46,984.14 |
| Owner: | Dr Robert A Hadden | 12/27/1994 | as of 07/28/2020 | | LOAN PAY | | |
| Payer: | Dr Robert A Hadden | | | | | | |
| Direct Beneficiary: Carol Hadden | | | | | | | |
| Contingent Beneficiary: | | | | | | | |
| | ADJUSTABLE COMPLIFE | | | | | | |
| Insured: | Dr Robert A Hadden | WP | $89,932.00 | $1,504.92 | $4,440.23 | $4,899.81 | $78,597.58 |
| Owner: | Dr Robert A Hadden | 02/10/1993 | as of 07/28/2020 | | LOAN PAY | | |
| Payer: | Dr Robert A Hadden | | | | | | |
| Direct Beneficiary: Carol Hadden | | | | | | | |
| Contingent Beneficiary: | | | | | | | |
| Life Insurance Subtotal | Dr Robert A Hadden | | $651,078.00 | $26,068.02 | $10,098.67 | $40,373.71 | $125,820.06 |
| | Life Insurance Total | | $651,078.00 | $26,068.02 | $10,098.67 | $40,373.71 | $125,820.06  |

+LOANS   125,820.06        125,820.06

FACE VALUE   $776,898.00      ACCUM VALUE   $ 166,193.77

Ⓐ **Note:** The $125,820.06 of Loans against the Life Insurance policies were incurred in approximately 2009. They were utilized primarily to pay credit card debt and college tuition to Duke University for daughter.

Prepared By:
Benjamin P Feldman | Wealth Management Advisor
646.459.1001 | benjamin.feldman@nm.com | pacp.nm.com CA#0H60772

Report Date: July 29, 2020
Page: 4 of 9

© 2020 The Northwestern Mutual Life Insurance Company. All rights reserved.

This report is not complete without the accompanying "Disclosures" pages.

# EXHIBIT 3

**EXHIBIT 3**

Page 1 of 2

My father passed away on August 2, 2019.  I was not eligible to be to be a personal representative of the Estate.  I am one of two children of an Estate with an estimated gross value of $2 million, based primarily in real estate. I have disclaimed my inheritance to my children as of May 4, 2020.

The Estate is not settled and I do not anticipate it will  be in the near future.

A copy of the Disclaimer follows this page as *Exhibit 3*, Page 2 of 2.

*EXHIBIT 3*
*Page 2 of 2*
*(9 Pages)*

IN THE CIRCUIT COURT FOR THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

IN RE:                                        PROBATE DIVISION

ESTATE OF WILLIAM B. HADDEN,                  FILE NO.: 50-2019-CP-004418-XXXX
                                              SB
         Deceased.                            DIVISION: IZ (Ticktin)

_____/

## DISCLAIMER OF 50% OF TANGIBLE PERSONAL PROPERTY AND RESIDUARY ESTATE UNDER THE LAST WILL AND TESTAMENT OF THE DECEDENT, WILLIAM B. HADDEN

**THIS** Disclaimer is hereby executed this 2ᵈᵉ day of MAY, 2020 by Robert Anthony Hadden, as beneficiary of 50% of the tangible personal property and 50% of the residuary estate which will be distributed pursuant to Articles II and IV (1) of the Last Will and Testament dated April 29, 2010 of the late, William B. Hadden ( the "Will").

**WHEREAS**, William B. Hadden (the "Decedent") then domiciled in the County of Palm Beach, State of Florida, died testate on August 8, 2019;

**WHEREAS**, Letters of Administration appointing Morris Engelberg, as Personal Representative of the Estate of William B. Hadden were issued on October 31, 2019;

**WHEREAS,** the Decedent's Will provides for the Decedent's New York and Florida tangible personal property ("Tangible Personal Property") and the residuary estate "(Residuary") to pass, in part, to Robert Anthony Hadden.

**WHEREAS, Robert Anthony Hadden,** as 50% beneficiary of the Tangible Personal Property and the Residuary estate wishes to disclaim his share of the Tangible Personal Property and Residuary estate under the Will to his issue who are his successors in interest under the Will.

**NOW, THEREFORE,** I, Robert Anthony Hadden, as beneficiary of 50% of the Tangible Personal Property and the Residuary of the Last Will and Testament of the Decedent, William B. Hadden, hereby irrevocably renounce my 50% share of the Tangible Personal Property and the Residuary estate bequeathed to me and direct that my said share of the Tangible Personal Property and Residuary estate be distributed to my issue, Emily Margaret Matula and Alexander William Beattie Hadden.

I, as a beneficiary of a 50% share of the Tangible Personal Property and Residuary, hereby acknowledge that I have been advised to seek independent legal representation in connection with this Disclaimer and fully understand its legal effect. I, as a 50% Tangible Personal Property and Residuary beneficiary, voluntarily and with full knowledge of my legal rights, waive my right to seek independent legal representation in connection with this Disclaimer.

