# EXHIBIT 5

**EXHIBIT 5**

Due to existing legal issues I received notice that accounts maintained at our banking institutions were to be closed. This activity is summarized below. Supporting documents follow this page as part of this *Exhibit 5*.

1. **Valley National Bank**

   Via letter dated August 13, 2020 I was notified that our account at Valley National Bank was to be closed. At the time of notification and closing the balance in the account was $162,272. These funds were withdrawn from the account as follows:

   | | | |
   |---|---|---|
   | Beginning Balance 9/11/20 | $162,272 | |
   | Funds withdrawn: | | |
   | | | |
   | Sept 11, 2020 | $( 3,000) | |
   | Sept 17, 2020 (closing check) | (A) (159,272) | Transferred to Bank of America |
   | | | |
   | Ending Balance | $ - 0 - | |

2. **Bank of America**

   | | | |
   |---|---|---|
   | Bank of America received from | | |
   | Valley National Bank on Sept 23, 2020 | (A)$ 159,272 | |
   | | | |
   | Miscellaneous Personal Expenses | ( 10,302) | |
   | Transfer to USAA Federal Savings | (148,970) | Transferred to USAA |
   | | | |
   | Ending Balance | $ - 0 - | |

   Via letter dated October 13, 2020 I was notified that our account at Bank of America was to be closed. The funds were withdrawn from the account and transferred to USAA Federal Savings in Carol Hadden's name.

3. **USAA Federal Savings**

   USAA Federal Savings received from
   Bank of America:

   | | | |
   |---|---|---|
   | October 29, 2020 | (See Exhibit 1) | $ 140,000 |
   | November 3, 2020 | (See Exhibit 1) | 4,000 |
   | November 5, 2020 | (See Exhibit 1) | 437 |
   | November 13, 2020 (B o A closing check) | | 4,533 |
   | Total to USAA Federal Savings | | $ 148,970 |



August 13, 2020

Robert A. Hadden

Englewood, NJ 07631-1425

Re: Account #'s ending in 

Dear Robert A. Hadden:

Due to Federal and State banking regulations, banks are required to review the accounts and transactions of their customers. As a result of a recent review of your account(s), we regret to inform you that as of September 11, 2020, we will be closing the above referenced account(s).

Pursuant to the terms and conditions of Valley's All About Your Accounts booklet, "The Bank has the right to close your account(s), at its sole discretion, at any time." By signing the signature card at account opening and maintaining the account, you agreed to be bound by the terms, conditions, policies and rules of the Bank concerning your account.

At the Bank's sole discretion, we will permit transactions on this account(s) until September 11, 2020 to allow you sufficient time to make other arrangements for your banking needs.

If you do not close your account(s) by September 11, 2020 we will issue an official Bank check for the account balance and mail it to the address we have in our files.

If you have any questions, please contact me at (561) 835-2021.

Very truly yours,

Kym Marks
Branch Service Manager
Palm Beach

  

Statement of Account

ROBERT A HADDEN

ENGLEWOOD NJ 07631-1425

| | 0 | Page: | 1 |
|---|---|---|---|
| | | Chks Paid: | 1 |
| | | Statement Date: | 10/09/20 |
| | | Account Number: | |

If you need to change your address please indicate to the right
any changes of address. Cut at the dotted line and return this
form to: **Valley National Bank, Customer Care, 1445 Valley Road,
Wayne, NJ 07470**

Street:_____

City, State, Zip:_____

Signature: _____

---

************* Valley PREMIUM Money Market       **********************
Non-Check Transactions
      Date   Description                                                    Amount
      09/17  Closing Check    1018711                                  159,271.58-

Checks in Order
            Date Number         Amount       Date Number        Amount
            09/11    131       3,000.00

Daily Balance Summary
      Date          Balance    Date          Balance    Date         Balance
      09/10      162,271.58    09/11      159,271.58    09/17             .00

Interest Rate Summary
   DATE  0-       $9,999      $9,999,999   $10,000,000 and up
   09/11       0.100%        0.350%        0.200%

Account Summary
Previous Statement Date: 09/10/20
      Beginning                Interest                    Service        Ending
      Balance  +  Deposits +  Paid - Withdrawals -  Charge   =   Balance
      162,271.58        .00       .00   162,271.58       .00            .00

Statement from 09/11/20 Thru 09/17/20
YTD Interest Paid      1,542.92

         CLEANER. SIMPLER. BETTER.
         Your new redesigned statement is coming soon.
         Making it easier to understand and reconcile.

Please review other side for important information.
**Report lost or stolen Valley Visa® Debit Card to: 888.379.9903**

© 2020 Valley National Bank. Member FDIC. All Rights Reserved. VLY00150



Valley.com • 800.522.4100

# BANK OF AMERICA

Thank you for banking with us today.

**Here are the details of your Check Deposit transaction on 09/23/2020**

| | |
|---|---|
| Account: | ADVANTAGE SAVINGS SAV ▮▮▮ |
| Total check amount: | $159,271.58 |
| Transaction amount: | $159,271.58 |
| Transaction posts on: | 09/23/2020 |

| | |
|---|---|
| Check Included: | $159,271.58 |
| Number of checks: | 1 |

| | |
|---|---|
| Location: | ▮▮▮▮▮▮▮▮ |
| | Tenafly, NJ 07670 |
| Associate: | 035 0090097 707 002 |

Please save this receipt until you see the transaction completed on your statement. Transactions are credited subject to verification, collection, and the terms of your account. Keep in mind, transactions made in a financial center on non-business days (Saturday, Sunday, and bank holidays) aren't processed until the next business day we're open.

**Visit bankofamerica.com to learn more about how you can receive money fast through electronic payment methods like direct deposit, Zelle®, ACH and wires.**

Zelle® and the Zelle related marks are wholly owned by Early Warning Services, LLC and used herein under license. Terms and conditions apply.

Bank of America: Proprietary, Confidential. Copyright 2020. Bank of America Work Product

# BANK OF AMERICA

Thank you for banking with Bank of America.

## Notice of Hold

A hold has been placed on this account for the amount(s) shown below. Funds will be available for withdrawal on the available date shown. The complete Hold Code descriptions printed below are located on the bottom of this receipt. For further information regarding deposits holds please visit www.bankofamerica.com/depositholds.

| | |
|---|---|
| Transaction on: | 09/23/2020 |
| Account: | ADVANTAGE SAVINGS SAV ▮▮▮▮ |
| Transaction Amount: | $159,271.58 |
| Total hold amount: | $153,746.58 |

| Hold Code: | Hold Amount: | Available: |
|---|---|---|
| D | $153,746.58 | 09/30/20 9am |

| | |
|---|---|
| Location: | TENAFLY |
| | NJ |
| Transaction ID: | 035 0090097 707 002 |

**Questions about this transaction?**
For customer service, please call 1.800.432.1000

**Are you using our mobile app?**
Make deposits, check account balances and much more—anytime, almost anywhere.

Please retain this notice until you receive your account statement.

### Hold Codes

(A) A standard hold was placed on your deposit to help protect you and the bank from losses in event the check is returned unpaid

(C) A hold was placed on your deposit because your account is less than 30 days old. New account funds availability rules apply during the first 30 days your account is open

(D) A hold was placed on your deposit because your deposited checks totaled more than $5,525 in one day

(E) A hold was placed on your deposit because the account had multiple overdrafts in the last six months

(F) A hold was placed on your deposit because the check(s) you deposited were previously returned

(G) A hold was placed on your check(s) because check specific information indicates item may be returned

(H) A hold was placed on your check(s) because we are unable to verify the endorsement of a joint payee

(I) A hold was placed on your check(s) because information provided on this check is inconsistent with other information

(J) A hold was placed on your check(s) because there are noticeable alterations on the check

(K) A hold was placed on your check(s) because the check is postdated or has a stale date

(L) A hold was placed on your check(s) because paying Bank information indicates item may be returned

(N) A hold was placed on your check(s) because the routing number on the check is not a current routing number

(O) A hold was placed on your check(s) because we've been notified that the check was lost or damaged in processing

(P) Other

If hold reason A or G-P are displayed on this form and you did not receive this notice at the time you made the deposit and the check you deposited is paid (not returned to us), we will refund to you any bank fees we charge for overdrafts or returned checks that result solely from the additional delay that we are imposing. To obtain a refund of such fees, please call the telephone number provided on your bank statement.

