

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 1, 2021

**By Email and ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: **United States v. Robert Hadden**,
           20 Cr. 468 (RMB) (OTW)

Dear Judge Wang:

      The Government respectfully submits this letter in response to the defendant's January 20, 2021 motion for reconsideration of this Court's partial appointment of counsel (the "Motion"). In the Motion, the defendant requests that the Court decrease the amount of his financial contribution to the cost of appointed counsel and that he be permitted to pay monthly installments rather than a single payment. As to the amount of the appropriate financial contribution, the Government defers to the Court. The Government does not object to the defendant's request for monthly installment payments.

                                   Respectfully submitted,

                                   AUDREY STRAUSS
                                   United States Attorney

                      by: __s/_____
                          Maurene Comey
                          Jessica Lonergan
                          Lara Pomerantz
                          Assistant United States Attorneys
                          (212) 637-2324 / 1038 / 2343

cc:     Deirdre D. von Dornum, Esq. (by email & ECF)