**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
:
UNITED STATES OF AMERICA, :
:
Plaintiff, :  20-cv-0468 (RMB) (OTW)
:
-against- :  **ORDER**
:
ROBERT HADDEN, :
:
Defendant. :
:
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The status conference scheduled for February 2, 2021 has been rescheduled to **Thursday, February 04, 2021 at 12:30 p.m.**  The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: February 1, 2021                                    **Ona T. Wang**
        New York, New York                          United States Magistrate Judge