**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

            Plaintiff,                       20-cr-0468 (RMB) (OTW)

    -against-                            <u>**ORDER**</u>

ROBERT HADDEN,

            Defendant.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

IT IS HEREBY ORDERED, based on the hearing held on February 4, 2021 and the financial documents submitted by the defendant, that:

1. Mr. Hadden is eligible for the "partial appointment" of counsel from the Federal Defenders of New York, pursuant to SDNY CJA Plan VI(B);

2. Federal Defenders of New York will keep records of all time spent on Mr. Hadden's defense and provide a monthly total to Mr. Hadden, to the Financial Services Department of the SDNY Clerk's Office, and to Alan Nelson, the Case Budgeting Attorney for the Second Circuit;

3. Review of this monthly total will be subject to the standards set forth in the Guide to Judiciary Policy, Volume 7A, Section 230.33.10: "Voucher cuts should be limited to: (1) [m]athematical errors; (2) [i]nstances in which work billed was not compensable; (3) [i]nstances in which work was not undertaken or completed; and (4) [i]nstances in which the hours billed are clearly in excess of what was reasonably required to complete the task";

4. The monthly total provided by the Federal Defenders, and any related information regarding the Federal Defenders' defense of Mr. Hadden, will be kept under seal, and not shared with the government or the public, absent further Order of this Court;

5. Mr. Hadden is required to pay, on a monthly basis, by certified check, the current CJA hourly rate for time spent on his defense by the Federal Defenders of New York, to the SDNY Clerk of Court by mail or in person;

6. The SDNY Clerk of Court will hold the funds paid by Mr. Hadden pursuant to the provisions of 18 U.S.C. § 3006A(f); and,

7. Should Mr. Hadden's financial circumstances change during the pendency of this case, the terms of this Order may be revised.

**SO ORDERED.**

Dated: February 10, 2021
New York, New York

_s/   Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge