UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,              20 Cr 468 (RMB)

    - against -                        **ORDER**

ROBERT HADDEN,
                Defendant.
------------------------------------------------------------x

        Based upon the record herein, the submission of Defense counsel, dated April 14, 2021, the submission of Government counsel, dated April 15, 2021, and the continuing COVID pandemic, the pretrial motion schedule; the trial submission schedule; and trial date are modified as follows:

        1- Defense pretrial motion is due August 2, 2021;

        2- Government response is due September 2, 2021;

        3- Defense reply (if any) is due September 15, 2021;

        4- Trial will commence on Wednesday, January 5, 2022;

        5- Motions in limine, joint proposed jury charges, joint proposed voir dire, joint proposed verdict sheet, joint list of names and places, are due on November 15, 2021;

        6- Responses to motions in limine are due on November 22, 2021;

        7- A final pretrial conference will be held on Wednesday, December 15, 2021 at 10:00 am.

Dated: New York, New York
       April 15, 2021

                                                              */s/ RMB*
                                               RICHARD M. BERMAN, U.S.D.J.