FD-597 (Rev. 4-13-2015)                                                      Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 305A-NY-3244592

On (date): 9/9/2020

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): CAROL ~~HADDON~~ HADDEN (KM)

(Street Address): [redacted]

(City): ENGLEWOOD, NJ

Description of Item(s):
- (1) Book/misc papers
- (1) iphone 6s silver Blk case FFNWK8W7HFLR
- (1) iphone 5 Silver - cracked screen BCG-E2946A IC:579C-E2946A
- (1) Dell Inspiron laptop
- (1) Sandisk 2GB micro SD card
- (1) Gray in color Walkman hand held recorder
- (1) red composition notebook
- (1) silver/black iphone
- (1) silver/white iphone - black case
- (1) black Verizon tablet w/ charger
- misc. CD discs
- (3) USB drives
- (1) silver/black ipod 8GB
- (1) VHs Cassette
- (1) Asus nexus tablet
- misc USB drives/SD cards
- (1) Dell Inspiron laptop
- misc documents
- (1) red Verizon flip phone
- (1) Black motorola phone
- (1) silver HP ipaQ pocket PC w/Charger
- misc documents

Received By: Kelly Maguire (Signature)
Printed Name/Title: Kelly Maguire

Received From: (Signature)
Printed Name/Title: CAROL L HADDEN

SDNY_RH_00011378