**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,
      Government,

 -against-

ROBERT HADDEN,
      Defendant.
------------------------------------------------------------X

20 CR. 468 (RMB)

**<u>ORDER</u>**

 The Court hereby schedules a conference in this case for Monday, July 12, 2021 at 12:00 PM.

 In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

 Participants, members of the public and the press may use the following dial-in information:

  USA Toll-Free Number: 1-877-336-1829
  Access Code: 6265989
  Security Code: 0468

 Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: July 8, 2021
   New York, NY

                _____
                  RICHARD M. BERMAN
                  U.S.D.J.