

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 8, 2021

**BY ECF AND EMAIL**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   **United States v. Robert Hadden,**
              **20 Cr. 468 (RMB)**

Dear Judge Berman:

    On July 8, 2021, at 9:30 a.m., the parties appeared for a conference in the above-captioned case. Pursuant to the Court's Order, the Government respectfully files a draft transcript of today's conference, which is attached hereto as Exhibit A.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by: _____/s/_____
    Jane Kim / Lara Pomerantz
    Assistant United States Attorneys
    (212) 637-2038 / 2343

cc:    Defense Counsel (By Email and ECF)