

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 12, 2021

**BY ECF AND EMAIL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **United States v. Robert Hadden,**
          **20 Cr. 468 (RMB)**

Dear Judge Berman:

On July 11, 2021, the Government submitted a letter by email to the Court and to the defense, dated July 11, 2021, in response to the defense's July 9, 2021, letter (the "July 11 Letter"). The electronic case filing system ("ECF") for the U.S. Courts was down on July 11, 2021.  ECF is now working, and the Government publicly files the July 11 Letter, which is attached hereto as Exhibit A.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by:  _____/s/_____
        Jane Kim / Lara Pomerantz
        Assistant United States Attorneys
        (212) 637-2038 / 2343

cc:     Defense Counsel (By Email and ECF)