**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

     -against-

ROBERT HADDEN,
                Defendant.
-----------------------------------------------------------X

20 CR. 468 (RMB)

**<u>ORDER</u>**

The Court will hold an arraignment on Tuesday, July 20, 2021 at 9:30 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press may use the following dial-in information:

    USA Toll-Free Number: 1-877-336-1829
    Access Code: 6265989
    Security Code: 0468

Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: July 15, 2021
       New York, NY

                                            _____
                                              RICHARD M. BERMAN
                                                    U.S.D.J.