UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                       )

UNITED STATES OF AMERICA         )
                                                       )  **NOTICE OF APPEARANCE**
                                                         )   **20 Cr. 468 (RMB)**

ROBERT HADDEN,                        )
                                                         )
                     Defendant.       )
                                                         )
                                                         )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case as co-counsel with the previously assigned defense counsel and to add his name as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                          Respectfully submitted,
                                                               /s/
                                                          Michael D. Weil
                                                          Federal Defenders of New York
                                                          One Pierrepont Plaza
                                                          16th Floor
                                                          Brooklyn, NY
                                                          (718) 407-7413
                                                          Michael_Weil@fd.org

Dated:   August 2, 2021
           Brooklyn, NY  11201