USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/21

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 9, 2021

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Robert Hadden,**
       **S1 20 Cr. 468 (RMB)**

Dear Judge Berman:

The Government respectfully writes, with the consent of defense counsel, to propose a schedule for pretrial filings in the above-captioned case. As the Court is aware, trial in this case is currently scheduled to begin on March 21, 2022. The parties have conferred and would respectfully propose the following pretrial schedule, subject to any revisions by the Court:

| Date | Event |
|---|---|
| Jan. 3, 2022 | Government to provide expert notice to defendant |
| Jan. 17, 2022 | Defendant to provide expert notice to Government |
| ~~Jan. 31, 2022~~  *RMB* **Jan. 24, 2022** | Government to provide notice pursuant to Fed. R. Evid. 404(b) to defendant |
| ~~Feb. 7, 2022~~  *RMB* **Jan. 31, 2022** | Motions *in limine* and motions regarding expert witnesses |
| Feb. 21, 2022 | Joint proposed request to charge, voir dire and verdict sheet |
| ~~Feb. 28, 2022~~  *RMB* **Feb. 14, 2022 at 12:00 noon** | Responses to motions *in limine* and motions regarding expert witnesses |
| Mar. 16, 2022 | Final pretrial conference **at 9:30 a.m. *RMB*** |

Page 2

The parties are still in discussions as to whether to request a jury questionnaire be administered, and regarding appropriate deadlines for the disclosure of victims' names, materials pursuant to the Jencks Act, 18 U.S.C. § 3500, exhibit lists, and witness lists. We will continue to work to try to reach agreement on these issues.

>Respectfully submitted,
>
>DAMIAN WILLIAMS
>United States Attorney
>
>by: /s/ Alexandra Rothman
>Jane Kim
>Lara Pomerantz
>Paul M. Monteleoni
>Alexandra N. Rothman
>Assistant United States Attorneys
>(212) 637-2038 / 2343 / 2219 / 2580

cc:   Defense Counsel (By ECF)

SO ORDERED:

RMB
_____
RICHARD M. BERMAN U.S.D.J.
11/10/21