**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Government,

                                                              20 CR. 468 (RMB)

         -against-

                                                              **ORDER**

ROBERT HADDEN,
                          Defendant.
------------------------------------------------------------X


         In light of the continuing COVID-19 pandemic, the proceeding scheduled for Wednesday.

December 15, 2021 at 10:00 AM is being held telephonically pursuant to the CARES Act and

applicable implementing court procedures.

         Participants, members of the public and the press may use the following dial-in

information:

         USA Toll-Free Number: 1-877-336-1829
         Access Code: 6265989
         Security Code: 0468

         Note: The Government is requested to provide all victims (and their counsel if known)

with notice of the pretrial conference and of their rights to attend and/or participate under the

Crime Victims Rights Act, 18 USC § 3771.


Dated: December 9, 2021
       New York, NY


                                                  _____
                                                       RICHARD M. BERMAN
                                                             U.S.D.J.