UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

\- against -

ROBERT HADDEN,

                Defendant.
-------------------------------------------------------------x

20 Cr 468 (RMB)

**ORDER**

ORDERED that the Government shall file a response to Defendant's letter motion requesting the use of a juror questionnaire (dkt. 138) by Tuesday, December 21, 2021 at 12:00 PM.

Dated: New York, New York
         December 15, 2021

*Richard M. Berman*
**RICHARD M. BERMAN, U.S.D.J.**