# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

January 3, 2022

Via ECF & E-mail

The Honorable Richard M. Berman
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10001

    Re: *United States v. Robert Hadden*, No. 20-cr-468 (RMB) (OTW)

Dear Judge Berman,

    I write to respectfully request that oral argument concerning the suppression motions filed in this case, previously scheduled for January 5, 2022, be adjourned for two weeks. ████████████████████████████████████████████████████████.

    The government has no objection to this request. Thank you for your consideration.

                                                                             Respectfully submitted,
                                                                             /s/
                                                                             Michael D. Weil
                                                                             Federal Defenders of New York
                                                                             Counsel for Robert Hadden

cc:     Counsel of Record (via ECF)