# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

*David Patton*
Executive Director and
Attorney-in-Chief

*Deirdre D. von Dornum*
Attorney-in-Charge

January 3, 2022

<u>Via ECF & E-mail</u>

The Honorable Richard M. Berman
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10001

    Re: *United States v. Robert Hadden*, No. 20-cr-468 (RMB) (OTW)

Dear Judge Berman,

    I write to respectfully request that oral argument concerning the suppression motions filed in this case, previously scheduled for January 5, 2022, be adjourned for two weeks. ███████████████████████████████████████████████████████████████.

    The government has no objection to this request. Thank you for your consideration.

                              Respectfully submitted,
                              /s/
                              Michael D. Weil
                              Federal Defenders of New York
                              Counsel for Robert Hadden

cc:    Counsel of Record (via ECF)

---

Application granted. Oral argument is adjourned to Thursday, January 20, 2022 at 9:00 AM.

SO ORDERED:
Date: 1/3/2022

*Richard M. Berman*
Richard M. Berman, U.S.D.J.

---

1