**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

    -against-

ROBERT HADDEN,
                    Defendant.
-------------------------------------------------------------X

20 CR. 468 (RMB)

**ORDER**

        In light of the continuing COVID-19 pandemic, the oral argument scheduled for Thursday, January 20, 2022 at 9:00 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

        Members of the public and the press may use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: 1-877-336-1829
    Access Code: 6265989
    Security Code: 0468

    Argument will be limited to 20 minutes per side.

        Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: January 12, 2022
      New York, NY

_____
    RICHARD M. BERMAN
    U.S.D.J.