UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    20 CR. 468 (RMB)

  -against-

**ORDER**

ROBERT HADDEN,
                Defendant.
------------------------------------------------------------X

    In light of the continuing COVID-19 pandemic, the proceeding scheduled for Wednesday, February 2, 2022 at 12:00 PM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

    Members of the public and the press may use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: 1-877-336-1829
    Access Code: 6265989
    Security Code: 0468

    Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: January 26, 2022
       New York, NY

                                                      *Richard M. Berman*
                                          _____
                                               RICHARD M. BERMAN
                                                    U.S.D.J.