UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,    :    20 Cr 468 (RMB)
                                           :
    - against -                           :    **ORDER**
                                           :
ROBERT HADDEN,                             :
                    Defendant.     :
------------------------------------------------------------------x

Based upon the record herein, including counsels' joint February 1, 2022 letter and the conference held on February 2, 2022; the trial schedule is as follows:

    1- Trial will commence with jury selection on Monday, September 12, 2022;

    2- A final pretrial conference will be held on Wednesday, September 7, 2022 at 10:00 am;

    3- Motions in limine are due July 18, 2022 (noon);

    4- Responses to motions in limine are due August 1, 2022 (noon);

    5- Joint proposed jury charges, joint proposed voir dire, joint proposed verdict sheet, joint list of names and places, are due August 15, 2022 (noon);

    6- All disclosures between and among counsel, including, Rule 404(b) notice; 18 U.S.C. § 3500 and *Giglio*; and Rule 26.2 materials; and exhibit and witness lists should be exchanged as agreed to among counsel, but in no event later than August 26, 2022.

Dated: New York, New York
       February 2, 2022

_____
**RICHARD M. BERMAN, U.S.D.J.**