

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2022

**BY ECF AND EMAIL**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  **United States v. Robert Hadden,**
> **S2 20 Cr. 468 (RMB)**

Dear Judge Berman:

The Government respectfully submits this letter update to the Court regarding the above-referenced matter. Today, a grand jury in this District returned Superseding Indictment S2 20 Cr. 468 (RMB) (the "S2 Indictment") charging the defendant with one additional count of enticement ("Count Eight") in connection with the defendant's sexual abuse of one additional victim ("Victim-7"), in violation of 18 U.S.C. §§ 2422(a) and 2. The S2 Indictment contains a total of eight counts. The Government has produced discovery related to Victim-7 and does not anticipate that the S2 Indictment will affect the Government's pretrial disclosures or the trial date, which is scheduled for September 12, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/
Jane Kim / Paul M. Monteleoni / Lara Pomerantz
Assistant United States Attorneys
(212) 637-2038 / 2219 / 2343

cc:  Defense Counsel (By Email and ECF)