**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

              20 CR. 468 (RMB)

   -against-

              **ORDER**

ROBERT HADDEN,
              Defendant.
-------------------------------------------------------------X

      The Court will hold an arraignment on Monday, June 13, 2022 at 10:00 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press may use the following dial-in information:

      USA Toll-Free Number: 1-877-336-1829
      Access Code: 6265989
      Security Code: 0468

      Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: June 7, 2022
      New York, NY

                                        _____
                                          RICHARD M. BERMAN
                                                U.S.D.J.