UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                          Government,       :       20 Cr 468 (RMB)
                                               :
        - against -                           :       **ORDER**
                                               :
ROBERT HADDEN,                                 :
                          Defendant.        :
-----------------------------------------------------------------x

       The Court has conferred with the Jury Clerk and it has determined that it does not appear feasible to conduct jury selection in this matter as currently scheduled for September 12, 2022.

       The Court has taken into consideration several factors including, but not limited to, the total number of jurors that reasonably will be required for jury selection; the length of the trial; the rights of victims; SDNY trial schedule relating to COVID; and incarcerated defendants awaiting trial. The Court also considered that the Defendant is out on bail.

       The Court proposes that jury selection commence on November 30, 2022. The Court will hold a (remote) pretrial conference on August 10, 2022 at 11:00 am to discuss the timing of jury selection and requests that counsel meet and confer prior to the conference.

Dated: New York, New York
       July 28, 2022

                                              *Richard M. Berman*
                                        _____
                                        **RICHARD M. BERMAN, U.S.D.J.**