**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
       Government,

              20 CR. 468 (RMB)

  -against-

              **ORDER**

ROBERT HADDEN,
        Defendant.
-----------------------------------------------------------X


   In light of the continuing COVID-19 pandemic, the proceeding scheduled for

Wednesday, August 10, 2022 at 11:00 AM is being held by video via Microsoft Teams pursuant

to the CARES Act and applicable implementing court procedures.

   Members of the public and the press may use the following dial-in information to access

the audio of the proceeding:

  USA Toll-Free Number: 1-877-336-1829
  Access Code: 6265989
  Security Code: 0468


   Note: The Government is requested to provide all victims (and their counsel if known)

with notice of the pretrial conference and of their rights to attend and/or participate under the

Crime Victims Rights Act, 18 USC § 3771.


Dated: August 2, 2022
   New York, NY


           _Richard M. Berman_
           _____
            RICHARD M. BERMAN
              U.S.D.J.