

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 2, 2022

**BY ECF AND EMAIL**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Robert Hadden,**
             **S2 20 Cr. 468 (RMB)**

Dear Judge Berman:

      The parties jointly write to respectfully request that the Court permit the parties to file reply memoranda of law in connection with the parties' motions *in limine* (Dkts. 172-74, 177-78). The parties respectfully submit that given the number of motions *in limine*, written replies would be helpful to the parties and the Court and facilitate the orderly disposition of the motions. The parties have conferred and jointly request that the parties be permitted to file the replies on August 22, 2022.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: _____s/_____
      Jane Kim / Paul M. Monteleoni / Lara Pomerantz
      Assistant United States Attorneys
      (212) 637-2038 / 2219 / 2343

cc:    Defense Counsel (By Email and ECF)

---

Parties may each file a reply by 8/22/22. Maximum 12 pages each.

SO ORDERED:
Date: 8/4/22

Richard M. Berman, U.S.D.J.