```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :
     - v. -                     :           ORDER
ROBERT HADDEN,                  :           S2 20 Cr. 468 (RMB)
                                :
          Defendant.
                                :
- - - - - - - - - - - - - - - - x
```

      Upon the application of the Government, by and through Assistant United States Attorneys Jane Kim, Paul Monteleoni, and Lara Pomerantz, and with the consent of ROBERT HADDEN, the defendant, by and through his counsel, Deirdre von Dornum, Esq., and Michael Weil, Esq., it is hereby ORDERED that the time between June 13, 2022, and January 9, 2023, the trial date in this matter, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

      The Court finds -- and so did find on or about June 13, 2022, at the arraignment in this matter -- that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because the exclusion of time will prevent any possible miscarriage of justice, facilitate these proceedings including pretrial preparation, and

guarantee effective representation of and preparation by counsel for both sides.

Dated:  New York, New York
        August 4, 2022

_____
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK