UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                Government,            :       20 Cr 468 (RMB)
                                                  :
    - against -                                    :       **ORDER**
                                                  :
ROBERT HADDEN,                                    :
                Defendant.             :
---------------------------------------------------------------x

       After further consideration of the parties' positions, jury selection will commence on Wednesday, January 4, 2023 and trial will commence on Monday, January 9, 2023.

       A final pretrial conference will be held on Wednesday, December 14, 2022 at 10:00 am.

       Counsel may submit a proposed pretrial schedule to the Court by August 22, 2022.

       The (remote) pretrial conference currently scheduled for August 10, 2022 at 11:00 am is vacated.

Dated: New York, New York
       August 4, 2022

_____
**RICHARD M. BERMAN, U.S.D.J.**