# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

**David Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

October 25, 2022

Via Email and ECF
Hon. Richard M. Berman
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10001

Re:   *United States v. Robert Hadden*, 20 Cr. 468 (RMB)

> [Handwritten endorsement:] We will certainly excuse Ms. Von Dornum for Jan. 10, 2023. Counsel are directed to meet & confer so that no witness called for Jan. 10 is someone for whom Ms. Von Dornum is needed in person.
>
> SO ORDERED:
> Date: 11/1/22
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.
> NOV. 1, 2022

Dear Judge Berman,

    I write to respectfully request an accommodation from the Court. The Court of Appeals for the First Circuit has set oral argument in the case of *United States v. Dzhokhar Tsarnaev* -- an appeal of the death sentence in the Boston Marathon Bombing case that I have been working on for seven years – for January 10, 2023. Jury selection in our case is set to begin January 3, 2023. I would ask that (1) if jury selection is still ongoing on January 10th, the Court excuse me for the day and permit my co-counsel to handle the jury selection proceeding, but (2) if jury selection has concluded, that the Court schedule opening statements and the first witnesses for January 11, 2023, with a break for all participants on January 10. I have discussed this matter with the government and they consent to this request. Thank you very much for your consideration.

Respectfully Submitted,

/s/
Deirdre D. von Dornum

*Counsel for Robert Hadden*

cc:   Counsel of Record (by ECF)
      Robert Hadden

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/22

1