UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

     -against-

ROBERT HADDEN,
                Defendant.
------------------------------------------------------------X

20 CR. 468 (RMB)

**ORDER**

      The final pretrial conference scheduled for Wednesday, December 14, 2022 at 10:00 A.M. will be held in Courtroom 17B.

      Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: December 7, 2022
       New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.