**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 7, 2022

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Robert Hadden, S2 20 Cr. 468 (RMB)</u>

Dear Judge Berman:

    Attached please find the parties' joint requests to charge, *voir dire*, and proposed verdict sheet.

                                  Very truly yours,

                                  DAMIAN WILLIAMS
                                  United States Attorney

                   by:    <u>   s/                                  </u>
                              Jane Kim / Paul M. Monteleoni /
                              Lara Pomerantz
                              Assistant United States Attorneys
                              (212) 637-2038 / 2219 / 2343

Cc: Defense Counsel (By ECF)