**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

                                                      20 CR. 468 (RMB)

   -against-

                                                      **ORDER**

ROBERT HADDEN,
              Defendant.
------------------------------------------------------------X

The Court will hold a ruling on motions in limine on Thursday, December 22, 2022 at 1:00 PM.

In the absence of defense objection – the proceeding will take place by video.

Members of the public and the press may use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 499 036 986#


Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.


Dated: December 14, 2022
       New York, NY

                                                 _____
                                                    RICHARD M. BERMAN
                                                           U.S.D.J.