# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

December 14, 2022

*VIA ECF*

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>**United States v. Robert Hadden**</u>, 20-CR-468 (RMB)

Dear Judge Berman,

    I write to respectfully request that the Court endorse the enclosed Order authorizing the defense team's use of laptops and internet in the courthouse for the duration of Mr. Hadden's trial. Due to the volume of discovery produced in this case, it is stored in a secure cloud, which we are likely to need to access during the course of the trial, as issues arise.

    Thank you for your consideration of this request.

                         Respectfully Submitted,

                         Deirdre D. von Dornum, Esq.
                         Federal Defenders of New York
                         Tel: (718) 330-1210

cc:    Counsel of Record (by ECF)