UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                         Government,     :         20 Cr 468 (RMB)
                                          :
        - against -                      :         **ORDER**
                                          :
ROBERT HADDEN,                            :
                         Defendant.      :
-----------------------------------------------------------x

Counsel are directed to provide the Court the following information by December 21, 2022 at noon:

1- Names of individuals that correspond with each Victim and Witness identified by number in the pretrial submissions;

2- The pared down total number of witnesses the Government proposes to call as "bad acts" witnesses;

3- Confirmation that the list of names and locations provided to the Court for voir dire purposes includes names and locations for the Government and the Defense.

Dated: New York, New York
       December 20, 2022

                                                    *RMB*
                                          _____
                                          **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/22