UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

              20 CR. 468 (RMB)

-against-

**ORDER**

ROBERT HADDEN,
                Defendant.
------------------------------------------------------------X

The conference previously scheduled for Thursday, December 22, 2022 at 1:00 PM, is hereby moved to 9:00 AM.

In the absence of defense objection – the proceeding will take place by video.

Members of the public and the press may use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 499 036 986#

Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: New York, New York
       December 21, 2022

                                                            RMB
                                               RICHARD M. BERMAN
                                                   U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/22