UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>ROBERT HADDEN,<br><br>              Defendant. | 20 Cr. 468<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this action as counsel to non-party Anthony T. DiPietro, Esq., for the limited purpose of addressing issues raised by defense counsel's December 1, 2022 subpoena *ad testificandum*.

Dated: December 21, 2022
         New York, New York

                              LAW OFFICES OF MICHAEL S. ROSS

                              By:  /s/Michael S. Ross
                                    Michael S. Ross, Esq. (MR-3626)
                                    One Grand Central Place
                                    60 East 42nd Street, 47th Floor
                                    New York, New York 10165
                                    Tel. (212) 505-4060
                                    Fax (212) 505-4054
                                    michaelross@rosslaw.org

*LAW OFFICES OF MICHAEL S. ROSS*