**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                 Government,

                                 20 CR. 468 (RMB)

     -against-
                                   **ORDER**

ROBERT HADDEN,
                 Defendant.
-------------------------------------------------------------X


        The Court will hold a ruling on motions in limine on Thursday, December 29, 2022 at 12:00 PM.

        In the absence of defense objection – the proceeding will take place by video.

        Members of the public and the press may use the following dial-in information to access the audio of the proceeding:

        Dial-in Number: (646) 453-4442
        Conference ID: 885 088 975#


        Note: The Government is requested to provide all victims (and their counsel if known) with notice of the pretrial conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.


Dated: December 27, 2022
       New York, NY


                                *Richard M. Berman*
                       _____
                               RICHARD M. BERMAN
                                 U.S.D.J.