

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2023

**BY ECF AND EMAIL**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Robert Hadden,</u>
               S2 20 Cr. 468 (RMB)

Dear Judge Berman:

      The Government respectfully submits this letter in advance of jury selection to advise the Court of a further narrowing of the charges it intends to submit to the jury and to attach an (1) updated joint voir dire, (2) an updated trial indictment, and (3) an updated list of names and places that may be mentioned at trial.[1]

      On December 21, 2022, the Government advised the Court that it no longer intends to submit Counts Four and Six of the S2 Indictment to the jury, and submitted a renumbered trial indictment. Based on its further preparation for trial, the Government now advises the Court that it no longer plans to submit Counts One and Three of the S2 Indictment to the jury. Accordingly, the Government has prepared a proposed revised Trial Indictment for the jury. The defense has no objection to the trial indictment.

      Because the Government no longer plans to submit Counts One, Three, Four, and Six to the jury, the parties have agreed to the following renumbering of counts and victim references:

- Count Two of the S2 Indictment, with time period 2005 to 2012, corresponds to Count One of the Trial Indictment, and the victim referenced as Victim-1 in the S2 Indictment corresponds to Victim-1 in the Trial Indictment.

- Count Five of the S2 Indictment, with time period 1998 to 2010, corresponds to Count Two of the Trial Indictment, and the victim referenced as Victim-4 in the S2 Indictment corresponds to Victim-2 in the Trial Indictment.

- Count Seven of the S2 Indictment, with time period 2008 to 2009, corresponds to Count Three of the Trial Indictment, and the victim referenced as Victim-6 in the S2 Indictment

---

[1] To preserve the confidentiality and privacy of victims, the list of names and places is respectfully requested to be filed under seal.

corresponds to Victim-3 in the Trial Indictment.

- Count Eight of the S2 Indictment, with time period 2000 to 2011, corresponds to Count Four of the Trial Indictment and the victim referenced as Victim-7 in the S2 Indictment corresponds to Victim-4 in the Trial Indictment.

If the Court adopts the parties' proposed Trial Indictment, the Government will submit a revised request to charge and verdict sheet reflecting the renumbering of counts and victim references as reflected in the Trial Indictment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: s/_____
Jane Kim
Paul M. Monteleoni
Lara Pomerantz
Assistant United States Attorneys
(212) 637-2038 / 2219 / 2343

cc:   Defense Counsel (By Email and ECF)