

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2023

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    **United States v. Robert Hadden, S2 20 Cr. 468 (RMB)**

Dear Judge Berman:

     Attached please find the parties' revised joint requests to charge and proposed verdict sheet, as well as redline copies to those previously submitted to the Court.

               Very truly yours,

               DAMIAN WILLIAMS
               United States Attorney

         by:    s/
               Jane Kim / Paul M. Monteleoni /
               Lara Pomerantz
               Assistant United States Attorneys
               (212) 637-2038 / 2219 / 2343

Cc: Defense Counsel (By ECF)