**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                          20 CR. 468 (RMB)

   -against-

                                                          **ORDER**

ROBERT HADDEN,
                Defendant.
------------------------------------------------------------X

The Jury charge conference scheduled for Tuesday, January 18, 2023 at 10:30 A.M.

In the absence of defense objection, the proceeding will take place by video.

Members of the public and the press may use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 680 263 876#

Note: The Government is requested to provide all victims (and their counsel if known) with notice of the conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: January 17, 2023
       New York, NY

                                                        */s/ Richard M. Berman*
                                                        RICHARD M. BERMAN
                                                             U.S.D.J.