**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                  Government,          :        20 CR. 468 (RMB)
                                                   :
     - against -                                 :        **ORDER**
                                                   :
ROBERT HADDEN,                                     :
                                                   :
                  Defendant.           :
---------------------------------------------------------------x

The bail hearing scheduled for Wednesday, February 1, 2023 at 12:00 P.M. will take place in Courtroom 17B.

Note: The Government is requested to provide all victims (and their counsel if known) with notice of the conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: January 25, 2023
       New York, NY

                                        *Richard M. Berman*
                                        RICHARD M. BERMAN
                                               U.S.D.J.