*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

# EXHIBIT B

**(Letter from Dr. John C. Evanko to Robert Hadden,
dated July 2, 2012)**

**EXHIBITS TO THE GOVERNMENT'S SUBMISSION
SEEKING THE DEFENDANT'S POST-CONVICTION
DETENTION PENDING SENTENCING**

**Filed: January 28, 2023**



COLUMBIA UNIVERSITY
MEDICAL CENTER

In affiliation with
NewYork-Presbyterian Hospital

John C. Evanko, MD, MBA, FACOG
Director, Gynecologic Surgery
& General OB/GYN Services
Department of Obstetrics & Gynecology
622 W. 168th – PH-16
New York, NY 10032
(212) 305-1107

July 2, 2012

By Hand

Robert A. Hadden, M.D.

Dear Bob:

    I write to inform you of the position of the University and New York Presbyterian Hospital with respect to the allegations against you currently being investigated by the New York City Police Department. You must comply with all University and Hospital policies, and in particular, a chaperone must be in the room at all times when a patient is examined by you. Provided you adhere to this practice, you may resume clinical activities beginning July 3, 2012.

Sincerely,

John C. Evanko, MD MBA

cc: Robert Kelly, M.D.
    Lee Goldman, M.D.
    Mary D'Alton, M.D.