*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

# EXHIBIT E

**(Defendant's Sworn Declaration to the Court,
dated November 22, 2021)**

**EXHIBITS TO THE GOVERNMENT'S SUBMISSION
SEEKING THE DEFENDANT'S POST-CONVICTION
DETENTION PENDING SENTENCING**

**Filed: January 28, 2023**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA          :
                                  :
    -against-                     :
                                  :      20 CR 468 (S-1) (RMB)
ROBERT HADDEN                     :
                                  :      Declaration
                                  :
                                  :
        Defendant.                :
----------------------------------------X

ROBERT HADDEN, being duly sworn, hereby declares under under penalty of perjury that:

1. I am the defendant in this case. I submit this declaration in support of the defense motion to suppress evidence. My lawyers prepared this declaration and only included those facts they considered necessary for the instant motion. I am aware of other facts not included.

2. My father, William B. Hadden III, died on August 2, 2019. His estate ("the Estate") is being administered in Florida and there are ancillary proceedings in New York. My sister, Jennifer Hadden, our nephew Jonathan Hadden (my late brother's son), and I are the primary beneficiaries of the Estate. Morris Engelberg is the personal representative of the Estate, which remains in probate proceedings to this day.

3. When my father died he owned among other things a summer home at 24 Anthem Drive, Glen Cove, New York 11542.

4. Mr. Engelberg and his firm sent several pieces of correspondence to my sister and I with respect to the Glen Cove property.

5. Attached as Exhibit C is a true and exact copy of a letter we received on or about October 31, 2019.

6. Attached as Exhibit G is a true and correct copy of a letter Mr. Engelberg sent to my sister's lawyer on or about October 29, 2020.

2

7. On or around November 15, 2020, my nephew Jonathan sent me photographs from the Glen Cove property. Attached as Exhibit H is a true and correct copy of one of the photographs. I recognize the handwriting in the photograph as being from my sister.

Dated: Englewood, N.J.
       November 22, 2021

                                                       Robert Hadden