UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                       Government,                    20 Cr 468 (RMB)

     - against -                                 **ORDER**

ROBERT HADDEN,
                       Defendant.
-------------------------------------------------------------x

The Defense may respond to the Government's January 30, 2023 letter by 2:00 pm today, January 31, 2023.

At the February 1, 2023 bail/remand hearing, Defense counsel and Government counsel each may have up to 15 minutes to present their case.

Following Counsel, Victims may make oral presentations, starting with Victims who have not spoken previously. The Government shall provide a list of the Victims who wish to address the Court by 2:00 pm today, January 31, 2023.

There will be no virtual presentations or participation at the bail/remand hearing. There will be no standing in Courtroom 17 B. There will be an overflow courtroom for those who are unable to access Courtroom 17 B.

Dated: New York, New York
       January 31, 2023

                                                          /s/ RMB
                                                RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/23