

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

## <u>REQUEST TO BE FILED UNDER SEAL</u>

January 31, 2023

**<u>BY ECF AND EMAIL</u>**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   **<u>United States v. Robert Hadden,</u>**
>        **S2 20 Cr. 468 (RMB)**

Dear Judge Berman:

The Government respectfully writes to: (1) inform the Court as to the names of the victims who would like to be heard at the detention hearing tomorrow; and (2) provide the Court with additional victim statements, which are attached hereto as Exhibit A.

The Government understands that the following victims respectfully request the opportunity to be heard at tomorrow's detention hearing:

        1.                       (the victim who testified at trial under the name Emily Anderson)
        2.
        3.
        4.
        5.
        6.  Marissa Hoechstetter
        7.  Dayna Solomon
        8.  Robyn Lavender

To the extent that any additional victims request the opportunity to be heard, the Government will promptly inform the Court and the defense.[1]

---

[1] The Government redacts from its public filing certain of the above victims' true names with the understanding that these victims may not wish to be publicly identified.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: s/_____
Jane Kim
Paul M. Monteleoni
Lara Pomerantz
Assistant United States Attorneys
(212) 637-2038 / 2219 / 2343


cc:      Defense Counsel (By Email and ECF)