*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

# EXHIBIT A

**(Victim Statements)**

EXHIBITS TO THE GOVERNMENT'S SUBMISSION
SEEKING THE DEFENDANT'S POST-CONVICTION DETENTION
PENDING SENTENCING

Filed: January 31, 2023

**Victim Statement-32**
(From Victim with Reference Number Victim-72)

January 26, 2023

To Judge Berman:

Is Robert Hadden a threat to the community? Should he be allowed to wait at home until sentencing on April 25th? Or should he be locked up immediately after the bail hearing on February 1st? For years, this convicted sexual predator started every workday from the comfort of his home. I assume his neighbors never knew what he was up to or what was on his mind on his way to work. To them, Hadden was a community member of high standing because, after all, he was a doctor practicing medicine at a world-renowned, prestigious hospital. They presumably had no idea, could never have believed that he was sexually abusing his unknowing patients in ways too heinous and sickening to imagine, loving every minute of it and for decades, getting away with it. Hadden's community now includes me, one of his many victims. And we, his victims, deserve better than for Haden to be allowed to be free until April 25th.

None of us should have to worry that he might be at large until April 25th. After February 1st, none of his victims should have to worry about seeing his face ever again outside of a prison cell. How can it be assumed that because Hadden is at home, he is no longer a threat to the community? Of course he is a threat. He always was and always will be. I am horrified that allowing Hadden to live at home until April 25th is even an option for this monster. Please, lock Hadden up immediately following the bail hearing on February 1st. We, his victims, have waited a long time to see justice served. Serve it and end Hadden's decades-long freedom from accountability and justice. On February

1st, please remove him from our sight so that we can all move on, try to forget his name and face and eventually, heal.

Best regards,

█████

**Victim Statement 33**

(From Victim with Reference Number Victim-142)

Dear Judge Berman and colleagues:

Thank you for allowing survivors of hadden's abuse to be heard in court. I unequivocally support the prosecutors' effort to send him directly to jail on February 1, 2023.

He should go to jail immediately because he has to face the consequences of his criminal behavior. He committed crimes repeatedly over a span of 20+ years. He made criminality his profession. He pled guilty to crimes in state court. He is now guilty of additional crimes in federal court! Why is he free? He is a criminal.

I am tired of not being able to find the words to describe what happened – and consider how I explain it. I say hadden sexually abused me or hadden sexually assaulted me. But, that is no more. He is a rapist, as far as I am concerned because only rapists do the things that he did. He is disgusting. I don't think the words "abuser", "predator", or "perpetrator" are strong or clear enough to communicate who he is. He is a rapist. This is who he is and who he has always been.

He is also a psychopath and a master manipulator. He has knowingly used his white male privilege to commit the worst abuses and inflict incredible physical pain and mental suffering against women and children during their most vulnerable times – and somehow earn their trust! I trusted this man with my life and my body – and now I will never know how many times he abused me! I will never know how many times the people at Columbia (CUIMC) turned a blind eye to his abuse. I think now I have a sense of understanding about why he stayed with CUIMC for so long – he was able to use his white male privilege at a white male dominant medical center that supported and encouraged people who looked like him.

My God, what were all of his victims worth to CUIMC that they would enable this rapist to come to work every day with a smile on his face? I've never seen a more cheerful criminal – that was his demeanor in practice, always bubbly, always chatty. Has he shown any remorse? I want this court to know that my disgust rests equally with hadden and CUIMC. He did not operate in a vacuum – and I still believe more questions need to be answered about CUIMC's role in hadden's criminal behavior. From my experience in this case, hadden and CUIMC have been masterminds of using their privilege to disrespect and disregard survivors. However, their tactics of lateness and postponement are at an end.

This court should send a strong message to New York and the rest of the country that serial rape, sexual assault, and sexual abuse will not be tolerated. It will not be tolerated at the lowest levels and neither will it be tolerated at the highest levels within a billion-dollar medical center. If you do not send him to prison on February 1, 2023, the message I will hear is that white male privilege continues to buy him more time, more comfort, and more assurances from society that he is in fact above the law.

Why should hadden be allowed to go home to his family? Why should he be able to enjoy the comforts of sitting at his dining table or in his favorite chair? Why should he be able to enjoy the warm sun on his face or feel the cool crisp air of a northeastern winter from his home? Why

should he be able to take phone calls when he wants to? Why should he be able to use anything that he paid for with the money he garnered while he was conducting criminal sex abuse and sex trafficking?

