UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                 **ORDER**

            -against-                                               20 Cr 468

ROBERT HADDEN,

                          Defendant.
------------------------------------------------------------X

       Pursuant to 18 U. S. C. § 3143, the Defendant is hereby remanded.   See transcript of proceedings held on January 24, 2023 and February 1, 2023.

Dated: New York, New York
       February 1, 2023

                                                        _RMB_ (signature)
                                             **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/23