Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**ORIGINAL**

## United States District Court

__Southern__ District of __New York__

Caption:

United States of America v.

Robert Hadden

Docket No.: 20-cr-00468-RMB

Hon. Richard M. Berman
(District Court Judge)

Notice is hereby given that __the defendant, Robert Hadden__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other | ✓ __order of detention pending sentence__
(specify)
entered in this action on __February 1, 2023__.
(date)

This appeal concerns: Conviction only |___ Sentence only |___ Conviction & Sentence |___ Other [✓]

Defendant found guilty by plea | | trial | ✓ | N/A |

Offense occurred after November 1, 1987?  Yes | ✓  No [   N/A [

Date of sentence: _____ N/A [✓]

Bail/Jail Disposition: Committed |___  Not committed |   N/A [

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2023

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Barry D. Leiwant, Esq. |
| Counsel's Address: | Federal Defenders of New York |
| | 52 Duane Street, 10th Floor |
| Counsel's Phone: | (212) 417-8763 |
| Assistant U.S. Attorney: | Jane Kim, Esq. |
| AUSA's Address: | One St. Andrews Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | (212) 637-2200 |

KENDRA L. HUTCHINSON, ESQ.

_/s/ Kendra_
Signature