

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 2, 2023

**BY ECF AND EMAIL**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: **United States v. Robert Hadden,**
     **S2 20 Cr. 468 (RMB)**

Dear Judge Berman:

  The Government respectfully submits three victim statements to the Court, which are attached hereto as Exhibit A. The first statement was submitted by email to the Court yesterday morning prior to the detention hearing, and the last two statements were submitted to the Court in person prior to the detention hearing.[1]

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

        by: s/_____
          Jane Kim
          Paul M. Monteleoni
          Lara Pomerantz
          Assistant United States Attorneys
          (212) 637-2038 / 2219 / 2343

cc: Defense Counsel (By Email and ECF)

---

[1] The Government redacts certain portions of the attached victim statements in its public filing. As previously stated, the Government does not believe that these redactions are necessary but understands that the defense does, and thus files redacted copies of these letters as a courtesy and in the interests of timely filing these materials on the public docket.