*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

# EXHIBIT A

**(Victim Statements)**

**EXHIBITS TO THE GOVERNMENT'S SUBMISSION
SEEKING THE DEFENDANT'S POST-CONVICTION DETENTION
PENDING SENTENCING**

**Filed: February 1, 2023**

**Victim Statement 41**
(From Victim with Reference Number: Victim-53)

<u>Written Statement</u>

Judge Berman:

Thank you for giving me and other victims of Robert Hadden the opportunity to provide a statement on this matter. It is important for me that you read, first-hand, the gravity of the violations that took place, and the impact that it has had on my life, as well as the lives of many other women. It is my sincere hope that the court is genuinely listening to what we're saying, and that our words have a material impact on the outcome of this trial. If we have not protected other women from this horrific behavior, we have accomplished nothing.

I think it might be helpful to give you a bit of background about myself. I am originally from the Washington DC area, am highly educated, well-traveled, and come from a loving and supportive family. In a million years, I never imagined I would be a victim of sexual assault. After graduating from college and prior to attending law school, I spent nearly three years living abroad in three different countries, alone as a single woman. Upon graduation from law school, I spent some time practicing for an international law firm in Miami, and then moved to New York City in 2003 where I continue to practice.

I became pregnant with my first child in 2012. Everything about the experience was new to me. Unlike most women, I had no one to "teach me the ropes" as I have no living female family members - my mother died when I was a baby. I have no sisters, nor do I have any family living in New York. My husband is from Israel, where all of his family lives. For my first pregnancy, we were alone and had only each other. Although my mother died when I was a baby, I was raised by my father who I trusted with every fiber of my being. He passed away when I was 24. Unlike many women, I had no issues with seeing a male gynecologist. In fact, I was seeing a male gynecologist who retired from practice when I first learned I was pregnant, at which time I was referred to Columbia Presbyterian in early 2012.

Now I will give you a timeline.

May 11, 2012 and June 5, 2012

I saw Robert Hadden in 2012 on May 11 and June 5, both times during which I was asked to strip naked so he could "examine" the inside of my vagina. In order to do this, he apparently needed to first lubricate his hands (and not the medical instrument) so that he could manually lubricate anything that might come within a 5-inch radius of my vaginal opening.

While I was stripped down, he made suggestive comments about my body and noted that I would be "back in a bikini" by the summer.

June 29, 2012 (Friday)

**Robert Hadden is arrested.** On Friday, June 29, Robert Hadden was arrested in his office for sexually assaulting a patient. It is my understanding that most, if not all, of the staff were aware of the arrest. It is also my understanding that the Trustees of Columbia University, New York Presbyterian Hospital, were made aware of the arrest.

July 3, 2012 (Tuesday)

**4 days after Robert Hadden's arrest.** On Tuesday, July 3, just four days after Robert Hadden's arrest, I had a scheduled appointment with Robert Hadden, for which he was present and I believe unchaperoned. I was sexually assaulted by a known sexual offender, known by his peers and all levels of hospital management as a sexual predator, literally just 4 days after he was arrested in his medical office and escorted by police out of the building. Robert Hadden was actually permitted to RETURN to his medical office and sexually assault me just FOUR days after being arrested for LICKING a patient's genitals … among other things.

Information about his arrest was provided to, and exchanged among, all levels of Columbia Presbyterian staff and management. I wonder if any of these people would agree to have their wife or daughter alone in a room with Robert Hadden, knowing what they very clearly knew. It is shocking to even consider that an executive decision was made to allow Robert Hadden to return, given the information presented to them. I guess the decision was made easier by the fact that it was someone else's wife/daughter/sister. Knowing what I know now, I would go as far as to say that there may have been a premeditated conspiracy by hospital staff and senior management to lie to its patients, thereby committing willful and knowing harm to the very patients who have trusted them with their care.

When Robert Hadden was again removed from practice later that year, my new doctor, Dr. Shin, as well as the office staff, each knowingly lied to me and uniformly told me that Robert Hadden was out on "medical leave." This was clearly a pre-fabricated lie that was mandated as the uniform communication by the hospital management and senior executives.

It was only after reading about it in the press that I learned that Robert Hadden had been arrested for sexually assaulting his patients, and it was then up to me to locate an attorney to represent my interests in this case. Shockingly, at no point, not once, has anyone from the hospital been in touch with me to discuss my experiences with Robert Hadden or the nature of his departure.

