UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,           :

                          Government,       :       20 CR. 468 (RMB)

    - against -                          :       <u>DECISION & ORDER RE: REMAND</u>
                                                    :       <u>OF DEFENDANT ROBERT HADDEN</u>
ROBERT HADDEN,                    :
                         Defendant.         :
-------------------------------------------------------------x

       The Court, as the parties are aware, concluded on February 1, 2023 that the defense did not meet its burden by clear and convincing evidence to show that Defendant Robert Hadden "is not likely to flee or pose a danger to the safety of any other person or the community if released." 18 U.S.C. § 3143(a)(1). The Court remanded Defendant Hadden.

       There is "no general expectation of post-verdict liberty." *United States v. Abuhamra*, 389 F.3d 309, 319 (2d Cir. 2004).

       As the parties are aware, the Court is in the process of preparing a written Decision & Order supporting Defendant Hadden's remand. While this is the first time (any) counsel have urged the Court to "speed up" writing an opinion, (*see* Def. Ltr. dated Feb. 3, 2023), I can share with you that the Court's Decision & Order will be an aid to the parties and, respectfully, to the Court of Appeals.

       There is no basis (substantively or procedurally) for the Court to release Defendant Robert Hadden from remand, as defense counsel request.

       Dated: New York, New York
               February 3, 2023

                                                          **RICHARD M. BERMAN, U.S.D.J.**