UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              20 Cr 468 (RMB)

       -against-                        **UNSEALING ORDER**

ROBERT HADDEN,
                 Defendant.
-------------------------------------------------------------X

       It is hereby ORDERED that the Clerk of the Court shall unseal DOC # 270 in this case FORTHWITH.

Dated: New York, New York
       February 8, 2023

                                                  RMB
                                     _____
                                     Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/23