**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                               20 **Cr** 468 (RMB)

             -against-                       **UNSEALING ORDER**

ROBERT HADDEN,
                      Defendant.
------------------------------------------------------------X

       It is hereby ORDERED that the Clerk of the Court shall unseal DOC # 270 in this case FORTHWITH.

Dated: New York, New York
       February 8, 2023

                                                    _/s/ RMB_
                                    **Hon. Richard M. Berman, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/23