**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,

                        Government,                      20 CR. 468 (RMB)

    - against -                                    ORDER

ROBERT HADDEN,
                        Defendant.
------------------------------------------------------------x

It is hereby ORDERED that the Clerk of the Court shall docket the two letters attached to this Order (Letter from Psychiatrist Dr. Robert Marantz, dated January 26, 2023; Letter from Psychotherapist Dr. Susan Powers, dated January 31, 2023) FORTHWITH. Neither party has submitted an objection to the docketing and unsealing of the letters. (*See* Decision & Order, dated Feb. 6, 2023, at 14–15.)

Dated: New York, New York
February 8, 2023

                                                            **RICHARD M. BERMAN, U.S.D.J.**

Robert Marantz, M.D.
51 Fifth Avenue (Suite B)
New York, NY 10003
Phone/Fax (212) 242-7501
Email: robertmarantz@earthlink.net

1/26/23

Dear Judge Berman,

I am a psychiatrist and have been treating Dr. Robert Hadden since December 12, 2012. He was referred by Dr. Susan Powers, his psychotherapist, for possible medication to treat his anxiety. His diagnosis was Adjustment Disorder With Mixed Anxiety and Depressed Mood (DSM F43.23).

I have treated him since then, at three month intervals. After the first month, he has been maintained on generic Lexapro, presently 10 mg/day, and Klonopin, 0.5 mg as needed, generally twice daily. He has been totally consistent with both medication and his sessions. If he needs to go off his medications, they would have to be tapered over 1-2 months and, given the stress, there is a definite risk that his anxiety would significantly increase.

Needless to say, this has been a tremendously stressful ten years. He has never expressed suicidal feelings nor any ideation related to sexual addiction or sexual abuse.

He has been a rock of support to his wife, and the primary caretaker for his developmentally disabled son. He has channeled some of his feelings into poetry and found solace in his Catholic faith.

Given his total devotion to his family, it is inconceivable to me that he would pose a flight risk.

Sincerely

*Robert Marantz*

Robert Marantz, M.D.

January 31, 2023

Dear Judge Berman,

I have been Bob Hadden's psychotherapist since he was first arrested in 2012. I am a clinical psychologist in private practice for over thirty years in New York City. I am on vacation this week or I would have come to testify in person.

Bob has worked hard on all his issues since I have known him. He is a man of integrity who wants to be healthy and whole. Since he has been home bound, he has worked tirelessly to take care of his severely handicapped son and his chronically ill wife and to do his emotional work.

Bob is not a danger to himself or others. He has adjusted well to a severely diminished life, living with his wife and his son with total responsibility and integrity. I have helped him over the years on a weekly basis to become a fine family man with a very strong spiritual life. His work has been consistent and highly motivated.

If you have any other questions my phone number is 718 926 5158. This man is not dangerous and has worked very hard to be a better person on a daily basis.

Sincerely,

Susan Powers, Ph.D.