USA V. ROBERT HADDEN          20 CR 468

COURT EXHIBITS

| | |
|---|---|
| A | Juror questions |
| B | Juror questions relating to the case |
| C | SEALED names for trial |
| D | draft jury charges 1/18/23 |
| E | draft verdict sheet 1/18/23 |
| F | draft jury charges 1/23/23 |
| G | draft jury charges 1/23/23 pm |
| H | Government proposed charge |
| I | jury charges final |
| J | SEALED true names of victims |
| K | jury note re: foreperson |
| L | Judge Berman response to jury note K |
| M | jury note re: verdict reached |
| N | verdict sheet (completed) |