# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of February, two thousand twenty-three.

Before:    Alison J. Nathan,
            *Circuit Judge,*

_____

United States of America,

      Appellee,

v.                                 **ORDER**

                                         Docket No. 23-6110

Robert Hadden, AKA SEALED
DEFENDANT 1,

      Defendant - Appellant.

_____

    Defendant-Appellant Robert Hadden seeks bail pending sentence pursuant to Federal Rule of Appellate Procedure 9(a). He also requests immediate release pending the Court's disposition of this motion.

    The request for immediate release is DENIED. The motion for bail pending sentence is REFERRED to a three-judge panel. The government is ordered to respond to Appellant's motion within seven (7) days of the date of this order.

                                                    For the Court:
                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/13/2023