1:20-cr-00468-RMB-1

S.D.N.Y.
23-6110
Berman, C.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 02 2023

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of March, two thousand twenty-three.

Present:
    Dennis Jacobs,
    Michael H. Park,
    William J. Nardini
        *Circuit Judges*.

United States of America,

        *Appellee*,

v.

No. 23-6110
**ORDER**

Robert Hadden,

        *Defendant-Appellant*.

Defendant Robert Hadden moves for release pending sentencing. The Government opposes the motion. Upon due consideration, it is hereby **ORDERED** that the motion is **DENIED** and the district court's February 6, 2023 order is **AFFIRMED**.

Defendant also moves to file his unredacted motion under seal. The Government has not opposed the motion. Upon due consideration, it is hereby **ORDERED** that the motion is **GRANTED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/02/2023