UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                           Government,     :     20 CR. 468 (RMB)
                                           :
       - against -                         :     **ORDER**
                                           :
ROBERT HADDEN,                             :
                            Defendant.      :
------------------------------------------------------------x

       The Court will hold a teleconference with counsel on Tuesday, May 9, 2023 at 10:30 am to discuss the proposed adjournment of the June 20, 2023 sentencing.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 585 493 986#

       Note: The Government is requested to provide all victims (and their counsel if known) with notice of the conference and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: May 8, 2023
       New York, NY

                                          *Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                    **U.S.D.J.**