UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                    Government,    :   20 Cr 468 (RMB)
                                                    :
         - against -                              :   **ORDER**
                                                    :
ROBERT HADDEN,                                      :
                    Defendant.    :
-------------------------------------------------------------x

       Based upon the record herein, including counsels' submissions dated May 5, 2023, May 9, 2023 and May 11, 2023; the Court resolves the parties proposed sentence schedules as follows:

       1- The sentence hearing will commence with victim statements on June 28, 2023 at 9:30 am in Courtroom 17 B;

       2- The sentence hearing will continue on July 24, 2023 at 9:30 am;

       3- Dr. Bardey's report shall be provided to the Government, Probation and the Court on or before May 23, 2023;

       4- Probation shall file its Final PSR on June 6, 2023;

       5- Defense shall file its written sentencing submission by June 13, 2023;

       6- Government shall file its written sentencing submission (including victim statements) by June 20, 2023;

       7- The Defense may file a supplemental submission (based on materials received after the June 13, 2023 submission) by July 6, 2023;

       8- The Government may file a supplemental submission (based upon materials received after the June 20, 2023 submission) by July 13, 2023.

       **The Government is requested to provide all victims (and their counsel if known) with notice of the hearings and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.**

Dated: New York, New York
      May 11, 2023

                                                    _____
                                                    RICHARD M. BERMAN, U.S.D.J.