*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

**INDEX OF EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION**

| Exhibit | Description | |
|---|---|---|
| A | Victim Lists | Sealed/Redacted Copies |
| B | Victim Impact Statements (Sentencing) | Sealed/Redacted Copies |
| C | Victim Impact Statements (Bail Hearing) | Redacted |
| D | Government's Letter Response to the Defendant's Objections to the U.S. Probation Office's Presentence Investigation Report, dated May 30, 2023 (Submitted to the Probation Office) | |
| E | Defendant's Statements to Columbia Administrators on June 29, 2012 | |
| F | Defendant's Voicemail to Laurie Kanyok of June 29, 2012 | |
| G | 2007 Chaperone Policies of Columbia University Medical Center and NewYork-Presbyterian Hospital | Redacted |
| H | Letter to the Defendant, dated July 2, 2012 | |
| I | Report of Victim-40's Statements and Victim-40's Grand Jury Testimony | Sealed |
| J | Defendant's Medical Leave of Absence Requests and Letters from Dr. Susan Powers (2012 to 2013) | Sealed/Redacted Copies |
| K | Letter from the New York State Department of Health, Office of Professional Medical Conduct, to the Defendant, dated October 16, 2014 | Sealed |
| L | Surrender of License and Order of the New York State Department of Health, State Board for Professional Medical Conduct, dated February 23, 2016 | |
| M | Reports of Statements of Minor Victim-1 | Sealed |
| N | Reports of Statements of Minor Victim-3 | Sealed |
| O | Defendant's Letter to the U.S. Probation Office, dated June 1, 2023 | |
| P | Defendant's Poems and Emails (2014 to 2015) | Sealed/Redacted Copies |
| Q | Defendant's Writings (August 2020) | |