*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

# EXHIBIT A

**(Victim Lists)**

**EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION**

**[REDACTED COPY]**

**Filed: June 20, 2023**

**Victim Impact Statements (Written)**
Exhibit B
(As of June 20, 2023)

| Written Statement Number | Victim Name | Victim Reference Number |
|---|---|---|
| 1 | Sara Stein* | 4 |
| 2 | Kate Evans* | 7 |
| 3 | Robyn Bass Lavender | 11 |
| 4 | Anna Moore* | 19 |
| 5 |  | 20 |
| 6 | Charlotte Brooks* | 27 |
| 7 | Marissa Hoechstetter | 39 |
| 8 |  | 41 |
| 9 |  | 62 |
| 10 |  | 63 |
| 11 |  | 66 |
| 12 |  | 69 |
| 13 |  | 72 |
| 14 |  | 74 |
| 15 |  | 75 |
| 16 |  | 87 |
| 17 |  | 87 |
| 18 |  | 131 |
| 19 |  | 145 |
| 20 |  | 175 |
| 21 |  | 184 |
| 22 |  | 238 |
| 23 |  | 239 |
| 24 |  | 240 |
| 25 |  | 242 |
| 26 |  | 243 |
| 27 |  | 246 |
| 28 |  | 249 |
| 29 |  | 250 |
| 30 |  | 251 |
| 31 |  | 252 |
| 32 |  | 253 |
| 33 |  | 254 |
| 34 |  | 255 |

* Victim pseudonyms are reflected above where applicable.

### Victim Impact Statements (Oral)
(As of June 20, 2023)

Victims Requesting to Be Heard on June 28, 2023

| Oral Statement Number | Victim Name | Victim Reference Number |
|---|---|---|
| 1 | Emily Anderson* | 1 |
| 2 | Kate Evans* | 7 |
| 3 | Adina ▮ | 9 |
| 4 | Robyn Bass Lavender | 11 |
| 5 | Jessica Sell Chambers | 12 |
| 6 | Laurie Kanyok | 15 |
| 7 | ▮ | 20 |
| 8 | ▮ | 22 |
| 9 | ▮ | 65 |
| 10 | ▮ | 87 |
| 11 | ▮ | 246 |

\* Victim pseudonyms are reflected above where applicable.

### Victims and Family Members Who Plan To Attend the Sentencing Proceeding on June 28, 2023
(As of June 20, 2023)

23 persons total

FILE UNDER SEAL
SENSITIVE AND CONFIDENTIAL

**Victim Impact Statements (Written / Bail Hearings)**
Exhibit C
(Filed in January and February 2023)

| Written Statement Number | Victim Name | Victim Reference Number |
|---|---|---|
| 1 | Robyn Bass Lavender | 11 |
| 2 | | 81 |
| 3 | | 66 |
| 4 | | 65 |
| 5 | | 67 |
| 6 | | 90 |
| 7 | | 69 |
| 8 | | 95 |
| 9 | | 87 |
| 10 | | 14 |
| 11 | | 73 |
| 12 | | 74 |
| 13 | | 75 |
| 14 | | 76 |
| 15 | | 117 |
| 16 | | 175 |
| 17 | | 200 |
| 18 | | 80 |
| 19 | | 126 |
| 20 | | 43 |
| 21 | | 143 |
| 22 | | 223 |
| 23 | | 61 |
| 24 | | 145 |
| 25 | | 184 |
| 26 | | 212 |
| 27 | | 110 |
| 28 | | 106 |
| 29 | | 150 |
| 30 | | 187 |
| 31 | | 221 |
| 32 | | 72 |
| 33 | | 142 |
| 34 | | 8 |
| 35 | | 185 |

Exhibit A at 3



| | | |
|---|---|---|
| 36 | | 3 |
| 37 | | 196 |
| 38 | | 54 |
| 39 | | 189 |
| 40 | | 236 |
| 41 | | 53 |
| 42 | | 40 |
| 43 | | 236 |
| 44** | | 167 |

**As noted on Page 41 of Exhibit C, this victim statement was previously number as "Victim Statement 34." The Government's prior filing included two victim statements numbered "34." Accordingly, this statement has been renumbered as "Victim Statement 44."

### Victim Impact Statements (Oral / Bail Hearings)

| Date | Oral Statement Number | Victim Name | Victim Reference Number | Transcript Citation |
|---|---|---|---|---|
| January 24, 2023 | 1 | Laurie Kanyok | 15 | 1189-90 |
| January 24, 2023 | 2 | Marissa Hoechstetter | 39 | 1190-92 |
| January 24, 2023 | 3 | Jessica Sell Chambers | 12 | 1192-94 |
| January 24, 2023 | 4 | Robyn Bass Lavender | 11 | 1194-96 |
| January 24, 2023 | 5 | Elizabeth Hall | 62 | 1196-97 |
| January 24, 2023 | 6 | Laurie Maldonado | 63 | 1197-99 |
| January 24, 2023 | 7 | Dayna Solomon | 64 | 1199-1200 |
| January 24, 2023 | 8 | | 9 | 1200-1204 |
| January 24, 2023 | 9 | Emily Anderson* | 1 | 1204 |
| January 24, 2023 | 10 | Gabriela Diaz* | 18 | 1205 |
| February 1, 2023 | 11 | Emily Anderson * | 1 | 36 |
| February 1, 2023 | 12 | Katia Herman | 257 | 36-40 |
| February 1, 2023 | 13 | Stephanie Fishman | 120 | 40-45 |
| February 1, 2023 | 14 | Sandra Abramowicz | 65 | 45-49 |
| February 1, 2023 | 15 | Wendy Josefsberg | 22 | 49-51 |
| February 1, 2023 | 16 | | 157 | 51-52 |
| February 1, 2023 | 17 | Marissa Hoechstetter | 39 | 52-56 |
| February 1, 2023 | 18 | Dayna Solomon | 64 | 56-60 |
| February 1, 2023 | 19 | Robyn Bass Lavender | 11 | 60-63 |

* Victim pseudonyms are reflected above where applicable.

Exhibit A at 4