**IN WITNESS WHEREOF**, I have signed my name hereto this 2ⁿᵈ day of ___MAY___, 2020.

WITNESSES:

Print Name: _SOLENE MALLON_

Print Name: _MARISOL Garch_

Robert Anthony Hadden, Residuary Beneficiary

## ACKNOWLEDGMENT

STATE OF NEW JERSEY
COUNTY OF BERGEN

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this _May 2_, 2020 by Robert Anthony Hadden, as a Residuary Beneficiary, who is personally known to me or who has produced _New Jersey Drivers License_ as identification.

**SOOK Y. MOON**
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES FEB. 2, 2022

(Notary Seal)

Notary Public
Print Name: _Sook Y Moon_

Print Title: _Notary._

Serial Number, if any: _____

## ACCEPTANCE OF DISCLAIMER

I, Morris Engelberg, as Personal Representative of the Estate of William B. Hadden, deceased, hereby acknowledge and accept the above Disclaimer.

**IN WITNESS WHEREOF**, I have signed my name hereto this 4th day of MAY          , 2020.

WITNESSES:

Print Name: RITA SOKOLOFF

Print Name: MARTHA N. LEE

Morris Engelberg, as Personal Representative

## ACKNOWLEDGMENT

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization, this MAY 4th          , 2020 by Morris Engelberg, as Personal Representative of the Estate of William B. Hadden, deceased, who is personally known to me or who has produced _____ as identification.



MARTHA N. LEE
MY COMMISSION # GG 011026
EXPIRES: October 17, 2020
Bonded Thru Notary Public Underwriters

(Notary Seal)

Notary Public
Print Name: MARTHA N. LEE

Print Title: NOTARY PUBLIC

Serial Number, if any: GG 011026

<u>DISCLAIMER OF 50% OF THE ASSETS OF THE  WILLIAM B. HADDEN
REVOCABLE TRUST DATED OCTOBER 19, 1994</u>

**THIS** Disclaimer is hereby executed this 11th day of _Ju n E_ , 2020 by Robert Anthony Hadden, as beneficiary of 50% of the assets of the William B. Hadden Revocable Trust dated October 19, 1994 (the "Trust".).

**WHEREAS,** William B. Hadden created the William B. Hadden Revocable Trust dated October 19, 1994.

**WHEREAS**, William B. Hadden died on August 2, 2019.

**WHEREAS,** William B. Hadden's spouse, Louise F. Hadden, predeceased him.

**WHEREAS,** the Trust provides that the Trust assets remaining after the death of William B. Hadden (the "Trust Assets") shall pass, in part, to Robert Anthony Hadden if Louise F. Hadden predeceased William B. Hadden.

**WHEREAS, Robert Anthony Hadden**, as 50% beneficiary of the remaining Trust Assets wishes to disclaim his share of the Trust Assets under the Trust to his issue who are his successors in interest under the Trust.

**NOW, THEREFORE**, I, Robert Anthony Hadden, as beneficiary of 50% of the Trust Assets remaining under the Trust after William b. Hadden's death, hereby irrevocably renounce my 50% share of the Trust Assets bequeathed to me and direct that my said share of the Trust Assets be distributed to my issue, Emily Margaret Matula and Alexander William Beattie Hadden.

I, as a beneficiary of a 50% share of the Trust Assets hereby acknowledge that I have been advised to seek independent legal representation in connection with this Disclaimer and fully understand its legal effect. I, as a 50% Trust Assets beneficiary, voluntarily and with full knowledge of my legal rights, waive my right to seek independent legal representation in connection with this Disclaimer.

**IN WITNESS WHEREOF**, I have signed my name hereto this 11th day of _Ju n E_ , 2020.

WITNESSES:

Print Name: Kaylee Park

Print Name: Claudia Gonzalez

Robert Anthony Hadden, Residuary
Beneficiary

## ACKNOWLEDGMENT

STATE OF NEW JERSEY
COUNTY OF BERGEN

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this _JUNE 11th_ 2020 by Robert Anthony Hadden, as a Residuary Beneficiary of the William B. Hadden Trust dated October 19, 1994, who is personally known to me or who has produced _____ as identification.

**SHREYAS S SHAH**
ID # 2218019
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires Sept. 22, 2023

(Notary Seal)

Notary Public
Print Name: Shreyas Shah
Print Title: Notary Public
Serial Number, if any 22|8019

## ACCEPTANCE OF DISCLAIMER

I, Robert Anthony Hadden, as Trustee of the William B. Hadden Trust dated October 19, 1994, hereby acknowledge and accept the above Disclaimer.

**IN WITNESS WHEREOF**, I have signed my name hereto this _11th_ day of _JUNE_ , 2020.

WITNESSES:

Print Name: Kaylee Park

Print Name: Claudia Gonzalez

Robert Anthony Hadden, Trustee

## ACKNOWLEDGMENT

STATE OF NEW JERSEY
COUNTY OF BERGEN

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this JUNE 11 , 2020 by Robert Anthony Hadden, as trustee of the William B. Hadden Trust dated October 19, 1994, who is personally known to me or who has produced _____ as identification.