Bank of America: Proprietary, Confidential, Copyright 2020. Bank of America Work Product



Date
October 13, 2020

Account Information
bankofamerica.com

Note: If you have other accounts
with us, you may receive a separate
notice from us about those
accounts.



ROBERT A HADDEN

ENGLEWOOD, NJ 07631

## ROBERT A HADDEN:

## Your PERSONAL CHECKING/SAVINGS account ending in ▉▉▉ will be restricted from use in 21 days, and permanently closed 30 days from the date of this notice.

After a careful review of your banking relationship, we've made the decision to close your account above. As a reminder, your Deposit Account Agreement, which you received when you opened your account, allows either you or us to close your account at any time. This decision is final and won't be reconsidered. We're notifying you in advance to give you the opportunity to make banking arrangements at another financial institution.

### What you need to do

- **Stop writing checks immediately** – It's important you know that any checks presented for payment once the account is restricted, which is 21 days from the date of this notice, will be returned unpaid.
- **Deposit funds to prevent an overdraft** – If your account is overdrawn or becomes overdrawn, a deposit of cash must be made to bring the account to a zero balance. If the account remains in a negative balance, we may report the account to the following reporting agencies: ChexSystems, Inc., Early Warning Services, LLC, or both. This may affect your ability to open an account at another financial institution for up to seven years.
- **Cancel any ongoing payments** – Contact any third parties sending electronic or Automated Clearing House (ACH) transactions to make other payment arrangements or cancel these transactions. In addition, cancel any automatic payments you have made using online banking. This will help you avoid fees or items being returned unpaid.
- **Update your payment method on any Bank of America accounts** – If your line of credit, mortgage or Home Equity Line of Credit payment is being paid automatically from this account please make other payment arrangements. You can mail a check to us at the address listed on your account statement or set up automatic payments through another financial institution.

### What you need to know

- Your debit card will be permanently deactivated 21 days from the date of this notice when the account is restricted.
- If you are enrolled in any of the following services: Quickbooks®, Account Management, Remote Deposit Online, Direct Payment or Express Invoicing®, your enrollment will be canceled on the day your account is closed. We will not cancel your enrollment in payroll services by Intuit®, but you must contact Intuit prior to account closure to provide Intuit with a new account source of payroll funding, if you use your Bank of America account to process your payroll or for the billing of payroll fees.

♻ Recycled Paper

- If your account has a positive balance, a cashier's check made payable to the name on the account will be mailed to the address on file once the account is closed. If your account is an interest bearing account, interest accrued up to and including the date of closure, will be included in the amount of the check. Please ensure your address is updated by logging into Online banking at bankofamerica.com or visiting a local financial center.
- If your account is or becomes overdrawn, you must deposit enough cash to bring the account to a zero balance. If the account remains in a negative balance, we may report the account to the following agencies: ChexSystems, Inc., Early Warning Services, LLC, or both. This may affect your ability to open an account at another financial institution for up to seven years.
- If you have a CD and choose to close it, a penalty may be imposed for early withdrawal.
- You'll want to make other payment arrangements with any merchants or service providers that you're currently paying electronically through an automated payment drawn on your Bank of America account.

## Questions?

If you have questions about the information above, please call us at 1.855.241.4049 Monday through Friday from 9 a.m. to 5 p.m. Eastern to speak with a representative.

Intuit and the Intuit logo are registered trademarks of Intuit Inc., used under license.
Express Invoicing, Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.


ROBERT A HADDEN
CAROL L HADDEN

ENGLEWOOD, NJ 07631

**Date**
October 13, 2020

**Account Information**
bankofamerica.com

**Note:** If you have other accounts
with us, you may receive a separate
notice from us about those
accounts.

## ROBERT A HADDEN, CAROL L HADDEN:

## Your PERSONAL CHECKING/SAVINGS account ending in ▆▆▆▆ will be restricted from use in 21 days, and permanently closed 30 days from the date of this notice.

After a careful review of your banking relationship, we've made the decision to close your account above. As a reminder, your Deposit Account Agreement, which you received when you opened your account, allows either you or us to close your account at any time. This decision is final and won't be reconsidered. We're notifying you in advance to give you the opportunity to make banking arrangements at another financial institution.

### What you need to do

- **Stop writing checks immediately** – It's important you know that any checks presented for payment once the account is restricted, which is 21 days from the date of this notice, will be returned unpaid.
- **Deposit funds to prevent an overdraft** – If your account is overdrawn or becomes overdrawn, a deposit of cash must be made to bring the account to a zero balance. If the account remains in a negative balance, we may report the account to the following reporting agencies: ChexSystems, Inc., Early Warning Services, LLC, or both. This may affect your ability to open an account at another financial institution for up to seven years.
- **Cancel any ongoing payments** – Contact any third parties sending electronic or Automated Clearing House (ACH) transactions to make other payment arrangements or cancel these transactions. In addition, cancel any automatic payments you have made using online banking. This will help you avoid fees or items being returned unpaid.
- **Update your payment method on any Bank of America accounts** – If your line of credit, mortgage or Home Equity Line of Credit payment is being paid automatically from this account please make other payment arrangements. You can mail a check to us at the address listed on your account statement or set up automatic payments through another financial institution.

### What you need to know

- Your debit card will be permanently deactivated 21 days from the date of this notice when the account is restricted.
- If you are enrolled in any of the following services: Quickbooks®, Account Management, Remote Deposit Online, Direct Payment or Express Invoicing®, your enrollment will be canceled on the day your account is closed. We will not cancel your enrollment in payroll services by Intuit®, but you must contact Intuit prior to account closure to provide Intuit with a new account source of payroll funding, if you use your Bank of America account to process your payroll or for the billing of payroll fees.

- If your account has a positive balance, a cashier's check made payable to the name on the account will be mailed to the address on file once the account is closed. If your account is an interest bearing account, interest accrued up to and including the date of closure, will be included in the amount of the check. Please ensure your address is updated by logging into Online banking at bankofamerica.com or visiting a local financial center.
- If your account is or becomes overdrawn, you must deposit enough cash to bring the account to a zero balance. If the account remains in a negative balance, we may report the account to the following agencies: ChexSystems, Inc., Early Warning Services, LLC, or both. This may affect your ability to open an account at another financial institution for up to seven years.
- If you have a CD and choose to close it, a penalty may be imposed for early withdrawal.
- You'll want to make other payment arrangements with any merchants or service providers that you're currently paying electronically through an automated payment drawn on your Bank of America account.

## Questions?

If you have questions about the information above, please call us at 1.855.241.4049 Monday through Friday from 9 a.m. to 5 p.m. Eastern to speak with a representative.

Intuit and the Intuit logo are registered trademarks of Intuit Inc., used under license
Express Invoicing, Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.

**BANK OF AMERICA** 🎺

*[handwritten: N.B. THIS ACCOUNT WAS NEVER FUNDED NO DEPOSITS OR WITHDRAWAL WERE EVEN MADE RAH]*

ROBERT A HADDEN MD MD

ENGLEWOOD, NJ 07631

**Date**
October 13, 2020

**Account Information**
bankofamerica.com

**Note:** If you have other accounts with us, you may receive a separate notice from us about those accounts.

## ROBERT A HADDEN MD MD:

Your PERSONAL CHECKING/SAVINGS account ending in ▮▮▮▮ will be restricted from use in 21 days, and permanently closed 30 days from the date of this notice.