I thank the court for allowing my voice to be heard. I thank the prosecutors and the FBI for their dedication to this case. I think there are lawyers out there who will learn from this case and use it to hold people like hadden and institutions like CUIMC accountable. I thank everyone involved who has been there to use their voices to see this case through. I pray that this is the last letter I have to write about hadden or CUIMC. This man deserves no more mercy. Those who deserve mercy are the survivors and their families. I deserve mercy. I deserve closure and the ability to move on with my life, to free my mind from this horrific case. That is exactly what I plan to do.

Sincerely,

[redacted]

Government Exhibit A at 4

**Victim Statement 34**
(From Victim with Reference Number Victim-167)

January 27, 2023

To Whom It May Concern:

Please accept this letter as my statement to the fact that I was violated by hadden and have never been the same ever since, as previously stated. I need the man to be brought to justice so that it never happens again to anyone who places their trust in people with this type of position. I have been traumatized and left in a bubble because I do not trust male physicians with myself or my children. This has been a long journey to heal and to trust. I am still reluctant to engage in intimacy with anyone at all. I want to ask to remain anonymous.

Please accept this statement as true and factual.

Thanking you in advance,

███████

Government Exhibit A at 5

**Victim Statement 34**
(From Victim with Reference Number Victim-8)

Honorable Judge Berman,

I saw Robert Hadden for four years while duped into thinking I was receiving exemplary medical care. From day one, he took advantage of his position and began his abuse of me.

He told me he was giving me dermatological care telling me after the nurse left that I needed to undress and stand naked in front of him while he touched my body and "looked for moles". He told me I needed to go back to see him for regular vaginal exams every three months. I was subjected to his abuse *every three months for years*. Every three months he asked me questions about my sexual relations, looked at my naked body, touched moles all over my body, touched my breasts, and inserted his fingers into my vagina. He ensured I came back so often by giving me expensive birth control pills for free but just enough for me to come back again in just a few months. He made me stand naked in front of him and turn around and look at my entire unclothed body while he made remarks about how he liked it.

At one visit, after the nurse had left the room, he started asking about my sexual relations again and asked if I had ever had anal sex. When I said yes, he quickly told me that would mean I would need a rectal exam. He hurriedly told me to lie on my side and he lifted my gown up and inserted his finger into my rectum. I felt utterly helpless and completely stunned. I knew this wasn't right but I didn't know what to do. He so quickly told me to lie down. He didn't ask if I was okay with this so-called exam but rather told me I needed it. I couldn't understand why and how this exam was going to tell him anything about my health. It felt so violating, unnecessary, and belittling. This was one of the worst moments of my life. How my own doctor could do this me and he made me question my own self and thoughts of what is right. I felt so violated and horrified. I blame myself for not saying no, for not running out, or questioning him but he acted too quick there was no time for me to question him and who am I to question my own experienced doctor whom I trusted. I remember after he left, sitting there in an open hospital gown, upset, confused, and betrayed.

Not only did he take advantage of my body, he used his power and stole years of medical treatment to me. As I read over my medical records, I see notes of diseases I never had or was never told I had. I never received treatment for them so I can only assume they are false. I was shocked to see it. I saw a note in my records, hand written by Hadden saying "I was having unprotected sex with sketchy men" - a comment that was completely fabricated. I never said that nor have I ever had sex, unprotected or not, with any men who I considered "sketchy" or that I thought would cause me to have a sexually transmitted disease. This comment now lives in my medical records for any doctor or others to see. I am furious and horrified that he made up information in my records and wrote such personal comments that are completely false. I feel my entire medical history as a patient of his for years is completely fabricated. I have no idea what in my records or what he told me is true or not. I feel for years, not only was I sexually assaulted by my doctor but there was no attempt to even medically treat me for anything. I was there at his will routinely for him to do what he wanted while I, unknowingly, continued to go to his office. I was duped and scammed by him. Years of my sexual health and well being were stolen by him.