I should add that with my second child, at my first visit to the new obstetrician, I completely disrobed as I had with every single visit with Robert Hadden. When the doctor entered the room, she was startled and confused by seeing me completely disrobed, and immediately asked me to please put my clothes back on. When she heard Hadden's name, a light turned on in her head – she knew, and apparently everyone in the medical community knew. I was not asked even once to disrobe for the obstetrician with my second child. While I had invasive vaginal exams at every office visit with Robert Hadden, I went through my entire second pregnancy without my obstetrician asking me to completely disrobe, not even once. Not a single vaginal exam.

I have been asked to tell this same traumatic story over and over again, while Hadden is

We have been asked during this process time and time again to "trust the process." As an attorney myself, I must admit how very ashamed I am by just how poorly the system has worked for the victims. It is exactly situations and outcomes, like this – where a sexual predator is invited back to the candy store, less than a week after his arrest – that people have so little faith in the legal and medical system. I hope my testimony and the testimony of other women have resulted in a real and credible change. I will never get to relive my first pregnancy in the manner I deserved, but I hope by participating in this process my own children will never be emotionally or physically violated during what should be the most joyful time of their lives.

Thank you for your time and consideration.

**Victim Statement 42**
(From Victim with Reference Number: Victim-40)

Robert Hadden has wrecked lives. We heard testimony after testimony about how he is a sociopath and a sadist. He liked to see women in pain.

He is a crafty opportunist. He somehow has evaded any meaningful consequence for his crimes after all this time. We should all trust our instincts about this man and put him away starting now, so he doesn't have the opportunity to cause any more damage.

His own family members have accused him of sexual assault. There is no reason to believe the accusations aren't true.

He's a compulsive, sadistic serial sexual predator. He abused underage girls. It's reasonable to think that he will act on his impulses in some way during the months he is home ███████████████████ ███████████.

I don't wish to cause his family any further distress, but you know that this is not a man who truly cares about the well-being of his family, even though they are dependent on him.

He has used his family as props during this trial as he did when he would display their photos in his office, and talk about them to his patients, in order to disarm and distract us from his abusive and inappropriate behaviors.

Let's stop falling for his trickery and truly acknowledge that he is a dangerous man, to his community and to his family.

**Victim Statement 43**
(From Victim with Reference Number: Victim-236)

I was a victim of Richard Hadden's abuse when I was in my early twenties, about 20 years ago. The question as to whether or not this man poses a threat, and the consideration of allowing him to remain out of jail, after a conviction 20 years too late, is insulting to me personally, and to every woman who is just like me and also suffered abuse from him.

While the defendant is arguing that Hadden has not hurt anyone during his bail, and therefor should be rewarded and remaining out of jail, brings the standard of what we expect from humanity down to such a low level it is shocking. Should a human being, who spent his entire career, spanning decades, abusing women over and over and over- HUNDREDS of women- be given a medal for not doing so for a few months? Even after being found guilty?

Furthermore. To consider that hadden only causes harm by *physically* abusing women, and therefore should remain free, since he has not committed this *physical* abuse in recent months, does not consider the emotional abuse this man has inflicted on hundreds of women and the emotional abuse it still causes us to have him sitting in his home, living his life as if these crimes he committed to do not effect us today. His freedom is an insult and threat to my emotional well being, and insult and direct threat to hundreds of women's ability to be at peace, have closure, and see justice served- finally!

Many of us have been waiting decades for this man to be held accountable for the horrific acts he inflicted. Why should we wait one day longer and suffer any more than we already have or already will suffer?

Nothing can take away abuse. Not incarceration, not guilty verdicts, nothing. The harm that Hadden has caused and continues to cause his abusers cannot ever vanish. The effects are perhaps for life. However, I ask the court to minimize this harm as best it can, as soon as it can, by putting this convicted serial abuser in jail where he belongs and has belonged for decades.

We are daughters, wives, sisters, friends and mothers. And this mans freedom poses a direct threat to our well beings, our hearts and thoughts and sleep and stress and nervous systems, and ability to feel safe, and therefor also effects our loved ones, including our children's. I believe it is the responsibility of the court to recognize haddens continuous threat to the community in ways that reach far beyond the acts of physical abuse and whether he is currently committing them. Abuse has long lasting effects that stay with us long after the act is done. Hadden poses a threat today, to me directly, if he is allowed to live his life as a free man for even one more week, and I ask the court to show respect for every woman and all of our children and loved ones by not allowing him one more day out of incarceration so we can feel justice has begun to be served and healing can take another step forward.