SHREYAS S SHAH
ID # 2216019
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires Sept. 22, 2023

(Notary Seal)

Notary Public
Print Name Shreyas Shah
Print Title Notary Public
Serial Number, if any: 22/8019

## DISCLAIMER OF 50% OF THE ASSETS OF THE  WILLIAM B. HADDEN TRUST CREATED UNDER ARTICLE IV OF THE LOUISE F. HADDEN LAST WILL AND TESTAMENT DATED JANUARY 18, 2005

**THIS** Disclaimer is hereby executed this _11th_ day of _JUNE_, 2020 by Robert Anthony Hadden, as beneficiary of 50% of the assets of the William B. Hadden Trust created under Article IV of the Louise F. Hadden Last Will and Testament dated January 18, 2005 (the "Trust").

**WHEREAS,** Louise F. Hadden created the William B. Hadden Trust under Article IV of the Louise F. Hadden Last Will and Testament dated January 18, 2005 as a credit shelter trust for her spouse (the "Trust").

**WHEREAS,** Louise F. Hadden died on April 8, 2010.

**WHEREAS**, William B. Hadden died on August 2, 2019.

**WHEREAS,** the Trust provides that the Trust assets remaining after the death of William B. Hadden (the "Trust Assets") shall pass, in part, to Robert Anthony Hadden.

**WHEREAS, Robert Anthony Hadden**, as 50% beneficiary of the remaining Trust Assets wishes to disclaim his share of the Trust Assets under the Trust to his issue who are his successors in interest under the Trust.

**NOW, THEREFORE**, I, Robert Anthony Hadden, as beneficiary of 50% of the Trust Assets remaining under the Trust hereby irrevocably renounce my 50% share of the Trust Assets bequeathed to me and direct that my said share of the Trust Assets be distributed to my issue, Emily Margaret Matula and Alexander William Beattie Hadden.

I, as a beneficiary of a 50% share of the Trust Assets hereby acknowledge that I have been advised to seek independent legal representation in connection with this Disclaimer and fully understand its legal effect. I, as a 50% Trust Assets beneficiary, voluntarily and with full knowledge of my legal rights, waive my right to seek independent legal representation in connection with this Disclaimer.

**IN WITNESS WHEREOF**, I have signed my name hereto this _11th_ day of _JUNE_, 2020.

WITNESSES:

Print Name: _Caylee Park_

_Robert Anthony Hadden_, Residuary
Beneficiary

Print Name: _Claudia Conrado_

## ACKNOWLEDGMENT

STATE OF NEW JERSEY
COUNTY OF BERGEN

    The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this __June 11th__, 2020 by Robert Anthony Hadden, as a Residuary Beneficiary of the William B. Hadden Trust created under Article IV of the Louise F. Hadden Last Will and Testament dated January 18, 2005, who is ⟨ personally ⟩ known to me or who has produced _____ as identification.

**SHREYAS S SHAH**
ID # 2218019
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires Sept. 22, 2023

(Notary Seal)

Notary Public
Print Name: _Shreyas Shah_
Print Title: _Notary Public_
Serial Number, if any: _2218019_

## ACCEPTANCE OF DISCLAIMER

    I, Robert Anthony Hadden, as Trustee of the William B. Hadden Trust created under Article IV of the Louise F. Hadden Last Will and Testament dated January 18, 2005, hereby acknowledge and accept the above Disclaimer.

    **IN WITNESS WHEREOF**, I have signed my name hereto this _11th_ day of _June_, 2020.

WITNESSES:

Print Name: _Kaylee Park_

Print Name: _Claudia Gonzalez_

_Robert Anthony Hadden, Trustee_

## ACKNOWLEDGMENT

STATE OF NEW JERSEY
COUNTY OF BERGEN

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this _June 11th_, 2020 by Robert Anthony Hadden, as trustee of the William B. Hadden Trust created under Article IV of the Louise F. Hadden Last Will and Testament dated January 18, 2005, who is personally known to me or who has produced _____ as identification.

_Shreyas Shah_
Notary Public
Print Name: _Shreyas Shah_
Print Title: _Notary Public_
Serial Number, if any: _2218019_

(Notary Seal)

**SHREYAS S SHAH**
ID # 2218019
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires Sept. 22, 2023

# EXHIBIT 4

October 26, 2019

To whom it may concern,

    I, Robert Hadden, hereby certify that I have given a gift of $ _100,000.00_ to Emily Matula, my daughter, and Kyle Matula, my son-in-law, towards the purchase of their home located at the premises located at ████████████ Philadelphia, PA 19123 on the date hereof.

    I certify that this is a bona fide gift and there is no obligation, expressed or implied, to repay this sum in cash or other services of any kind now or in the future. A copy of the check is attached hereto. Should you need to contact me regarding this contribution, you can do so using the information below.

Sincerely,

Robert Hadden
████████████
Englewood, New Jersey 07631
(201) 889-8659