After a careful review of your banking relationship, we've made the decision to close your account above. As a reminder, your Deposit Account Agreement, which you received when you opened your account, allows either you or us to close your account at any time. This decision is final and won't be reconsidered. We're notifying you in advance to give you the opportunity to make banking arrangements at another financial institution.

### What you need to do

- **Stop writing checks immediately** – It's important you know that any checks presented for payment once the account is restricted, which is 21 days from the date of this notice, will be returned unpaid.
- **Deposit funds to prevent an overdraft** – If your account is overdrawn or becomes overdrawn, a deposit of cash must be made to bring the account to a zero balance. If the account remains in a negative balance, we may report the account to the following reporting agencies: ChexSystems, Inc., Early Warning Services, LLC, or both. This may affect your ability to open an account at another financial institution for up to seven years.
- **Cancel any ongoing payments** – Contact any third parties sending electronic or Automated Clearing House (ACH) transactions to make other payment arrangements or cancel these transactions. In addition, cancel any automatic payments you have made using online banking. This will help you avoid fees or items being returned unpaid.
- **Update your payment method on any Bank of America accounts** – If your line of credit, mortgage or Home Equity Line of Credit payment is being paid automatically from this account please make other payment arrangements. You can mail a check to us at the address listed on your account statement or set up automatic payments through another financial institution.

### What you need to know

- Your debit card will be permanently deactivated 21 days from the date of this notice when the account is restricted.
- If you are enrolled in any of the following services: Quickbooks®, Account Management, Remote Deposit Online, Direct Payment or Express Invoicing®, your enrollment will be canceled on the day your account is closed. We will not cancel your enrollment in payroll services by Intuit®, but you must contact Intuit prior to account closure to provide Intuit with a new account source of payroll funding, if you use your Bank of America account to process your payroll or for the billing of payroll fees.

00-61-07008 05-2019

♻ Recycled Paper

- If your account has a positive balance, a cashier's check made payable to the name on the account will be mailed to the address on file once the account is closed. If your account is an interest bearing account, interest accrued up to and including the date of closure, will be included in the amount of the check. Please ensure your address is updated by logging into Online banking at bankofamerica.com or visiting a local financial center.
- If your account is or becomes overdrawn, you must deposit enough cash to bring the account to a zero balance. If the account remains in a negative balance, we may report the account to the following agencies: ChexSystems, Inc., Early Warning Services, LLC, or both. This may affect your ability to open an account at another financial institution for up to seven years.
- If you have a CD and choose to close it, a penalty may be imposed for early withdrawal.
- You'll want to make other payment arrangements with any merchants or service providers that you're currently paying electronically through an automated payment drawn on your Bank of America account.

## Questions?

If you have questions about the information above, please call us at 1.855.241.4049 Monday through Friday from 9 a.m. to 5 p.m. Eastern to speak with a representative.

Intuit and the Intuit logo are registered trademarks of Intuit Inc., used under license.
Express Invoicing. Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

*N.B. THIS ACCOUNT WAS NEVER FUNDED — NO DEPOSITS or WITHDRAWAL WERE EVER MADE.*

TRMh

ROBERT A HADDEN MD MD

ENGLEWOOD, NJ 07631-1425

Switch to
paperless at
bankofamerica.com

### Customer service information

Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv Relationship Banking

for September 19, 2020 to October 20, 2020

Account number:

**ROBERT A HADDEN MD MD**

## Account summary

| | |
|---|---|
| Beginning balance on September 19, 2020 | $0.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| Ending balance on October 20, 2020 | $0.00 |

## Apply for a low-rate auto loan in just minutes

| Visit | Text | Or schedule an in-person appointment |
|---|---|---|
| **bankofamerica.com/LowPayment** | **AutoRates to 226526** | at **bankofamerica.com/Time** |

¹ By texting us you agree to receive an automated text message reply. Not a condition of purchasing any products/services. Message and data rates may apply.
For privacy notice visit bankofamerica.com/privacy. For SMS terms & conditions: BofA.com/smsTC. Text **STOP** to 226526 to cancel and text **HELP** to 226526 for help.
Credit and collateral are subject to approval. Terms and conditions apply. This is not a commitment to lend. Programs, rates, terms and conditions are subject to change
without notice. ©2020 Bank of America Corporation                                                                      SSM-00-20-0203 A | 3104759

# IMPORTANT INFORMATION
## BANK DEPOSIT ACCOUNTS

How to Contact Us – You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct Deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

1473133

BANK OF AMERICA NA
9000 Southside Blvd Bldg 600
Jacksonville, FL 32256

November 13, 2020

Pay to the
Order of   ROBERT A HADDEN

****$4,532.99

Four Thousand Five Hundred Thirty Two and 99/100   *******************************************

**DOLLARS**

Not Valid After 90 Days

**Bank of America**



ENDORSE CHECK HERE

X PAY TO THE ORDER
OF CAROL L. HADDEN

DO NOT WRITE, SIGN, STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

# EXHIBIT 6



**mr. cooper**
COUNTING THE COST OF HOME LOANS

PO Box 819060
5801 Postal Road
Cleveland, OH 44181



## MORTGAGE LOAN STATEMENT

| STATEMENT DATE | PAYMENT DUE DATE |
|---|---|
| 11/05/2020 | 12/01/2020 |

LOAN NUMBER ▓▓▓▓▓▓

### AMOUNT DUE
### $2,383.88

PROPERTY ADDRESS
286 WINDSOR RD
ENGLEWOOD, NJ 07631

*If payment is received on or after 12/17/2020, a $92.77 late fee will be charged*

ROBERT A HADDEN ▓▓▓▓▓▓

ENGLEWOOD, NJ 07631



### QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
www.mrcooper.com
**Go Paperless.** Sign in to your account to enroll.



REGULAR MONTHLY PAYMENT
$2,383.88

PRINCIPAL $201.79
INTEREST $617.53
ESCROW TAXES & INSURANCE $1,564.56

### ACCOUNT OVERVIEW

| INTEREST BEARING PRINCIPAL BALANCE | INTEREST RATE |
|---|---|
| $148,208.17 | 5.000% |

ESCROW BALANCE
$3,470.86

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

### PAST PAYMENTS BREAKDOWN

| CATEGORY | PAID SINCE 10/09/2020 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $200.95 | $2,165.12 |
| INTEREST | $618.37 | $6,847.40 |
| ESCROW (TAXES & INSURANCE) | $1,564.56 | $15,686.76 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| TOTAL | $2,383.88 | $24,699.28 |

### EXPLANATION OF AMOUNT DUE

| | |
|---|---|
| REGULAR MONTHLY PAYMENT | $2,383.88 |
| TOTAL FEES & CHARGES | $0.00 |
| OVERDUE PAYMENT(S) | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **TOTAL AMOUNT DUE** | **$2,383.88** |
| TRIAL/WORKOUT PAYMENT AMOUNT | $0.00 |

## HERE'S SOME HELPFUL INFORMATION

If the COVID-19 Pandemic has impacted your ability to make your mortgage payment, visit our COVID-19 Resource Center at mrcooper.com/forbearance. There's a fast and easy online application if you decide this program is right for you. Please note that foreclosure proceedings are temporarily on hold (exceptions may apply) due to investor and state foreclosure moratoriums. For delinquent loans, once the moratoriums end, foreclosure proceedings may continue, unless there is a pending workout solution in place.

Be the first to receive discount alerts, offers and new products by signing up for Mr. Cooper's text alerts. Simply, text JOIN to COOPER (266737)

Your payment is made through our automatic payment plan. This statement is for informational purposes only.

Don't like paper? Go Paperless by signing in to your account at www.mrcooper.com and updating your settings. You can also manage your account paperlessly with the Mr. Cooper app. Download it wherever you get your apps.