He did nothing for me but take. I feel betrayed, broken, violated, angry, and horrified. I have come a long way grappling with this for many years but I don't know if I will ever fully get over what he did to me. I can't trust a doctor, especially for my own daughters. I recoil when I hear his voice, see his photo, or think about what happened to me. I wonder if he did other things to me that I don't even know about. I am unsure of myself as a patient and what little I know about proper care and how I was so easily taken advantage of. I fear I won't be a good enough advocate for my daughters to ensure that they don't ever have anything like this happen to them. I continue to grapple with his assaults and my own blame and shame.

I went to Hadden for medical treatment. I undressed myself and sat on his table, not for him, but for medical treatment. I wonder how he could do this to me, his own patient. I trusted my body to him to help me in such a vulnerable place, yet he took that as an opportunity for his own sick, perverted gratification. I am sick to my stomach all the time over the thought of it.

And I am not alone.  I've heard woman after woman share their stories and it is one horror after another, all at his hands. He did these things to all these women. He's taken so much from so many people. He does not deserve to be free any longer. His word he won't flee or harm himself or another means nothing as he already took an oath to do no harm but instead he has spent decades causing harm upon countless women and girls by taking advantage of his power and status. He has proven to be a serial liar. He lied to me over and over at every visit. I went to him because I needed a doctor and he deceived me into believing I was receiving medical care yet instead, he took my body and did as he pleased without my consent. I am disgusted whenever I think about his hands on my body. I trusted him yet he didn't care about me or anyone else, just himself and what serves him. He has continued to abuse hundreds of women throughout decades. Men like him don't just stop. They find another way. Another victim. It's only a matter of time if it hasn't happened already. He should be held where he cannot touch another woman again. He has caused so much pain already for so many women. Please don't let him go free again. He prayed upon women who trusted him. He does what suits him and only him. Do not give him the opportunity to harm himself or flee. Robert Hadden is guilty of these horrendous crimes and has escaped punishment for far too long. His time is finally up and he should not get to spend another hour enjoying his family and freedom, let alone three more months. He's guilty, there is no reason to not be in jail. All his victims are watching and these women will only get revictimized to see him walk out that door free yet again. Please remand him until his sentencing.

Thank you

**Victim Statement 35**
(From Victim with Reference Number Victim-185)

In 2004, I could have never fathomed that an accomplished and respected doctor employed by an institution such as Columbia University would turn out to be a monstrous predator. Dr. Robert Hadden took it upon himself to learn and manipulate every insecurity, worry, and shame I ever felt. He knew I was a young single woman, living alone in New York City without family nearby or anyone to turn to. He knew exactly how to gain my trust and twist it in order to fulfill his own sick fantasies and desires. I thought I had a doctor who cared about my health and fulfillment. That is what he wanted me to think. What I got was something I could have never imagined. I was vulnerable and trusting. I was the perfect victim. And Robert Hadden knew that.

Below, I describe a portion of what happened to me at the hands of Robert Hadden. Please note that I was subjected to these exams on multiple occasions.

*Wearing nothing but a paper gown, I lay on the exam table and put my legs in the stirrups. Hadden applies lubrication to my private area for what feels like a very long time. Lying naked on the exam table with Robert Hadden's hands inside of my vagina, he starts asking me about my sex life. "Are you having regular orgasms?" he asks. I froze. He continues, "Would you like me to show you where your G-spot is?" His hands are still inside of me. I feel my face flush with embarrassment and disgust and shake my head- No! A rush of fear and humiliation came over me. I was terrified. He continues to inquire about my sex life.*

*Now it is time for my breast exam. He rips open the paper gown to look at both my breasts. My entire body is exposed. He starts to pinch, pull and twist my nipple. I wince in pain, and he explains to me that he is checking to see if there is any discharge. I say, "Okay", feeling stupid and dismayed.*

*Is it over yet??? No.*

*Hadden asks me to stand up. I am completely naked. I get off the table and as he stands behind me, running his ungloved hands up and down my back, he asks*

*me to bend over and touch my toes. This is his routine "scoliosis check". He checks for moles in every crevice and fold of skin including my anus.*

**Over the course of almost 5 years, while I was Robert Hadden's patient, I was diagnosed with varying diseases and problems that were conveniently benign enough that I wouldn't seek another opinion, but just outside the realm of normal.** I thought to myself, this is my doctor who I trust implicitly. I must be careful and follow his lead. I was convinced this man was being thorough when in actuality; **he was planting the seeds of my shame and insecurity.**