S 00009126 RNRGEK91 014465

## TRANSACTION ACTIVITY (10/09/2020 to 11/05/2020)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 11/04/2020 | Payment | $2,383.88 | $200.95 | $618.37 | $1,564.56 | |
| 10/27/2020 | FHAMIP INS DISBURSED | $97.82 | | | $97.82 | |
| 10/22/2020 | City Tax Disbursed | $2,914.15 | | | $2,914.15 | |

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

If you are a successor in interest (received the property from a relative through death, devise, or divorce - and you are a borrower on the loan) that has not assumed or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

Print   Save As...   Reset

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America )
v. )
)
## ROBERT HADDEN )  Case No. 20 CR 468 (RMB)
_Defendant_ )
)

## APPEARANCE BOND

### Defendant's Agreement

I, _____ ROBERT HADDEN _____ _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ✗ )    to appear for court proceedings;

( ✗ )    if convicted, to surrender to serve a sentence that the court may impose; or

( ✗ )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)  This is a personal recognizance bond.

(   ) (2)  This is an unsecured bond of $ _____

( ✗ ) (3)  This is a secured bond of $ 1,000,000.00 _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property _(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):_

    SECURED BY PROPERTY: ████████████  Englewood, NJ 07631

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety _(attach a copy of the bail bond, or describe it and identify the surety):_

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

# EXHIBIT 7

List of Civil Cases to Which
Robert Hadden Has Been a Party

| Case Name | Docket Number | Jurisdiction | Status |
|---|---|---|---|
| *Jane Doe #10 v. Robert Hadden, et al.* | 805293/2013 | New York State | Active |
| *Laurie Kanyok v. Robert Hadden, et al.* | 805137/2017 | New York State | Closed |
| *Laurie Kanyok, et al. v. Robert Hadden, et al.* | 805131/2014 | New York State | Active |
| *Khilef Tolbert v. Robert Hadden, et al.* | 805111/2012 | New York State | Disposed |
| *Yushan Wang, et al. v. Robert Hadden, et al.* | 805079/2012 | New York State | Disposed |
| *Marissa Hoechstetter, et al. v. Robert Hadden, et al.* | 161335/2018 | New York State | Disposed / Removed |
| *L.K, et al. v. Robert Hadden, et al.* | 15118/2013 | New York State | Disposed |
| *Jane Doe #3, et al. v. Robert Hadden, et al.* | 154237/2019 | New York State | Active |
| *Marissa Hoechstetter, et al. v. Robert Hadden, et al.* | 19cv2978 (ALC) | Southern District of New York | Active |
| *Jane Doe #16, et al. v. Robert Hadden, et al.* | 20cv1791 (ALC) | Southern District of New York | Active |

Additionally, Mr. Hadden was a party in a number of medical malpractice suits that are not listed in PACER or in the New York State online database. Mr. Hadden's civil counsel has contacted counsel and risk management at Columbia Presbyterian for a list of these cases. Mr. Hadden believes that all of those cases are closed or he is no longer a party, and they do not present the chance for any gain in his assets.

PROB 48B
(Rev. 03/15)

| Last Name | First Name | Middle Name | Social Security Number |
|-----------|------------|-------------|------------------------|
| Hadden | Robert | Anthony | ████████ |

## Instructions for Completing Monthly Cash Flow Statement

Having been convicted in the United States District Court, you are required to prepare and file with the probation officer a statement fully describing your financial resources, including a complete listing of all monthly cash inflows and outflows.

If you are placed on probation or supervised release (or other types of supervision), you may be periodically required to provide updated information fully describing your financial resources and those of your spouse, significant others, or dependents, as described above, to keep a probation officer informed concerning compliance with any condition of supervision, including the payment of any criminal monetary penalties imposed by the court (see 18 U.S.C. § 3603).

Amendments were made to 18 U.S.C. §§ 3663 (a)(1)(B)(I), 3664(d)(3), and 3664(f)(2), and Rule 32(b)(4)(F) to clarify that the assets owned, jointly owned, or controlled by an offender; liabilities; and the financial needs and earning ability of an offender and an offender's dependents are all relevant to the court's decision regarding an offender's ability to pay. Your Cash Flow Statement should include assets or debts that are yours alone (I-Individual), assets or debts that are jointly (J-Joint) held by you and a spouse or significant other, assets or debts that are held by a spouse or significant other (S-Spouse or Significant Other) that you enjoy the benefits of or make occasional contributions toward, and assets or debts that are held by a dependent (D-Dependent) living in your home that you enjoy the benefits of or make occasional contributions toward.

Please complete the Monthly Cash Flow Statement in its entirety. You must answer "None" to any item that is not applicable to your financial condition. Attach additional pages if you need more space for any item. All entries must be accompanied by supporting documentation (see Request for Cash Flow Statement Financial Records (Prob. 48C)). Initial and date each page (including any attached pages), and sign and date the last page of the Cash Flow Statement.

Last Name - Hadden

# MONTHLY CASH FLOW STATEMENT

## Monthly Cash Inflows

| Defendant | Gross | Net |
|---|---|---|
| Your Salary/Wages (List both monthly gross earnings and take-home pay after payroll deductions.) | $0.00 | 0.00 |
| Your Cash Advances (List all payroll advances or other advances from work.) | $0.00 | 0.00 |
| Your Cash Bonuses (List all payments from work in addition to your salary that are not an advance.) | $0.00 | 0.00 |
| Commissions (List all non-employee earnings as an independent contractor.) | $0.00 | 0.00 |
| Business Income (List both monthly gross income and net income after deducting expenses.) | $0.00 | 0.00 |
| Interest (List all interest earned each month.) | $128.92 | 128.92 |
| Dividends (List all dividends earned each month.) | $0.00 | 0.00 |
| Rental Income (List all monthly income received from real estate properties owned.) | $0.00 | 0.00 |
| Trust Income (List all trust income earned each month.) | $0.00 | 0.00 |
| Alimony/Child Support (List all alimony or child support payments received each month.) | $0.00 | 0.00 |
| Social Security (List all payments received from Social Security.) | $0.00 | 0.00 |
| Other Government Benefits (List all amounts received from the government not yet reported [e.g., food stamps and unemployment compensation].) | $0.00 | 0.00 |
| Pensions/Annuities (List all funds received from pensions and annuities each month.) | $0.00 | 0.00 |
| Allowances-Housing/Auto/Travel (List all funds received from housing allowances, auto allowances, travel allowances, and any other kind of allowance.) | $0.00 | 0.00 |
| Gratuities/Tips (List all gratuities and tips received each month from any and all sources.) | $0.00 | 0.00 |
| Spouse/Significant Other Salary/Wages (List all gross and net monthly salary and wages received by your spouse or significant other.) (WIFE SOCIAL SECURITY) | $654.00 | 654.00 |
| Other Joint Spousal Income (List any monthly income jointly earned with your spouse or significant other [e.g., any income from spouse or income from a business owned or operated by the spouse that you have a joint ownership interest in or control]). | $0.00 | 0.00 |
| Income of Other In-House (List all monthly income of others living in the household or the monthly amount actually paid for household bills by these persons. (DISABLED SON DISABILITY) | $566.31 | 566.31 |
| Gifts from Family (List all amounts received as gifts from family members each month.) | $0.00 | 0.00 |
| Gifts From Others (List all gifts received from any sources not yet reported.) | $0.00 | 0.00 |
| Loans From Your Business (List all loan amounts received each month from all businesses owned or controlled by you.) | $0.00 | 0.00 |
| Mortgage Loans (List all amounts received each month from mortgage loans owed to you.) | $0.00 | 0.00 |
| Other Loans (List all other loan amounts received each month not yet reported.) | $0.00 | 0.00 |
| Other (specify) (List all other amounts received each month not yet reported.) | $6,440.00 | 6,440.00 |
| TOTALS | $7,789.23 | $7,789.23 |