For example, when Hadden told me I had fibrocystic breast disease and when he pointedly told me a freckle under my right breast was actually a "third nipple" you can imagine my fear and how it fueled my insecurities over my body image. Why would a doctor want to do this?? **Now I see that this was his ploy to disarm me and further gain my trust in his "expertise".**

He told me I had a tilted uterus – a condition that can cause infertility issues. Hadden knew I wanted children and that I was worried as I approached 30 that I might have trouble. I lived in fear of this for years. In hindsight, it is very clear that I had absolutely nothing to be concerned about and no other doctor has ever come even close to his diagnosis. **No other doctors, radiologists, nurses, or any medical personnel have ever mentioned any of the above ailments to me subsequently.**

Perhaps the most humiliating diagnosis was when **I was told I had HPV in an effort to have me come in to visit him more frequently for Pap Smears**. The terror I had when I learned of this and the total SHAME I felt when I had to disclose this to my now husband is hard to describe in its full light.

This is the abuse and assault I was subjected to by Robert Hadden. I was completely blindsided and internalized the shame and embarrassment for years. **Writing this, it feels like the abuse and torment was endless which mirrors the fact that the psychological trauma truly does go on forever**. I have suffered from depression, anxiety, and panic and been treated by therapists and psychiatrists. I have been prescribed Lexipro, Klonipan, and Wellbutrin. I have struggled to maintain intimate relationships or a meaningful work life. When it comes to my healthcare**, I live in a dizzying state of distrust. Columbia knew about the abuse for years. So many women and underage girls could have been spared.**

I am nauseated and physically shaken when I recount my experiences. Having to describe this in detail to my lawyer and to a judge has been traumatizing. I am a very private person. I look forward to the day when I can stop reliving these memories and can close this chapter once and for all.

# STATEMENT FROM

████████████████

## JULY 22, 2022

       In this statement, I, ███████████, wish to explain in no uncertain terms, in my own words, and once and for all, the abuse and assault which I endured as a young woman at the hands of Robert Hadden and Columbia University. Thank you for your time and consideration.

**<u>Victim Statement 36</u>**
(From Victim with Reference Number Victim-3)

Dear Judge Berman,                                                                                         January 27th, 2023

    This trial has consumed me mentally since September 9th, 2020 when Mr. Hadden was arrested on charges of enticing and inducing women to travel to his office from other states. On that day I felt a sense of accomplishment while working with authorities to ensure justice would be served in the court of law.

    It has been 27 months since his initial arrest. Even though we had a pandemic and postponements occurred, we victims have had a constant reminder of the trauma he inflicted. On Tuesday January 24th, a sigh of relief came over so many of us, justice was finally served with the word "Guilty." We women knew the truth all along and after 27 long months we felt heard, we felt seen.

    Allowing this man to continue to live his life at home till sentencing in April is once again traumatizing us. He was on borrowed time and now that he is convicted, he needs to start his sentence. It will take time for myself and I am sure all the other women who are victims to heal, please let us start to heal today by detaining Mr. Hadden. Many of us women will take comfort in knowing that while he serves his time, he is reminded everyday why he is there and the harm he caused countless women.

    Thank you for allowing me to express my thoughts and I hope the right decision is made in support of the victims.


Respectfully,

███████

**Victim Statement 37**
(From Victim with Reference Number Victim-196)

  Too often we here about people who have been sexual assaulted on the news. Never would I have thought someone I trusted to oversee my health would betray my trust and the oath he took as a doctor. He made me a member of a group I have never asked to be a part of. I could never He was someone I trusted with my medical care. Instead, I ended up for the first time in my life needing counseling. This situation has affected my job and also put my health at risk. I developed a fare of not wanting a doctor to touch or examine my private parts.  It took me going through counseling and the support of my family and close friends to eventually build the will power to finally have those examinations done.  And to make it worse my older sister died of ovarian cancer. I became bitter and wish the worse for him

  So, why should this predator deserve one more day of freedom? This is someone who should have been incarcerated a long time ago. The judicial system has failed us in the pass it's time to make it right. So, I am asking the court to keep him in custody until his sentencing in April.

  I want to thank Maria for keeping me updated and taking the time to listen and cry with me and never refuse my calls and to Attorney Anthony T. DiPietro for fighting for us and keeping me inform.