**Last Name -** Hadden

## Necessary Monthly Cash Outflows

| (COPIES OF MONTHLY BILLS AND A MONTHLY BANK STMNTS ARE IN EXHIBIT 9) | Amount |
|---|---|
| **Rent or Mortgage** (List monthly rental payment or mortgage payment.) | $2,384.00 |
| **Groceries** (List the total monthly amount paid for groceries and the number of people in your household.)  # 3 | $750.00 |
| **Utilities** (List the monthly amount paid for electric, heating oil/gas, water/sewer, telephone, and basic cable.) | |
|     Electric | $270.00 |
|     Heating Oil/Gas | |
|     Water/Sewer | $40.00 |
|     Telephone | $150.00 |
|     Basic Cable (no premium channels) | $126.00 |
| **Public Transportation** (List the monthly amount paid for public transportation.) | |
| **Car Payments** (List all payments made to purchase or lease vehicles.) | $298.00 |
| **Commuting Expenses** (List the monthly amount paid for gasoline, tolls, etc.) | $45.00 |
| **Auto Insurance** (List the monthly amount paid for auto insurance.) | $206.00 |
| **Health Insurance** (List the monthly amount paid for health insurance.) | $2,732.00 |
| **Homeowner/Rental Insurance** (List the monthly amount paid for homeowner/rental insurance.) | |
| **Clothing** (List the monthly amount actually paid for clothing.) | $50.00 |
| **Loan Payments** (List all monthly amounts paid toward verified loans, other than loans to family members, which are non-allowable expenses.) | |
| **Credit Card Payments** (List all minimum monthly credit card or charge card payments.) | |
| **Medical** (List all expenses not covered by insurance.) | $262.00 |
| **Alimony/Child Support** (List all alimony or child support payments made each month.) | |
| **Criminal Monetary Penalty** (List all monthly payments for court-ordered criminal monetary penalties.) | |
| **Court-Ordered Costs** (List the total monthly payments made for location monitoring and drug and mental health treatment.) | |
| **Other** (specify) (List all other necessary monthly amounts paid each month not yet reported.)  ( EXHIBIT 8 ) | $269.00 |
| **Other Factors That May Affect Monthly Cash Flow** (Describe) | |
| **TOTAL** | $7,582.00 |

**NET MONTHLY CASH FLOW: $**    207.23    (CASH INFLOWS LESS NECESSARY CASH OUTFLOWS)

**MONTHLY CRIMINAL MONETARY PENALTY PAYMENT: $**

**PROSPECT OF INCREASE IN CASH INFLOWS** (Give a general statement of the prospective increase of the value of any cash inflows reported.)

I am 63 years old and currently received privet disability of $6,440 per month. At full Social Security Age I will lose the private disability and recevie Social Security Disability, which is expected to be less than $6,400 per month.

Signature _____    Date _____

# EXHIBIT 8

**EXHIBIT 7**

**Necessary Monthly Cash Outflows**
**"Other"**

| | |
|---|---|
| Water & Sewar | $ 19 |
| Pest Control | 36 |
| Home Security | 54 |
| Lawn Care | 105 |
| Home repairs | 55 |
| | |
| Total "Other", Page 3 of 3 Form 48B | $269 |

# EXHIBIT 9

Make checks payable to EBPA
Mail All Payments To:

EBPA CL# 211
P.O. Box 1387
Williston VT 05495-1387

Mr. Robert Hadden

Englewood, NJ 07631

Signature: _____
Date: _____

☆  Have You Become Covered by Medicare?  Y/N
☆  Have You Become Covered by Another Group Plan? Y/N
☆  Coverage will terminate if payment is not received on time.
☆  Claims will not be paid until payment is received and updated.
☆  Partial payments are not allowed.

Due Date: 12/01/2020
Amount Due: $2,732.00

Amount Enclosed: $_____

HEALTH INSURANCE
PREMIUM 2020

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date: August 10, 2019
BNC#: 19MS551H81415-A

ᶀᶈᶉᶊᶋᶌᶍᶎᶏᶐᶑᶒᶓᶔᶕᶖᶗᶘᶙᶚ
191 115532 **AUTOMIXED AADC 296 R P1 T2 M3 PC2 190806



191    CAROL L HADDEN

ENGLEWOOD, NJ 07631

You are entitled to monthly retirement benefits beginning September 2019.

**What We Will Pay And When**

- You will receive $644.00 for September 2019 around October 9, 2019.

- After that you will receive $644.00 on or about the second Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

- The day of the month you receive your payments depends on your date of birth.

**Others Who May Be Eligible For Benefits**

Your children may now be eligible for benefits on your record. You named the following children when you applied for benefits:

- EMILY MATULA
- ALEXANDER HADDEN

If you have not filed an application for benefits for the children, please contact us.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

Enclosure(s):
Pub 05-10077



SOCIAL SECURITY
401 HACKENSACK AVE
CONTINENTAL PLZ 2FL
HACKENSACK NJ 07601

# Social Security Administration
# **Supplemental Security Income**
Notice of Change in Payment

Date: December 1, 2013
Claim Number: █████████

032994 1 AT 0.354 0142 LR TM417 1124 03
182 13S1647C42530
CAROL LOUISE HADDEN FOR
ALEXANDER WILLIAM BEATTIE HADDEN

TENAFLY NJ 07670-2414

We are writing to tell you about changes in ALEXANDER W. HADDEN's
Supplemental Security Income (SSI) payments. The rest of this letter will tell
you more about this change. This letter also includes how to find information
about affordable health care.

We explain how we figured the monthly payment amount on the worksheet(s)
at the end of this letter. The explanation shows how his income, other than
any SSI payments, affects his SSI payment. We include explanations only for
months where payment amounts change.

## Information About ALEXANDER W. HADDEN's SSI Payments

- The amount due him beginning January 2014 will be $524.98. This
  amount includes $44.31 from the State of New Jersey.

- The amount due him is being raised because the law provides for an
  increase in Supplemental Security Income payments in January 2014 if
  there was an increase in the cost-of-living during the past year.

## ALEXANDER W. HADDEN's Payment Is Based On These Facts

Our records show that the following income used to figure his payment has
also changed--

The food and shelter he receives in someone else's home or apartment
for November 2013. We are raising the amount we count for this food
and shelter to $240.33 beginning January 2014. The law requires this
change when there is a cost-of-living increase in SSI payments.

See Next Page

SSA-L8151

| Date | Description | Amount |
|---|---|---|
| 08/28/20 | NORTHWESTERN MU DES:DI PAYMENT ID:0000 ████████ INDN:DR ROBERT A HADDEN CO ID:9000596808 PPD | 6,440.00 |
| 09/03/20 | CHECKCARD 0902 AMAZON.COM AMZN.COM/BIL AMZN.COM/BILLWA 74431 ████████ | 24.53 |
| 09/09/20 | SSA TREAS 310 DES:XXSOC SEC ID:XXXXXXXXXA SSA INDN:CAROL L HADDEN CO ████████ | 654.00 |

| Date | Description | Amount |
|---|---|---|
| 10/01/20 | SSI TREAS 310 DES:XXSUPP SEC ID:XXXXXXXXX SSI INDN:CAROL L HADDEN CO ID:9101736121 PPD PMT INFO:N1*GD*CAROL L HADDEN \N1*BE*ALEXA NDER W HADDEN | 566.31 |

# Account Statement

**Volkswagen Credit** 

## Summary of Charges

| | |
|---|---|
| **Total Amount Due:** | **$298.01** |
| Payment Due Date: | October 1, 2020 |
| Base Payment: | $298.01 |

## Important Messages

This message serves only as a notification that your total amount due of $298.01 will be automatically withdrawn from your bank account on October 1, 2020. Please do not send payment. If there is an error with your automatic payment, please contact us at **(800) 428-4034.**

One small change can have a big impact. Go Paperless. Login to **vwcredit.com/myaccount** and click Go Paperless.