 Sincerely,


A victim

**Victim Statement 38**

(From Victim with Reference Number Victim-54)

Hon. Richard Berman

Southern District of New York

500 Pearl Street

New York, NY 10007

January 27, 2023

Re:  Def. Robert Hadden Bail Hearing

Please let this letter serve as my written statement in support of the prosecutions efforts to send Robert Hadden directly to jail after the bail hearing on February 1.

He has been a threat to the community for decades and has been allowed to go unchecked and continuously hurt the people who trusted him while they were most vulnerable.  As a victim myself, I implore your honor to not allow this sick and twisted menace to society enjoy not even the slightest amount of freedom as he awaits sentencing.

Sincerely,

Jane Doe

**Victim Statement 39**
(From Victim with Reference Number Victim-189)

Page 1

Dear Judge Berman and to all who are present today.

What is true justice? To me true justice is where there is equality under the law. That did not happen here.

True justice would be that he be remanded today until sentencing. My hope ~~~~ on sentencing day is that he gets consecutive vs. concurrent years in prison. It's the least he deserves.

True justice would've been prison time after the first ~~~~ trial. After his 2nd arrest he should've been ~~was convicted~~ remanded pending trial. For him to never ~~receive~~ jail time the first time was the problem to begin with. Instead he was allowed to walk free with just a slap on the wrist. During this last ~~~~ arrest and trial he still remained free. For what? To get his papers in order? For me, this was an inequal sense of entitlement awarded to him and Columbia University.

Page 2

I was employed by Columbia-Presbyterian Medical Center from 1978-1997. I worked in the Dept of Ob-gyn as he.

He was known to be the best. Everyone wanted him to deliver their babies. I remember sitting in his office with my husband noticing a picture behind his desk that displayed him, his family and his two golden retrievers surrounded by a white picket fence. What a bait and switch that turned out to be.

No one should feel sexually aroused during late term medical visits with him. Of course you immediately blame yourself for what just happened and would never speak to ANYONE about it. EVER.

I've always believed Columbia University has always had great power and influence as well as wealth in the City of New York. I know they are one of the wealthiest realtors in this city that has seemed to touch these

very cases. I also believe the great esteem of this predator wasn't going to tarnish Columbia University's name and influence. Instead of doing the right thing they hid him from us. Never informed us for their best interest only. They knew they were wrong but didn't care. Sometimes the cover up can be worse than the crime. For that, they should pay.

True justice needs to focus on the inequity of women's rights as victims. We are someone's mother, daughter, sister or aunt and deserve to be taken seriously. This whole situation could've went much different if the victims were not women. The year is 2023 and we're still not being heard, ~~~~ nor seen, ~~~~ This trial and the trial before this one says it all. It's heartbreaking that all of us ~~has~~ have had to carry these unspeakable sexual assaults to ourselves.



Page 4

Feeling this kind of shame and guilt throughout, a time when as a would be mother should've been one of the most happiest moments of our lives. Instead, because of his status we were not able to talk about it with anyone for fears of reprisal or gaslighting. That weight out numbered the pounds I gained during pregnancy.

Gaslighting is a term people use quite regularly these days. The definition of this word is as follows:

It is a form of psychological manipulation in which the abuser attempts to sow self-doubt and confusion in their victim's mind. Typically, gaslighters are seeking to gain power and control over the other person by distorting reality and forcing them to question their own judgment and intuition.

A picture of his face should be displayed next to this definition found on Google.



Page 5

When women come together there becomes strength in numbers that should become a powerful message to the justice system and to the world that we command to be heard, to be seen and to be remembered.

He has shown absolutely no remorse for his actions, and I will not feel any remorse for what I'm pleading for to you today

**Victim Statement 40**

(From Victim with Reference Number Victim-236)

-----Original Message-----
From: █████████████████████
Sent: Friday, January 27, 2023 12:04 PM
To: Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
Subject: [EXTERNAL] Robert Hadden Criminal Case

Good afternoon Wendy,

I hope this finds you well.

I am reaching out in my support of Robert Hadden being sent directly to jail after the bail hearing on February 1, instead of waiting for the sentencing date scheduled for April 25. Robert Hadden is a sexual offender and a threat to our community. I was a patient of his for 15 years and endured abuse during this entire time. I cannot imagine that he went from abusing women for 30 years to suddenly stopping this behavior. Please do not allow him to do further harm.

Thank you for your consideration.

Best regards,
█████████

Government Exhibit A at 19