Ready for the quickest way to manage your Volkswagen Credit account? Visit **vwcredit.com/myaccount** to make payments, change personal info and more. Test drive it today.

## Account Information*

| | |
|---|---|
| **Account Number:** | ▮▮▮▮▮▮▮ |
| **Customer(s):** | Henry J Bultman |
| | Carol Hadden |
| **Vehicle:** | 2017 Volkswagen |
| **Garaging Location:** | Englewood, NJ |
| **Contract Start Date:** | August 31, 2017 |
| **Scheduled Lease End:** | August 31, 2021 |
| Payments Made | 37 |
| Payments Remaining | 11 |
| Payment Received 09/01/2020 | $298.01 |
| **Current Balance**\*\* | **$3,278.11** |

\*Amounts may not reflect payments made after 09/08/2020
**\*\*Current Balance is not a payoff. Please contact Customer Service for an accurate payoff amount.**

## Account Management

**Customer Service: (800) 428-4034**
Automated response 24 hours a day, 7 days a week
Representatives available weekdays from 8 a.m. to 10 p.m. (Eastern)

**Never slow down with secure, convenient 24/7 account access.**
Sign up or log in at vwcredit.com/myaccount.

VW Credit, Inc. (dba Volkswagen Credit) is a servicer for VW Credit Leasing, Ltd. and VC Loan Services, LLC.

Please retain this portion of the invoice with your payment. Allow 5-7 days for mailing to ensure payment is delivered by the due date. To avoid delays in handling, please do not include correspondence with your payment.

*This is for informational purposes only. Please refer to "Important Messages" for your payment confirmation.*

| | |
|---|---|
| **Total Amount Due** | $298.01 |
| **Payment Due Date** | October 1, 2020 |
| **Account Number** | 810666287 |

Please print your account number on your check and make payable to:

HENRY J BULTMAN
ENGLEWOOD NJ 07631-1425 

VOLKSWAGEN CREDIT
PO BOX 5215
CAROL STREAM IL 60197-5215

09/01/20    VW CREDIT, INC  DES:AUTO DEBIT ID:000000810666287  INDN:Robert A Hadden  Carol  CO          -298.01



## HEATING · AIR CONDITIONING · EST. 1934

To Our Loyal Customers:

To better serve you this upcoming season, we would like to perform your preventive maintenance as soon as possible. This measure will enable us to better serve you for any emergencies during extreme weather conditions. For our heating and cooling customers, we also encourage you to schedule both maintenance appointments now.

In addition to your annual service visit, maintenance agreement holders receive further benefits. As an agreement customer, you will receive discounted diagnostic fees and repair quotes over non-agreement customers. It is Reiner's policy to always service agreement customers first. Emergency service within 24 hours as well as after-hours service is guaranteed for agreement customers. You can remain confident your home is in good hands with Reiner's experienced technicians and high level of outstanding service.

As we are continuing to become paperless, we ask that you provide your email information (if you have one) on the renewal form. For immediate scheduling payments can be made over the phone with a credit card. If you prefer to pay by check please be sure to include your customer number on the memo line and allow us one to two weeks to receive and process your renewal before calling our office to schedule. We are unable to schedule maintenance without payment. Should you have any questions about your agreement, please call us at 201-794-3700, extension 502.

We look forward to caring for your cooling and heating needs in the future. It has been a pleasure to service your home and we appreciate your continued support of Reiner Group Inc.

Bernie Tolsma
President, Reiner Group Inc.



# REINER GROUP INC.

11-07 River Road  Fair Lawn, NJ 07410
Phone: 201-794-3700 Fax: 201-794-3795
E-mail: agreements@reinerac.com
www.reinerac.com

PAID 10/19/2020

## HEATING · AIR CONDITIONING · EST. 1934

| Bill To Location : | | Agreement Period: | 11/01/2020 – 11/01/2021 |
|---|---|---|---|

| Bill To Location : | | Cust #: | | Contract #: | |
|---|---|---|---|---|---|
| HADDEN RESIDENCE | | Agreement Cost : | $ | 410.00 | |
| | | Tax: | $ | 27.16 | |
| ENGLEWOOD, NJ 07631-1425 | | Agreement Total: | $ | 437.16 | |
| Service Address | ENGLEWOOD, NJ 07631-1 | Payment Due : | $ | 437.16 | |

### Preventative Maintenance Agreement Benefits Include :

. **Reduced Labor Rate** - 25% discount on any labor performed outside of your scheduled maintenance

. **10% Discount on Parts** - Including specialty filters

. **Discounted Diagnostic Fee** - No charge for us to travel to your location

. **Routine Scheduled Maintenance** - 1 heating and /or 1 cooling seasonal maintenance visit on covered equipment

. **24/7 Emergency Service** - No overtime charge to perform emergency service on weekends, holidays or after-hours

. **Priority Scheduling** - Receive preferential scheduling over non-agreement customers

. **Air Filters** - Standard air filters are included in the price of your agreement

. **Water Panels** - A water panel is included if a humidifier is part of your agreement

**Advanced scheduling now available** - Please remit payment(by mail or phone with credit card) and call the Service Dept. immediately to schedule your maintenance appointment. Calls will not be scheduled until payment is received.
If your home has additional items that are not included on this agreemnt, please call the office for pricing.
**See reverse side for cancellation and other policy regulations.**

To accept this Residential Maintenance Agreement, please sign below and return the lower portion with your payment. To send in the credit card information, see reverse side, or call to pay over the phone, Please do not send cash.

| Site Address : | Customer # : | Agreement Dates : 11/01/2020 – 11/01/2021 |
|---|---|---|
| HADDEN RESIDENCE | Contract # : | Balance Due : $ 437.16 |
| | Salesperson : HOUSE | |

ENGLEWOOD, NJ 07631-1425

I accept the terms and conditions of this agreement (signature is required) : _____

To help us keep our records complete, please provide the following :

| PRIMARY PHONE NUMBER ☐ CELL ☐ HOME | |
|---|---|
| SECONDARY PHONE NUMBER ☐ CELL ☐ HOME | |
| EMAIL ADDRESS | |

7134 Lee Hwy
Chattanooga, TN 37421

 suez


CAROL HADDEN

ENGLEWOOD, NJ 07631
ԱՄԻ||ᵐ||ᵘ||ᵘ||ᵘ||ᵘ||ᵘ||ᵘ||ᵘ||ᵘ||ᵘ||ᵘ||ᵘ||

August 27, 2020

Dear Mrs Carol Hadden,

Thank you for choosing Exterior Water Service Line from HomeServe. Your Service Agreement is enclosed. Keep this information handy in the event of a covered emergency.

Your coverage will automatically renew on 09/27/2020 and the Monthly fee(s) noted on the enclosed Declaration Page will continue to be conveniently charged. If at any time you want to discontinue coverage or have questions about the renewal of your coverage, simply call us at 1-888-666-7711.

To make a service call, simply call the HomeServe Emergency Repair Hotline and provide your Service Agreement Number. A local, licensed technician will be directed to your property. Once a covered repair has been completed, you will pay nothing up to your benefit amount.

Hopefully you won't be faced with an unexpected emergency, but if you are, prompt, reliable assistance is just one call away.

We're glad you're with us.

Sincerely,

Scott Van Stratten
Customer Service
HomeServe

P.S. Access your account online and go paperless with e-delivery of your plan documents.
   Go to www.MyHomeServeUSA.com

HomeServe USA Repair Management Corp. ("HomeServe"), with corporate offices located at 601 Merritt 7, 6th Floor, Norwalk, CT 06851, is an *independent company separate from SUEZ* and offers this optional service plan as an authorized representative of the contract issuer, National Home Repair Warranty, Inc., 59 Maiden Lane, 43rd Floor, New York, NY 10038. Your choice of whether to participate in this service plan will not affect the price, availability or terms of service from SUEZ.

PLEASE KEEP THESE DOCUMENTS SAFE

## DECLARATION PAGE

## IMPORTANT INFORMATION - PLEASE RETAIN FOR YOUR RECORDS

**Service Agreement Holder:**

Carol Hadden

**Covered property (Home) address:**

█████████████

Englewood, NJ 07631

**Email Address:**

Not Provided

**Coverage:**

Exterior Water Service Line

**Service Agreement Number:**

104810114

**Term: 12 months**

Start Date: 09/27/2020
End Date: 09/26/2021

24

### Repair Hotline

# 1-888-666-7711

Call this number for repair assistance.
Representatives are available 24 hours a day
– 365 days a year – including weekends and
holidays.

**Customer Service Number:**

1-888-666-7711

Available: 8 am - 8 pm Monday-Friday (EST)
10 am - 4 pm Saturday (EST)

This Service Agreement will automatically renew at the end of every Term.

**Certain items and events are not covered by this Service Agreement.
Please see the "Exclusions" section of the Terms and Conditions.**

## PAYMENT DETAILS

Price: $77.88 plus any applicable taxes

Payment Type: Visa XXXXXXXXXXXX4604

$6.49  Monthly

7134 Lee Hwy
Chattanooga, TN 37421




CAROL HADDEN

ENGLEWOOD, NJ 07631
║╷╷┌║║╷┌╷┌╷┌║╷┌║║║║╷┌╷┌╷┌┌║┌║║║║┌║║┌╷┌║┌

August 27, 2020

Dear Mrs Carol Hadden,

Thank you for choosing Exterior Sewer/ Septic Line Plus Restoration from HomeServe. Your Service Agreement is
enclosed. Keep this information handy in the event of a covered emergency.

*Your coverage will automatically renew on 09/27/2020 and the new Monthly fee(s) noted on the enclosed
Declaration Page will continue to be conveniently charged.* If at any time you want to discontinue coverage or
have questions about the renewal of your coverage, simply call us at 1-888-666-7711.

To make a service call, simply call the HomeServe Emergency Repair Hotline and provide your Service
Agreement Number. A local, licensed technician will be directed to your property. Once a covered repair has
been completed, you will pay nothing up to your benefit amount.

Hopefully you won't be faced with an unexpected emergency, but if you are, prompt, reliable assistance is just
one call away.

We're glad you're with us.

Sincerely,

Scott Van Stratten

Scott Van Stratten
Customer Service
HomeServe

P.S. Access your account online and go paperless with e-delivery of your plan documents.
Go to www.MyHomeServeUSA.com

HomeServe USA Repair Management Corp. ("HomeServe"), with corporate offices located at 601 Merritt 7, 6th
Floor, Norwalk, CT 06851, is an *independent company separate from SUEZ* and offers this optional service plan as
an authorized representative of the contract issuer, National Home Repair Warranty, Inc., 59 Maiden Lane, 43rd
Floor, New York, NY 10038. Your choice of whether to participate in this service plan will not affect the price,
availability or terms of service from SUEZ.

PLEASE KEEP THESE DOCUMENTS SAFE

CTR K164

# DECLARATION PAGE

## IMPORTANT INFORMATION - PLEASE RETAIN FOR YOUR RECORDS

**Service Agreement Holder:**

Carol Hadden

**Covered property (Home) address:**

████████████

Englewood, NJ 07631

**Email Address:**

Not Provided

**Coverage:**

Exterior Sewer/ Septic Line Plus Restoration

**Service Agreement Number:**

104810253

**Term: 12 months**

Start Date: 09/27/2020
End Date: 09/26/2021

This Service Agreement will automatically renew at the end of every Term.

**24**

**Repair Hotline**

# 1-888-666-7711

Call this number for repair assistance.
Representatives are available 24 hours a day
– 365 days a year – including weekends and
holidays.

**Customer Service Number:**

1-888-666-7711

Available: 8 am - 8 pm Monday-Friday (EST)
10 am - 4 pm Saturday (EST)

**Certain items and events are not covered by this Service Agreement.
Please see the "Exclusions" section of the Terms and Conditions.**

## PAYMENT DETAILS

Price: $149.76 plus any applicable taxes

Payment Type: Visa XXXXXXXXXXXX4604

$12.48  Monthly

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 10/14/20 | SSA TREAS 310  DES:XXSOC SEC  ID:XXXXXXXXXA  SSA  INDN:CAROL L HADDEN          CO | 654.00 |
| 10/28/20 | NORTHWESTERN MU  DES:DI PAYMENT ID:0000162329-0001 INDN:DR ROBERT A  HADDEN | 6,440.00 |

**Total deposits and other additions** — **$7,094.00**

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 10/09/20 | CHECKCARD  1008 NED STEVENS-NJ 800-542-0267 NJ | -84.45 |
| 10/09/20 | CHECKCARD  1008 CENTER FOR MUSCULOSKEL ENGLEWOOD   NJ | 30.00 |
| 10/09/20 | BOTTLE KING DU  10/09 #000354923 PURCHASE BOTTLE KING DUMO  DUMONT          NJ | -61.82 |
| 10/09/20 | APPLECARD GSBANK DES:PAYMENT  ID:11208653 INDN:Carol Hadden          CO  ID:9999999999 WEB | -300.00 |
| 10/09/20 | KEEP THE CHANGE TRANSFER TO ACCT        OR 10/09/20 | -0.73 |
| 10/13/20 | CHECKCARD  1010 AMAZON.COM*MK7P79KQ1 AM AMZN.COM/BILLWA | -216.03 |
| 10/13/20 | CHECKCARD  1009 AMAZON.COM*MK3XE4HH2 AM AMZN.COM/BILLWA | -72.41 |
| 10/13/20 | CHECKCARD  1009 BAUMGARTS NEXT DOOR INC ENGLEWOOD   NJ | -112.36 |
| 10/13/20 | STOP & SHOP 08  10/10 #000292741 PURCHASE STOP & SHOP 0835  TENAFLY          NJ | -160.86 |
| 10/13/20 | CHECKCARD  1012 AMAZON TIPS*MK2KQ36K0 A AMZN.COM/BILLWA | -15.00 |
| 10/13/20 | CHECKCARD  1012 AMAZON.COM*MK30N1RW1 AM AMZN.COM/BILLWA | -36.90 |
| 10/13/20 | WALGREENS STOR  10/12         PURCHASE WALGREENS STORE 2  ENGLEWOOD          NJ | -134.18 |
| 10/13/20 | CHECKCARD  1012 OPRANDY'S WINE & LIQUOR ENGLEWOOD   NJ 24022 | -19.75 |

continued on the next page

# Help protect yourself from fraud this holiday season

**Our Security Center is a great place to learn what to look out for.**



See how to help protect
yourself from fraud



Find out about the latest
fraud and scam trends



Learn how to
identify scams

Visit **bankofamerica.com/Security** to learn how to help avoid fraud and identity theft.

SSM-07-20-0687 B 1 31725/0\)

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 10/13/20 | Credit One Bank DES:Payment ID:29162184 INDN:CAROL HADDEN    CO ID:WEB000004 WEB | -262.79 |
| 10/13/20 | PUBLIC SERVICE DES:PSEG ID:007214107805 INDN:ROBERT A. HADDEN, MD CO ID:4221212800 PPD | -95.27 |
| 10/13/20 | KEEP THE CHANGE TRANSFER TO ACCT 9106 FOR 10/13/20 | -3.51 |
| 10/15/20 | CHECKCARD 1014 SP * SOLID THREADS HTTPSSOLIDTHRVT | -29.00 |
| 10/19/20 | CHECKCARD 1016 WINE ANTHOLOGY 732-499-0099 NJ | -186.51 |
| 10/19/20 | CHECKCARD 1016 OPRANDY'S WINE & LIQUOR ENGLEWOOD NJ | -66.09 |
| 10/19/20 | CHECKCARD 1016 AMZN DIGITAL*2T1O31AH1 888-802-3080 WA | -3.19 |
| 10/19/20 | USPS PO 338400 10/19 #000260909 PURCHASE USPS PO 33840007 TENAFLY NJ | -55.00 |
| 10/19/20 | STOP & SHOP 08 10/19 #000313640 PURCHASE STOP & SHOP 0835 TENAFLY NJ | -290.65 |
| 10/19/20 | KEEP THE CHANGE TRANSFER TO ACCT FOR 10/19/20 | -2.56 |
| 10/20/20 | CHECKCARD 1019 REINER 201-7943700 NJ | -437.16 |
| 10/20/20 | CHECKCARD 1019 CENTER FOR MUSCULOSKEL ENGLEWOOD NJ | -30.00 |
| 10/20/20 | WALGREENS STOR 10/20 #000252673 PURCHASE WALGREENS STORE 2 ENGLEWOOD NJ | -144.19 |
| 10/20/20 | WALGREENS STOR 10/20 #000150116 PURCHASE WALGREENS STORE 2 ENGLEWOOD NJ | 39.98 |
| 10/20/20 | KEEP THE CHANGE TRANSFER TO ACCT FOR 10/20/20 | -1.67 |
| 10/21/20 | TARGET T- 630 10/21 #000000121 PURCHASE TARGET T- 630 Mai Hackensack NJ | -8.52 |
| 10/21/20 | TARGET T- 630 10/21 #000048261 PURCHASE TARGET T- 630 Mai Hackensack NJ | -21.28 |
| 10/21/20 | BOTTLE KING DU 10/21 #000355660 PURCHASE BOTTLE KING DUMO DUMONT NJ | -61.07 |
| 10/21/20 | KEEP THE CHANGE TRANSFER TO ACCT FOR 10/21/20 | -2.13 |
| 10/26/20 | CHECKCARD 1023 ORKIN LLC 002 877-620-8282 GA | -110.89 |
| 10/26/20 | PURCHASE 1024 Netflix.com CA | -13.85 |
| 10/26/20 | SHOPRITE LQRS 10/26 #000156307 PURCHASE SHOPRITE LQRS EN ENGLEWOOD NJ | -140.70 |
| 10/26/20 | SUEZ WATER NEW J DES:WATER BILL ID:10008315060696 INDN:HADDEN,CAROL CO ID:7973470100 PPD | -34.08 |
| 10/26/20 | KEEP THE CHANGE TRANSFER TO ACCT 9106 FOR 10/26/20 | -0.56 |
| 10/27/20 | CHECKCARD 1025 HUDSON DRUG OF CRESSKI CRESSKILL NJ | -114.03 |
| 10/27/20 | CHECKCARD 1026 THE UPS STORE 3258 201-9168705 NJ | -3.19 |
| 10/27/20 | CHECKCARD 1026 DOMINO'S 4597 610-289-2453 NJ | -42.34 |
| 10/27/20 | VERIZON WIRELESS DES:PAYMENTS ID:098249829500001 CO ID:7223344794 PPD | -254.62 |
| 10/27/20 | KEEP THE CHANGE TRANSFER TO ACCT FOR 10/27/20 | -2.44 |
| 10/28/20 | CHECKCARD 1027 SPECTRUM 855-707-7328 NY    1486 RECURRING | -323.95 |
| 10/28/20 | KEEP THE CHANGE TRANSFER TO ACCT FOR 10/28/20 | -0.05 |
| 10/29/20 | WALGREENS STOR 10/29 #000037422 PURCHASE WALGREENS STORE 2 ENGLEWOOD NJ | -173.28 |

continued on the next page


## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 10/29/20 | KEEP THE CHANGE TRANSFER TO ACCT [REDACTED] FOR 10/29/20 | -0.72 |
| 10/30/20 | CHECKCARD 1029 APPLE.COM/BILL 408-974-1010 CA [REDACTED] RECURRING | -9.99 |
| 10/30/20 | CHECKCARD 1029 NED STEVENS-NJ 800-542-0267 NJ [REDACTED] | -84.45 |
| 10/30/20 | KEEP THE CHANGE TRANSFER TO ACCT 9106 FOR 10/30/20 | -0.56 |
| 11/02/20 | CHECKCARD 1030 AMAZON.COM*288TY5390 AM AMZN.COM/BILLWA [REDACTED] | -27.42 |
| 11/02/20 | CHECKCARD 1030 NED STEVENS-NJ 800-542-0267 NJ [REDACTED] | -178.06 |
| 11/02/20 | CHECKCARD 1031 RGH*EDGEPARKMEDICAL 800-321-0591 OH [REDACTED] | -474.00 |
| 11/02/20 | CHECKCARD 1030 BENJAMIN BROS INC TENAFLY N [REDACTED] | -2.50 |
| 11/02/20 | CHECKCARD 1030 BENJAMIN BROS INC TENAFLY NJ [REDACTED] | -18.12 |
| 11/02/20 | CHECKCARD 1030 STAPLES 00105429 BERGENFIELD NJ [REDACTED] | -59.79 |
| 11/02/20 | CHECKCARD 1030 STAPLES 00105429 BERGENFIELD NJ [REDACTED] | -159.93 |
| 11/02/20 | CHECKCARD 1031 ADT SECURITY*311571946 WWW.ADT.COM FL [REDACTED] RECURRING | -56.33 |
| 11/02/20 | WALGREENS STOR 10/31 #000144546 PURCHASE WALGREENS STORE 2 ENGLEWOOD NJ | -32.62 |
| 11/02/20 | CHECKCARD 1101 AMAZON.COM*282U441W1 AM AMZN.COM/BILLWA [REDACTED] | -8.09 |
| 11/02/20 | STOP & SHOP 08 10/31 #000862556 PURCHASE STOP & SHOP 0835 TENAFLY NJ | -215.17 |
| 11/02/20 | CHECKCARD 1101 AMAZON.COM*287TW9NG2 AM AMZN.COM/BILLWA | -36.90 |
| 11/02/20 | CHECKCARD 1101 HOMESERVE USA 888-666-8075 CT [REDACTED] RECURRING | -12.78 |
| 11/02/20 | TRANSFER ROBERT A HADDEN:CAROL HADDEN Confirmation# 1535317030 | -4,000.00 |
| 11/02/20 | VW CREDIT, INC. DES:AUTO DEBIT [REDACTED] INDN:Robert A Hadden Carol CO ID:1382362409 WEB | -298.01 |
| 11/02/20 | AMAIAI INSURANCE DES:INS PREM ID:592762 INDN:HADDEN ROBT CO ID:2363305962 PPD | -45.00 |
| 11/02/20 | AMAIAI INSURANCE DES:INS PREM ID:980203 INDN:HADDEN ROBT CO ID:2363305962 PPD | -43.49 |
| 11/02/20 | KEEP THE CHANGE TRANSFER TO ACCT [REDACTED] FOR 11/02/20 | -6.29 |
| 11/04/20 | CHECKCARD 1102 GEIGER - MOTO IPT | -39.55 |
| 11/04/20 | CHECKCARD 1103 HOMESERVE USA | -13.30 |
| 11/04/20 | External transfer fee - Next Day - 11/02/2020 | -10.00 |
| 11/04/20 | CHECKCARD 1103 HOMESERVE USA | -6.92 |
| 11/05/20 | CHECKCARD 1102 THE HOME DEPOT #0983 | -2,283.74 |

**Total withdrawals and other subtractions** **-$12,322.77**

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 10/13/20 | 4038 | -395.00 |
| 10/22/20 | 4039 | -2,732.00 |

| Date | Check # | Amount |
|------|---------|--------|
| 10/23/20 | 4041* | -320.00 |

| | |
|---|---|
| **Total checks** | **-$3,447.00** |
| **Total # of checks** | **3** |

* There is a gap in sequential check numbers