*United States v. Hadden*,
**S2 20 Cr. 468 (RMB)**

# EXHIBIT C

**(Victim Impact Statements (Bail Hearing))**

**EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION**

**Filed: June 20, 2023**

(From Victim with Reference Number: Victim-11)

Robyn Bass Lavender



*By email to Aaron Spivack and Valeen Defendre*

Honorable Richard M. Berman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

January 26, 2023

RE: Written/Oral Statement for Robert Hadden Bail Hearing (scheduled for February 1, 2023)

Dear Judge Berman,

Thank you for allowing me to be heard again and thank you for ensuring that this case was finally and fairly tried. We would not be here today if it wasn't for the incredibly courageous women who testified in court and all the victims who have come forward publicly. The all-star legal team and countless people involved in this case worked tirelessly to make sure that justice finally prevailed, and I am so grateful to everyone involved.

But it hasn't been an easy road to get here, and we're not done yet. Columbia University and (with all due respect) the legal system failed us numerous times. Hadden should have been prosecuted in 2012 when he was first arrested, Columbia never should have allowed him to return to work, and he should have served jail time when he pled guilty in 2016.

Now that he has finally been convicted on all four counts of these federal crimes, it's time for him to start serving jail time immediately and finally begin truly paying for his actions. He has spent far too many years in the comfort of his own home, having the privilege of looking after his family, and being surrounded by the few people who still care to be in his presence. He should not have the freedom to do those things. He should have lost that right a long time ago.

I was a patient for almost 15 years. I had about 50 appointments with him over those years, and I know now that every single one of those exams contained some element of predatory grooming and sexual abuse. I'm still coming to terms with what happened and I'm still sorting through the preposterous things he convinced me to believe. I'm still processing how I misjudged my situation and became the victim of his sexual abuse. But what I know for certain is that my doctor abused his power and repeatedly took advantage of his position and my vulnerability for his own deviant desires.

Robert Hadden has very little left to live for. There's no chance that he'll be rehabilitated, lead a productive life, or contribute to society in a positive way. He has proven to all of us that he is not capable of that. So please, don't allow him to continue living in the comfort of his own home until his sentencing. Please don't give him the chance to take his own life so he can avoid spending the rest of his days in jail. Or worse, please don't give him time to inflict unspeakable harm on his family or others.

I don't know the laws and what limitations or rules you might be bound by, but if you have the power to remand him today, I sincerely hope you will do that. This guilty verdict is justice for the four women represented in this trial, but it is also justice for the hundreds (and, undoubtedly, the thousands) of us who he abused. Please make today the day when he is finally held accountable for the immeasurable harm that he has inflicted.

Sincerely,

Robyn Bass Lavender

Government Sentencing Exhibit C at 1

Government Exhibit A at 1

**Victim Statement 2**
(From Victim with Reference Number: Victim-81)

I am a sexual assault victim of Robert Hadden. He delivered all of my children, and was my Obstetrician at Columbia Presbyterian Hospital for nearly fifteen years. I have been damaged by his criminal acts.

Robert Hadden is a monster. He is a pervasive and prolific serial sexual predator who Columbia Presbyterian Hospital repeatedly protected over the decades during which time he assaulted hundreds of trusting and vulnerable women, including pregnant women and minors. Hadden showed he could not control himself under Columbia Presbyterian's watch. So why should society trust him now? Shame on all those before who gave him leniency and did not decisively curtail this criminal from committing further horrific assaults and abuse. How many times are we going to make mistakes with delivering true justice to this monster. It defies logic and common sense for Robert Hadden and his lawyer to now claim he is not a threat to society and should remain free on bail until his sentencing at the end of April. On behalf of the many, many women assaulted; lock him up immediately - can we say it any louder?

Robert Hadden will likely come to be known as one of the most egregious and heinous serial sexual predators of our time. I strongly support the efforts of the prosecutors to send this dangerous predator directly to prison today. There are not enough days in jail that will render justice for the thousands of lives he has damaged. He is a menace to society, and I am not safe nor my pain heard as long as this monster remains free.

Thank you for letting me be heard in your judicial considerations.

Government Sentencing Exhibit C at 2

Government Exhibit A at 2

**Victim Statement 3**

(From Victim with Reference Number: Victim-66)


26 January 2023

To: Judge Berman

      Wendy Olsen, Witness Coordinator

      500 Pearl Street  Courtroom 17B

      NYC, NY

CC:  Agent Spivack


Re: Send Hadden Directly to Jail after Bail Hearing


Judge Berman,

Thank you for allowing me to make a statement regarding sending Hadden to jail after the Bail Hearing on February 1, instead of waiting for the sentencing date scheduled for April 25th.  I am in favor of this.

Time can be a subjective concept- too long or short.

Is Hadden "a threat to the community"? Yes, Hadden was a threat and acted on his urges for too long a period of time when he was allowed to continue practicing after the first complaints; and Hadden will continue to be a threat to the community, and now possibly to himself, as well as those who have given testimony, for as long as he is not in jail. His mindset will not go away.  Therefore, Hadden himself must be placed in jail. Hadden has been allowed freedom for way too long and given a possible 80 year sentence (which cannot be completed), this should not be delayed even for a short time of 84 days.

Bad memories, unlike time, can forever nag at you.


I wish to remain anonymous.

Thank you and with regards,

███████████


Government Sentencing Exhibit C at 3


Government Exhibit A at 3

**From:** ████████████████████████████

**Sent:** Thursday, January 26, 2023 1:06:43 PM

**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>; Spivack, Aaron E. (NY) (FBI) <aespivack@fbi.gov>

**Cc:** ██████████████████████████████

**Subject:** [EXTERNAL] Hadden Bail Hearing

Dear Ms. Olsen and Mr. Spivack,

I was contacted by my lawyer about the opportunity to speak at Robert Hadden's bail hearing next week.

I was abused by Hadden when I was his patient at Columbia University. I believe Hadden remains a threat to the community and would like to support the prosecution's effort to send him directly to jail by giving an IN PERSON statement to the court.

Sincerely,

████████████████

## Victim Statement 5
(From Victim with Reference Number: Victim-67)


**From:** ███████████████████████████
**Sent:** Thursday, January 26, 2023 3:09:59 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Subject:** [EXTERNAL] Statement for Judge Berman

Dear Ms. Olsen, Witness Coordinator for Judge Berman,

**I am requesting ANONYMITY for my submitted statement, below:**

I am writing to support the effort that Robert Hadden be sent directly to jail after bail hearing based on my personal experience and my belief that he is a threat to the community.  I was a victim of Hadden's intentional physical abuse that resulted in a life-threatening medical event.  As a result of my experience, I believe that Hadden showed no respect for life, including that of his patients, and is therefore a threat to the community.

**Victim Statement 6**
(From Victim with Reference Number: Victim-90)

**From:** ████████████████████
**Sent:** Thursday, January 26, 2023 3:20:10 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Cc:** Spivack, Aaron E. (NY) (FBI) <aespivack@fbi.gov>
**Subject:** [EXTERNAL] Mr. Hadden Case- Bail statement

January 26, 2023

**Hon. Judge Berman's Courtroom**
500 Pearl Street (lower Manhattan)
Courtroom 17B (17th Floor).

Honorable Judge,

The actions of Mr. Hadden have greatly affected my life. For years I struggled thinking that what he did to me was not true but rather something that I misunderstood. I have had sleepless nights in which I am constantly playing in my head the two instances in which he touched me inappropriately. Mr. Hadden's actions have deeply impacted my sexual life and prevented me from experiencing intimacy with someone. When I saw his picture on Facebook, I panicked thinking that he could come after me or sexually molest my only son. When I go to any of my doctor's appointments, I am constantly looking over my shoulders; afraid that he might just show up.

People should not be able to commit crimes like this and have the privilege of having bail. Providing bail to Mr. Hadden will allow him to have access to us. It would interrupt my healing process and get the sense of peace that I deserve.

Sincerely,

████████████

Government Sentencing Exhibit C at 6

Government Exhibit A at 6

**Victim Statement 7**
(From Victim with Reference Number: Victim-69)

**From:** ████████████████████
**Sent:** Thursday, January 26, 2023 7:52:53 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>; Spivack, Aaron E. (NY) (FBI) <aespivack@fbi.gov>
**Subject:** [EXTERNAL] Hadden bail hearing

Dear Ms. Olsen and Agent Spivack,

As a survivor of Robert Hadden's abuse of power during some of the most vulnerable times in my life,  I am writing to request that Judge Berman revoke Hadden's bail and remand him until sentencing.

After too many years waiting for some small amount of justice, I exhaled on January 24th when Hadden was found guilty on all charges but quickly held my breath again when the predator was allowed to walk out of the courtroom, a free man.

I am respectfully requesting that justice for me and the hundreds (or perhaps thousands) of other survivors starts today by remanding Hadden to jail to await sentencing.  Thus far, Hadden has  repeatedly demonstrated a blatant disregard for the law and takes no responsibility for his actions. At 64 years old he will hopefully spend the rest of his days in prison.  However, if he is not remanded to jail pending sentencing, I strongly believe he will either flee or commit suicide to avoid giving us the justice we all deserve. This would be very consistent with his pattern of behavior thus far (his lack of remorse and denial of the facts). This is a person that has lived his life not caring about rules and laws; he doesn't think they are meant him.  Even now, in spite of the conviction, he continues to live freely, less than 15 minutes from me, and that is both threatening and distressing to me. I don't understand how he can continue to be free. Please end this today and let us breathe the sigh of relief we've been waiting for.


Respectfully,
Anonymous ████

Government Sentencing Exhibit C at 7

Government Exhibit A at 7

<u>Victim Statement 8</u>
(From Victim with Reference Number: Victim-95)

**From:** ████████
**Sent:** Thursday, January 26, 2023 7:47:24 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Subject:** [EXTERNAL] US v Hadden Statement for Bail Hearing

I am requesting anonymity for the following
statement.

Judge Berman,

Robert Hadden needs to be held accountable for his
abuse. Please take him into custody Feb 1st at the
bail hearing. He is a threat to the community, as I
am part of the community and he is a daily threat to
me. He is cunning, manipulative and preyed on
vulnerable women, including myself, for years. We
have waited long enough. Don't fall prey to the
manipulation.

I became pregnant with my first child in 1993.
Another nurse at Sloan Kettering recommended
Robert Hadden, a supposed rising star at Columbia.
The peer recommendation and the prestige of the
university was compelling. I was 28 years old.

The abuse happened on my first exam in early 1993.
There was no chaperone, a prolonged internal exam
and a prolonged breast exam after Hadden claimed

Government Sentencing Exhibit C at 8

Government Exhibit A at 8

having "forgotten" to do one. I thought he was being thorough. He told me, with a smile, that my breasts looked "good." I thought he was nervous and misspoke. I could not conceive of an MD abusing his patient. Do no harm, after all I am an RN.

Each exam was increasingly concerning, sexual and medically unnecessary but I would not let myself see the truth. I was, of course, concerned about my child.

As my suspicion grew I finally came to a blatant and frightening realization at one of the last exams. I was feeling awful, weight and blood pressure rising. I had remembered these symptoms from nursing school; pre-eclampsia. I was anxious and frightened. An inappropriate exam was done by Hadden. It was sexual not clinical. A prolonged breast exam, probing fingers and probing sexual questions. Afterward, when questioning Hadden whether all was well with my child, I noticed his flushed face, nervousness and a smirk. It hit me immediately. This exam was not for medical purposes, this exam was for his sexual pleasure. I became upset, I questioned what was done to me and the threat came. I apparently had crossed the line of

questioning. Hadden told me he would not be there for my delivery. He would not deliver my child. I recognized it as a threat. I panicked. I had not met any other MD while at the practice. No one knew me or my medical status. I had only seen him.

Robert Hadden had power over me by holding the health and well being of my first unborn child in his hands. And he knew it. He is the ultimate predator.

After delivery, just a few days after that visit, I moved to a different state and vowed to keep my trauma my own. No one believed the victim in 1993. My husband would never look at me the same if I told him. My entire pregnancy would be clouded by shame. As a nurse I felt I should have taken action but I was paralyzed by fear and humiliation. I thought I was the only one.

Now, 29 years later, my words flow from me as I relive that trauma daily. My story is exactly why he should be put in custody immediately. Hadden is manipulative and cunning and got away with abusive predator behavior for years. He is capable of lying and denying. He is finally being held

accountable and I fear he has plans for that scenario as well. He has an arrogance that is dangerous.  Please do not let this man continue to manipulate us all. He should be held accountable and taken into custody now. I have lived this for far too long, a secret that eats away at me and my relationships daily. Let us move on, let us heal and hold Robert Hadden accountable for his abuse.

██████████████

I am requesting anonymity for this statement.

**Victim Statement 9**

(From Victim with Reference Number: Victim-87)

**From** ████████████████

**Sent:** Thursday, January 26, 2023 7:25:30 PM

**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>; Spivack, Aaron E. (NY) (FBI) <aespivack@fbi.gov>

**Subject:** [EXTERNAL] Re Robert Hadden



Jan. 26, 2023

Judge Berman
United States Courthouse
C/O Witness Coordinator Wendy Olsen Clancy
500 Pearl St.
Courtroom 17B
New York, NY 10007-1312

Dear Judge Berman,

Thank you for your time in the case involving former obstetrician and gynecologist Robert Hadden. My further thanks to you for the opportunity to add my voice to the proceedings in advance of Mr. Hadden's bail hearing on Feb. 1, 2023.

I would respectfully request that you send Mr. Hadden to jail in advance of his sentencing hearing scheduled for April 25, 2023. Mr. Hadden purported to be my physician for years, during which time I was subjected to painful sexual assaults, abuse, grooming and mistreatment. These abuses — crimes — took place at every appointment. The sexual assaults occurred in the presence of my husband and for the duration of my pregnancy with my first child. They resumed at my first appointment following the birth of my son and took place while he slept in a carrier next to the examination chair. I trusted Hadden, who was my first OB-GYN, and in Columbia University Medical Center.

In fact, Hadden is a criminal and predator and I was one among hundreds of women he violated with impunity for decades. He preyed on women of all ages, races and ethnicities and at varying stages of life. He struck when we were at our most vulnerable, although he calculated the timing and the nature of his crimes to evade accountability and sow seeds of doubt. He relied on shock and reinforced the uncertainty and disbelief he knew patients felt by normalizing his actions. He was successful for a very long time.

He is a menace to women and, therefore, society at large. He has exhibited zero ability to curb his destructive actions. Why should such a person, who clearly does not view women as human beings nor exhibit a scintilla of remorse, enjoy the onset of spring? Why would Mr. Hadden be deserving of more months of freedom? He has caused generational trauma to prolific numbers of women, families and children that continues to this day. There are no guardrails to his cruelty and his past actions have only confirmed that he is willing to resume violating women as soon as he is able, despite the threat of law enforcement. He is experienced in gaining trust, obtaining access to women and girls and using it to his advantage. His weaponry is in his cruelty, appearance and entitlement to violating and harming women

Government Sentencing Exhibit C at 12

Government Exhibit A at 12

for his own ends. This is his very nature. Hadden presents a clear danger to those around him and he belongs in the government's custody.

Thank you for your time,

▮▮▮▮▮▮▮

1/26/23

Government Sentencing Exhibit C at 13

Government Exhibit A at 13

**Victim Statement 10**

(From Victim with Reference Number: Victim-14)

**From:** ███████████████████████

**Sent:** Friday, January 27, 2023 6:02:37 PM

**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>

**Subject:** [EXTERNAL] R. Hadden

DeR Judge,

This man has irrevocably damaged many lives. He is a sociopath. The community is much safer without this person having accessibility to the public. Please enforce the strictest prosecution possible. The world we live in today is challenging. Having this man off the streets for the rest of his life is in the best interest of the public.

Thank you,

███████████████

Sent from my iPhone

███████████████

Government Sentencing Exhibit C at 14

Government Exhibit A at 14

**Victim Statement 11**
(From Victim with Reference Number: Victim-73)

**From:** ███████████████
**Sent:** Thursday, January 26, 2023 6:38:49 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>; Spivack, Aaron E. (NY) (FBI) <aespivack@fbi.gov>
**Subject:** [EXTERNAL] Robert Hadden

Hello,

Anthony Di Pietro told me that you are looking for people to support your effort to send Robert Hadden directly to jail after the bail hearing. I am writing to support your effort, but would prefer that my note remain anonymous.

I saw Dr. Hadden from 2003/4 (I don't remember exactly) to 2009. He asked inappropriate questions about my sexual life, did vaginale exams that lasted much longer than they should (because he couldn't find my ovaries or some other similar excuse). I didn't know better and thought these were regular gynecological exams. In 2009 when I was around 3 months pregnant with my first child he made me undress completely and hunch forward so he could check if my back was suitable for an epidural. The way he ran his hands up and down my back while I was naked made me feel terrible and violated, and I left his practice at that time. I still thought this "scoliosis check" was a legitimate exam but something told me that a patient should not be naked in front of her doctor while he touches her. Knowing what I know now, I'm so thankful that I left and found another OB for the rest of my pregnancy.

I'm not a judge and don't have particular insights into the different factors that go into bail decisions but I struggle to understand how someone who pleaded guilty to sexually abusing patients and is now also convicted of sex trafficking is allowed to go free.

Thank you,

███████

Government Sentencing Exhibit C at 15

Government Exhibit A at 15

**Victim Statement 12**
(From Victim with Reference Number: Victim-74)

**From:** ████████████████
**Sent:** Thursday, January 26, 2023 6:03:30 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Subject:** [EXTERNAL] Dr. Robert Hadden's Bail Hearing on 2/1/23

1/26/23

Dear Judge Berman,

I understand Dr. Robert Hadden's bail hearing is on February 1st. I wish I could be there for the hearing, but I'm a school teacher and can't take the day off.

I was a victim and survivor of Dr. Robert Hadden's. I'm urging you to please not grant him bail. He is the highest risk to our community. Hadden uses his his mild manner, and friendly conversation to entice women and young girls to trust him. He did unspeakable things to me because I was a young woman who hadn't had that much experience with gynecologists.

I don't trust that Hadden wouldn't try to hurt other women and young girls in the community while he's out on bail. I don't want anymore people to suffer what myself and the hundreds of other women and girls have suffered through. It's something you never get get over. It also affects victims family members. I can't tell you how hard it is for my sons to know what happened to me. You can prevent the possibility of more people in our community a life time of suffering by not granting him bail.

In addition, I believe he is a very high flight risk. He knows he maybe getting 80 years, and I strongly believe he's going to run.

It would be a giant disservice and a slap in the face to all of us if he was granted bail.

Thank you for your time.

Best,
Jane Doe

Sent from my iPhone

Government Sentencing Exhibit C at 16

Government Exhibit A at 16

## Victim Statement 13
(From Victim with Reference Number: Victim-75)

**From:** ███████████████████

**Sent:** Thursday, January 26, 2023 5:50:06 PM

**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>

**Subject:** [EXTERNAL] Bail hearing

Why take that chance??   He already hurt so many women!!!!
YOU have the power to put him in jail so he can't hurt another female.
We as a community don't want this risk.

Sent from my iPhone

**Victim Statement 14**
(From Victim with Reference Number: Victim-76)

**From:** ██████████████████████████
**Sent:** Thursday, January 26, 2023 5:06:02 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Subject:** [EXTERNAL] Hadden vs US statement for 2/1 bail hearing

Wendy,
Please see my statement below.
**I REQUEST ANONYMITY FOR THE BELOW STATEMENT**

Dear Judge Berman,

I was groomed and abused by this predator for many years and it has changed my life forever. There was never a chaperone, I was inappropriately touched and "checked," and asked to discuss intimate sexual details. Hadden was my first OBGYN care provider whom I began seeing as a naive, 24 year old woman. There will be a constant reminder of this evil perpetrator as I recall my years in my 20s of gynecological and eventually prenatal visits under his 'care' as a young, innocent woman and as a first time expecting mother.

This was years of being VIOLATED and preyed upon as an innocent young woman. His name remains on my daughter ██████'s documentation and birth certificate and I continue attending indefinitely my counseling and therapy treatment for trauma, anxiety and depression.

Although this sentence does NOT undo the trauma and pain this whole ordeal has caused me and hundreds of other women, and it CAN NEVER undo the impact this has had on my family, (especially my husband and two teenage daughters), knowing he's in jail, that justice has prevailed and was served and that this man is no longer a threat to another human being provides a bit of peace and hope.  My horrible experience should not have to be my daughters or ANY other woman or child's traumatic story or lifelong burden to carry– a lifetime filled with painful memories, shock, shame, embarrassment and confusion every day. Hadden is a predator, a devious criminal and monster and a threat to our community and to society. He should go directly to jail after the bail hearing.

I stand courageously with so many women who somehow found the bravery and strength to speak out, come forward and to be a part of this movement.  This movement creates not only a voice and platform for real change and protection for women who have been abused, but also hopefully provides a safer tomorrow for all women.

I'm profoundly grateful for the courageous work that the women who have come forward have accomplished as well as the legal efforts that have been put forth. REAL legislation (ASA) was recently created because of their efforts to help victims like me come forward.

We should always feel our legal rights are protected and that we are safe especially in the presence of people we put our full faith and trust in in the most vulnerable of circumstances and settings like gynecological and pre, neo, and postnatal care, especially in the presence of those that call themselves 'professionals.'

Government Sentencing Exhibit C at 18

Government Exhibit A at 18

## Victim Statement 15
(From Victim with Reference Number: Victim-117)

**I request anonymity**
My name is ▬▬▬▬▬▬, and I am a Dr. Robert A. Hadden victim.

I came from Cuba to the United States in 1998, and in 1999 I moved to New York. In the year 2000, I needed to visit a gynecologist for a regular checkup, and I also wanted to find out why I was not getting pregnant. A neighbor recommended I see Dr. Robert A. Hadden at Columbia Hospital, and he was the first doctor I had in the United States.

By then, my only experience with doctors was with those I had in Cuba, where the communist government monopolizes the health care system, and patients' rights are minimal and set by them. Things like patients' rights and doctors' codes of ethics were unfamiliar concepts to me. After my first consultation with Dr. Hadden, I found similarities and striking differences with my previous experience as a patient. In the successive visits, his behavior and my perception did not change. In one part, he made himself very approachable by talking extensively about personal matters and trying to get familiar with my life, which reminded me of the lax communication I was used to seeing between patients and doctors in Cuba. For this reason, his professional conduct did not seem suspicious to me. After the consultation, I passed into his office and, on several occasions, talked to me about personal things and inquired about my personal life. I remember him telling me about his daughter studying ballet and admired the renowned Cuban ballerina Alicia Alonso.

On the other side, his behavior within the examination room was very different from what I had experienced. Although it was somehow shocking to me, I thought his way of conducting the medical exam was because the protocols here differed from what I had seen in Cuba. I will try to describe that behavior to the best of my recollection.

On several occasions, the nurse was not in the room during Dr. Hadden's consultation. She walked me to the room, asked me a few questions, told me to undress and put on the gown, and left or returned after the doctor had finished. Dr. Hadden touched my breasts slowly and calmly during the medical exam, insisting around the nipples, sometimes without gloves. In the vaginal examination, he introduced his fingers deeply, then moved them slowly and calmly with circular movements and checked the lips gently around the clit.

After my pregnancy, I continued going for the annual checkup, and his behavior was the same. The last time I saw him, it caught my attention that his hands and doctor's gown were not neat, and his appearance looked more neglected. The following year, 2014, I went in person to make an appointment, and they told me that Dr. Hadden no longer worked there. Without further explanation, they suggested I see Dr. Raeka Talati.

My first experience with Dr. Talati helped me realize two things. First, Dr. Hadden's professional behavior was not correct. Secondly, my belief that his way of proceeding was due to the different medical protocols from Cuba was mistaken. My experience with both physicians has been like day and night. After hearing the devastating statements from other victims, I still struggle to understand how I could have been exposed to such a monster for many years.

Government Sentencing Exhibit C at 19

Government Exhibit A at 19

**Victim Statement 16**
(From Victim with Reference Number: Victim-175)

**From** ████████████████████
**Sent:** Thursday, January 26, 2023 11:25:11 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Subject:** [EXTERNAL] Dr. Robert Hadden

Good Evening Ms. Olsen,

I am writing to you to express my explicit opinion in the matter of (Dr.) Robert Hadden.  I am a former patient of many years of this sick individual, who clearly abused his power as a physician and more importantly preyed upon young women and in my case, even my child.  He has been able to enjoy many years of freedom and lived what I perceive to be the lap of luxury, amidst his perversion and criminal behavior towards women who trusted him.  He was my OB/GYN throughout my second and third pregnancies.  Although I felt exams were out of the norm, specifically one that stands out particularly vividly, in my ignorance, I continued to call him my provider.  I even referred my daughter to him at the age of 14 due to heavy and painful periods.  It wasn't until this case that my daughter, now 28, and I were discussing and comparing our office visits that I realize I made a grave mistake in trusting him with the care of my child.  I don't think you can imagine how I feel as a mother.  I literally handed this monster my child to care for her most intimate parts at the age of 14.

I am not writing to plead my case nor her case for that matter.  I am merely asking that he not be given the opportunity to hurt anyone else, lest another child.  He should not be granted another day of freedom and the luxuries that he most likely has been living on the backs of his victims.  He has been living a life of privilege with little to no regard of the scarring he has caused.  I really hope this sends a message to the institutions that employ and cover up for monsters like Robert Hadden.

Thank you for your time, attention and hard work in this matter.

████████████████████

Government Sentencing Exhibit C at 20

Government Exhibit A at 20

**Victim Statement 17**
(From Victim with Reference Number: Victim-200)

Robert Hadden is a sexual predator of the worst kind. He is a master manipulator in every and any situation. He sexually assaulted me for many years after grooming me by, among other things, bonding with me over stories about his wife and daughter; befriending me as he would do these so-called "medical exams". In the most vulnerable place and situation for any woman, he took advantage of my youth and lack of experience for more than a decade. Short of actually raping me, he managed to get away with numerous sexual acts, convincing me that these were part of the necessary medical routine required for my health. The abuse went beyond physical as he would pry into my personal life asking inappropriate questions about me, my husband and our sex life often making lewd comments.

I have suffered deeply from this all for a long time. I have had nightmares, physical pain, health problems, and worst of all he put myself and my unborn child at risk by performing a stripping of the cervix in his office and then failed to deliver my full afterbirth during my delivery.

It is absolutely petrifying to me that this man is walking free among girls and women. He is a constant opportunist waiting to find his next victim; the sheer number of women that have come forward in the same situation as me attests to this. His disarming, ordinary persona allows him to disarm and prune his next victim. He smells opportunities where he turns vulnerable, everyday situations into opportunities to feed his own deviant, depraved, sexual needs. Robert Hadden is the worst kind of predator. A man who repeatedly found ways to attack me and other women when we had no way to defend ourselves and were literally in the most vulnerable state with the person a woman should most trust.

There is no doubt in my mind that this wicked man is on the prowl every moment of his day. How could a man like this, who has done what he has done to so many, be trusted to spend even one more day or one more hour in our society? How can we not protect other women from this monster's sick needs? He has admitted guilt for his depraved actions and now been found guilty yet we waste time deciding if he can remain free pending a decision on his punishment giving him the opportunity to create an even longer list of victims or, god forbid, flee. Should any other person be hurt by this animal, we will all have blood on our hands and that is why I am speaking out. Robert Hadden MUST be taken off the streets immediately not only for my own personal peace of mind and the peace of mind of the hundreds of other victims but for the safety of our daughters, our sisters, and our friends.

I beg you, I implore you, to bring just a bit of justice for all of us who have suffered so much physical and emotional pain from Robert Hadden and prevent any more suffering for others. All of these years wasted under his cruel control should have been innocent and joyous as we had children and raised families but we have all suffered while he still remains free.

It is time to bring justice to such deliberate evil and put Robert Hadden away NOW.

Respectively submitted,

███████████

(I hereby request to remain anonymous)

**Victim Statement 18**
(From Victim with Reference Number: Victim-80)

**From:** ███████████████████████
**Sent:** Friday, January 27, 2023 10:06:06 AM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Subject:** [EXTERNAL] Hadden

As a former patient of Hadden from 1993-1999, I urge the judge to put him in prison now prior to his sentencing. It seems he has had months and years of time in his home when he should have been in prison long ago. Please put the minds at ease of victims of his heinous abuse by putting him behind bars immediately.
Thank you.

**Victim Statement 19**
(From Victim with Reference Number: Victim-126)

**From:** ███████████████
**Sent:** Friday, January 27, 2023 10:01:05 AM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Subject:** [EXTERNAL] Robert Hadden

Judge Berman:

I was a patient of Defendant Hadden's over twenty years ago. I have never forgotten my encounter with him. A visit that would have been otherwise unremarkable was anything but because of Defendant Hadden's actions towards me. Defendant Hadden is a predator who hid behind his license to practice medicine for years, subjecting countless women to abuse. His unrelenting predilection to victimize and abuse his patients, and his convictions for same demonstrate that the Defendant is a threat to the community. There is no gray area here. There is no debate to be had. Please use the prudent discretion you have to remand the Defendant pending sentencing. Thank you.

Please keep me anonymous. Thank you.

████████████

--
Sent from Gmail Mobile

Government Sentencing Exhibit C at 23

Government Exhibit A at 23

**Victim Statement 20**

(From Victim with Reference Number: Victim-43)

**From:** ███████████████

**Sent:** Friday, January 27, 2023 10:10:04 AM

**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>

**Subject:** [EXTERNAL] Statement for Hadden

Good morning,

I wish to be anonymous, but if I am needed, I am leaving my contact information below.

 Robert Hadden used his authority as a doctor  to groom and exploit women and although he does not have that title anymore, he did use other tactics that can fool anyone. His demeanor  as an older, knowledgeable man can deceive many. He is articulate with his words and can use them to his advantage to betray, groom and sexually exploit. I remember he even used his daughters pictures and talked about his daughter to be perceived as affable, and gentle. Hadden is a predator, but also an EXPERIENCED predator.

 He has done enough damage and should not be given ANY opportunities to cause more physical, mental, and sexual injuries. Unfortunately,  I personally know his grooming tactics and know the damage he can inflict, he is definitely a threat to the community.

Thank you for your attention and time, I am most grateful.

███████

**Victim Statement 21**
(From Victim with Reference Number: Victim-143)

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, January 27, 2023 10:19:25 AM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮
**Subject:** [EXTERNAL] Hadden

Good morning,My name is ▮▮▮▮▮▮▮▮ and I was unfortunately Hadden's patient.I believe he is a threat to society because someone that took an oath to serve and protect patients then he turns around and uses his title to abuse his patients . I feel that he should wait in jail for his sentencing because of all the harm he has done to us women by using our body for his sexual pleasure when in reality he was there to make sure that we were in good health. He did not think of all the trauma or how uncomfortable it feels to be in a room with someone you trusted to be touched in such a awkward and unpleasant way. All of these years I have thought of what he did to me and I kept on feeling ashamed of not speaking up at the moment that it was happening to me. All of these years I've been rejecting  on numerous of ocassion  to be touched by my spouse because of the guilt of letting someone do this to me.  He deserves to feel all the bad feelings I've felt through out the years not only mine but to all of the rest of females that he did this to. And who knows what females he is around at this moment that he can do this to but if he was to be in jail waiting on his sentencing every women would be safe. Thank you for taking the time to read this .

Sent from my iPhone

Government Sentencing Exhibit C at 25

Government Exhibit A at 25

**Victim Statement 22**
(From Victim with Reference Number: Victim-223)

01/27/23

Dear Judge Berman :

I'd like to start off by saying how grateful I am that justice is finally being served. Thank you for all your efforts and for leading the pathway.

This has been a long fight and one met by so many emotions. It is unthinkable that humans like this exist in this world. No one should have the right to harm another human and especially not in this horrific manner. I will never be able to take back what happen to me, and I will always live with the flashbacks and internal pain. While I am unable to take away the memories, I know I would rest easier at night knowing my worst nightmare has finally faced his day of reckoning and is behind bars.

I would kindly ask that you consider moving up the sentencing date. Once this day comes, I will finally be able to breathe a sigh of relief knowing justice has been served.

Sincerely,

█████ (at my request I would like to stay anonymous)

Government Sentencing Exhibit C at 26

Government Exhibit A at 26

**Victim Statement 23**
(From Victim with Reference Number: Victim-61)

From: ████████████████████
Date: Fri, Jan 27, 2023 at 11:35 AM
Subject: Hadden Bail Hearing Criminal Case
To: <Wendy.Olsen@usdoj.gov>, <AESpivack@fbi.gov>

Dear Judge Berman,

I wanted to write a quick note ahead of the February 1 bail hearing for Robert Hadden urging you to consider sending him to jail at that time rather than waiting for the sentencing date scheduled for April 25th. Think about the years that Mr Hadden spent taking advantage of his position and abusing hundreds of women in his care while his colleagues and employer turned their heads to his behavior. Consider the decade that he has now spent under investigation but essentially still a free man while these charges have been brought against him and the trial loomed. Mr Hadden has been found guilty on all counts and he does not deserve another day without punishment and freedom. Please do not award him another three months.

I wish this to be kept anonymous, you do not have consent to use my name.

Regards,

Government Sentencing Exhibit C at 27

Government Exhibit A at 27

**Victim Statement 24**
(From Victim with Reference Number: Victim-145)

**From:** ███████████████
**Sent:** Friday, January 27, 2023 11:34:47 AM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Cc:** ███████████████████        Spivack, Aaron E. (NY) (FBI) <aespivack@fbi.gov>
**Subject:** [EXTERNAL] Letter of support to send Hadden directly to jail on Feb 1

Dear Ms. Olsen,

My name is ███████████. I have put together a statement in favor of sending Hadden directly to jail after the bail hearing on Feb 1. I consider him a threat to the community and believe we should not take such a risk of waiting until his April 25th sentencing before sending him to jail.  I will go under a pseudonym. However, if it holds more of an impact, please do let me know, as I would then choose to use my name.

My statement to the courtroom:

Is Robert Hadden a threat to the community - yes he is. There is no doubt in my mind. His blatant disregard for the law and over two decades of continuing to abuse women even after being arrested at one point, stare us right in the face. Hundreds of women have been let down by the institutions we should be able to trust. Our legal system, our medical community and our educational institutions have repeatedly put this predator back into the community where he can continue to do harm. The time has come for him to go to prison, where he belongs. As a victim, I am surprised it's even a matter up for debate and I can only imagine the public would surely wonder the same.  I feel we are standing on the cusp of a make or break moment of this case. One that could alter the course and direction if a wrong decision is made. Please send Hadden to jail directly after his bail hearing on Feb 1 so that all of his victims can sleep soundly knowing this horrible man will not be able to do anymore harm, so we can finally breath, so we can finally feel that justice has truly been served.  Allowing him the opportunity to do further harm while he awaits his sentencing date almost 3 months later, is a risk that shouldn't be taken. There is too much at stake for us victims who have already endured so much.

We have to ask ourselves why do we as a society tend to treat white men, wealthy men and men with titles such as Doctor who commit crimes, differently than other criminals? Do they somehow garner a higher power in our mind - one that would deserve a lesser than sentence or privileges that wouldn't be had by any other criminal? It's confounding to me. Confounding because these type of men are even larger criminals. Hadden used his power and influence to break his code of ethics as a Doctor to do no harm, used his power and privilege and position to prey on and abuse hundreds of women who walked into his office.  He choose to use his power to inflict pain upon his victims for his own gratification on a daily basis for years on end. Hadden is the very scum of the earth. Instead of doing something good with his doctor degree he instead put evil out into the world abusing his patients under the guise of medical care. So why in court, do these types of criminals often get held by a different set of standards? Standards that have lesser jail time or standards that afford opportunity to return to the comfort of their home while awaiting sentencing?

We must ask ourselves, are we giving these individuals a get out of jail free card in some way when we don't treat them as we would any other criminal without title or power who abused hundreds of women? Would we really send that criminal who abused hundreds of women free to return to the comfort of their home instead of a jail cell while awaiting sentencing? Could Hadden do this again - absolutely. He has proven that he has no ethics, morals or restraints of any kind - only a twisted and evil

Government Sentencing Exhibit C at 28

Government Exhibit A at 28

person commits the crimes that he did.  Why would we give him the chance to inflict pain upon our community again?

We must also address that there is very real possibility that rather than serving jail time this lowly coward of a man would rather harm himself.  This entire trial and the justice that we as his victims finally feel would be all for nothing. If he inflicts more harm on our community, flees, or harms himself it will tear apart the resolution and justice that was finally felt by all his hundreds of victims from this trial. It would serve to inflict twice as much pain and would feel like a true punch in the gut after all these years of fighting for our voices to be heard. There would be no resolution for his countless victims that have endured enough suffering. Please don't give him the chance to inflict another ounce of pain on us.  Former doctor or not, his threat is just as real to our community if not greater than any other person committing these types of atrocious crimes. There are victims that have put their name out there against him for many years to fight for justice on our behalf and I can only imagine how unsafe they will continue to feel if he is allowed to go back to his home while awaiting sentencing.  Let's do the right thing and the safest thing for our community and put this horrible criminal in jail where he can do no more harm, not back in the comfort of his home to wait out his sentencing.


Thank you for your time.



**Victim Statement 25**
(From Victim with Reference Number: Victim-184)

**From:** ███████████████████
**Sent:** Friday, January 27, 2023 12:00:02 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Subject:** [EXTERNAL] Letter to the Court (Dr. Hadden Case)

Hello Ms. Olsen,

I would like to begin by requesting anonymity and thank the court for the opportunity to submit a letter.

I am writing you concerning the Prosecution's effort to send Robert Hadden directly to jail after his bail hearing on February 1st.  As a victim of Dr. Hadden's, I fully support that effort. He became my doctor as a young woman. It was at a time when I had no idea what happens when you see a Gynecologist. He was my doctor for many years and during that time he took advantage of my inexperience. Behind closed doors, without a nurse present, I was subjected to innapropiate sexual language and sexual assault, even while pregnant. Some of my encounters with him still haunt me to this day. Hadden used his power as a doctor to mentally and physically hurt women. He successfully did this to hundreds of women for many years. There is no doubt in my mind that he is a threat to the community and should be jailed immediately, rather than await his April sentencing  hearing.

Now that Robert Hadden has been found guilty, yet again, I hope that he spends the rest of life in jail for his crimes. He is a dangerous man, and I really hope that Judge Berman considers my personal plea to immediately take him into custody February 1st.

Thank you for your time and work on the case!

Government Sentencing Exhibit C at 30

Government Exhibit A at 30

**Victim Statement 26**
(From Victim with Reference Number: Victim-212)

**From:** ███████████████████████
**Sent:** Friday, January 27, 2023 12:06:50 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>; Spivack, Aaron E. (NY) (FBI) <aespivack@fbi.gov>
**Subject:** [EXTERNAL] Send Dr. Robert Hadden to Jail on February 1st!

Dear honorable Judge Berman,

Please receive my gratitude for your work and all those that are dedicated to justice.

I am 48 years old and a mother of three children (19, 8 and 6) addressing your from my deepest feelings of life and value creation. I was a patient of Dr. Hadden when I was 18 (around my daughter's age now).

I am writing to support the efforts to send Dr. Robbert Hadden directly to jail after the bail hearing on February 1, instead of waiting for the sentencing date scheduled for April 25th.

Please consider the many years that have already passed with a person that was guilty from the beginning. In my case, 25 years have passed.

We should continue our efforts evey possible minute. The results of this case should be widely known for the many other pepetrators out there to learn what awits them.

Thank you for your time,

███████████

Statistics: https://www.rainn.org/statistics/perpetrators-sexual-violence

Government Sentencing Exhibit C at 31

Government Exhibit A at 31

## Victim Statement 27

(From Victim with Reference Number: Victim-110)

**From:** ███████████████
**Sent:** Friday, January 27, 2023 12:10:01 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Subject:** [EXTERNAL] Robert Hadden Bail Hearing

Dear Judge,

Thank you so much for this opportunity!  I have no knowledge of what format to follow in writing this brief statement, so I hope you will kindly consider this brief e-message for my statement.

I would like to remain anonymous, while I deliberate my thoughts.   I am an immigrant from half the world over from Tibet, where my father; a Tibetan doctor practiced traditional Tibetan medicine.  I have always imagined best of the United States of its being the most highly re  Democracy Nation, of its most colorful mosaic, vibrant culture and heroic history, and of its people processing heart so big, kind, and benevolent! America in my early years in Tibet,  as I listen to Voice of America's Special English program like a nightly ritual, I had become a one country I truly hoped someday I will go to and witness and experience every first hand of its vast, and blessed medical,  technological advances,  science, and modern medicine and miracle.  Well, much part of my wishes came to fruition over the years of my coming to the United States, and remain so as inspiration, however some have failed me yo see their wonder, and credibilities.  Medical care and medicine for me have become major part of it. Over the years I have experienced some medical issues and together many medical bias.  And this atrocity where Mr. Hadden abridged his profession line to sexually harass me in front of another professional aid was one of the most humiliating insults I ever endured.  And to top this the promotional medicine Mr. Hadden had given me with pretentious solicitation to take them for my benefit had since been a nightmare for over a decade with its ever lingering adverse effects caused me loss of a wonderful job, health, pleasure and above all mental and emotional peace!

Therefore, I solemnly appeal to the judge to please, please order your decree to lock up any doctors in future who will follow Mr. Hadden's path in harnessing patients sexually with or without other entities present, and for giving medicines not intended to the cause of cure of sickness, just so to promote pharmaceutical business.

The shame, and pain I endured each month of my life as high lighted in my personal statement, a doctor's report I submitted to Columbia have been horrific.  And together I continue to miss many events in my life, in my daughter's young life, and hamper it made in relationship is quite a journey.

In my midst of miseries, I have come to terms with my Buddhist religion, and I have forgiven Mr. Hadden for his most hideous behaviors, however in my logical sense I do side with other sisters to request Mr. Hadden be locked up to set a presidency to other doctors and medical professionals from commuting the similar offenses, and to protect future victims from falling into their miseries from some of the most highly promoted doctors and hospitals!  I pray for all the doctors and hospitals to be as kind, and as ethical, and

Credible as their job requires of them, and patience of all back ground put faith in them for help.  My own late father was a man of great humbleness and nobility, who believed being medical professional is godly designated to help others tackle, and rid their miseries, and having patients find morales, compassion, and ethical  value in their personal and profession life is medicine itself, and something all doctors must hold precious.  But of course, there are always few devils in a thousand, turning medicine into poison.  Alas, we find justice we deserve!  Thank you so much in advance dear Judge for your most just and fair sentencing of Mr. Hadden!

With Uttermost Respect,

███

**Victim Statement 28**
(From Victim with Reference Number: Victim-106)

**From:** ████████████████
**Sent:** Friday, January 27, 2023 12:51:47 PM
**To:** Spivack, Aaron E. (NY) (FBI) <aespivack@fbi.gov>; Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Cc:** ████████████████████████████████
**Subject:** [EXTERNAL] Community statement regarding Robert Hadden

Dear Agent Spivack and Ms. Olsen,

I am contacting you regarding the upcoming bail hearing for Robert Hadden.  As one of his former patients, I have been horrified that this man has been able to move through my community, even with while tracked. It is more than he deserves given the pain that he has inflicted on so many - multiplied exponentially when considering the ripple effect of this type of trauma.

Robert Hadden has made it abundantly clear through is actions that he will prey upon the most vulnerable populations for his own gratification. His continued abuse of women even after he was arrested demonstrates that consequences do not deter him. Now that he has been found guilty, the people of New Jersey (and, well, everywhere) should not be subject to his behaviors for a moment longer. For over 20 years, he showed us exactly who he is.  Why would we want another 2 months to remove him from our streets?  We are all safer when he can no longer harm us.

Thank you for your consideration.

Sincerely,

████████████

(Please remove my name if this is to be presented in any public forum)

## Victim Statement 29
(From Victim with Reference Number: Victim-150)

**From:** █████████████████
**Sent:** Friday, January 27, 2023 1:24:57 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Cc:** ███████████████████
**Subject:** [EXTERNAL] Robert Hadden

Dear Judge Berman,

I received a notification that Robert Hadden may be released home until his sentencing hearing. I am one of the patients with whom Dr. Hadden abused.

It sickens me that he is eligible for release to the comfort of his home given the severity of his conviction. He is a predator who will have the opportunity to impact more lives, and could be a flight risk.

I am asking that you please send Hadden to jail to start paying for the crimes he has committed. Then, we can start the healing process.

Thanks for your consideration.

Respectfully,

Anonymous

Government Sentencing Exhibit C at 34

Government Exhibit A at 34

**Victim Statement 30**
(From Victim with Reference Number: Victim-187)

Hello there,

As a survivor of Hadden's heinous crimes, I ask that you send him directly to jail after the bail hearing and do not give him any more time in society where his very presence continues to cause harm.

Allowing this predator to remain free after a jury has convicted him of charges related to his abusive criminal conduct only gives him the opportunity to harm others or try to evade the consequences of his crimes.

Hadden has not changed his behavior in decades of practice as well as showing no true remorse for his actions. As long as he is not in jail, he will continue to manipulate and take advantage of the people around him.

Every day that this man is free causes harm to the wellbeing of myself and to the countless other survivors of his abuse. We were once made to feel small and powerless at his hands. As long as he is allowed to go about his life, he is still the one with power, flaunting his sway within the justice system the same way he flaunted his title years ago. Until he is stripped of all his self-appointed sovereignty, we will never feel safe.

Thank you for your consideration and for keeping our society safe from predators like Hadden

-███████

Government Sentencing Exhibit C at 35

Government Exhibit A at 35

**Victim Statement 31**

(From Victim with Reference Number: Victim-221)

**From:** ▮▮▮▮▮▮▮▮▮
**Sent:** Friday, January 27, 2023 3:30:40 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Subject:** [EXTERNAL] Robert Hadden

Dear Ms. Olsen,

I am writing to let you know that I am in support of Robert Hadden being put away immediately after his hearing on February 1.  The fact that he was able to do what he's done (to women like myself) for all those years, with apparently no remorse or good judgment, for such a profession, is unreal.  Hopefully this can send a strong message to other professionals out there with any similar ways.  I thank you and everyone for you time on this.

▮▮▮

Government Sentencing Exhibit C at 36

Government Exhibit A at 36

(From Victim with Reference Number Victim-72)

January 26, 2023

To Judge Berman:

Is Robert Hadden a threat to the community? Should he be allowed to wait at home until sentencing on April 25th? Or should he be locked up immediately after the bail hearing on February 1st? For years, this convicted sexual predator started every workday from the comfort of his home. I assume his neighbors never knew what he was up to or what was on his mind on his way to work. To them, Hadden was a community member of high standing because, after all, he was a doctor practicing medicine at a world-renowned, prestigious hospital. They presumably had no idea, could never have believed that he was sexually abusing his unknowing patients in ways too heinous and sickening to imagine, loving every minute of it and for decades, getting away with it. Hadden's community now includes me, one of his many victims. And we, his victims, deserve better than for Haden to be allowed to be free until April 25th.

None of us should have to worry that he might be at large until April 25th. After February 1st, none of his victims should have to worry about seeing his face ever again outside of a prison cell. How can it be assumed that because Hadden is at home, he is no longer a threat to the community? Of course he is a threat. He always was and always will be. I am horrified that allowing Hadden to live at home until April 25th is even an option for this monster. Please, lock Hadden up immediately following the bail hearing on February 1st. We, his victims, have waited a long time to see justice served. Serve it and end Hadden's decades-long freedom from accountability and justice. On February

1st, please remove him from our sight so that we can all move on, try to forget his name and face and eventually, heal.

Best regards,

████████

**Victim Statement 33**

(From Victim with Reference Number Victim-142)

Dear Judge Berman and colleagues:

Thank you for allowing survivors of hadden's abuse to be heard in court. I unequivocally support the prosecutors' effort to send him directly to jail on February 1, 2023.

He should go to jail immediately because he has to face the consequences of his criminal behavior. He committed crimes repeatedly over a span of 20+ years. He made criminality his profession. He pled guilty to crimes in state court. He is now guilty of additional crimes in federal court! Why is he free? He is a criminal.

I am tired of not being able to find the words to describe what happened – and consider how I explain it. I say hadden sexually abused me or hadden sexually assaulted me. But, that is no more. He is a rapist, as far as I am concerned because only rapists do the things that he did. He is disgusting. I don't think the words "abuser", "predator", or "perpetrator" are strong or clear enough to communicate who he is. He is a rapist. This is who he is and who he has always been.

He is also a psychopath and a master manipulator. He has knowingly used his white male privilege to commit the worst abuses and inflict incredible physical pain and mental suffering against women and children during their most vulnerable times – and somehow earn their trust! I trusted this man with my life and my body – and now I will never know how many times he abused me! I will never know how many times the people at Columbia (CUIMC) turned a blind eye to his abuse. I think now I have a sense of understanding about why he stayed with CUIMC for so long – he was able to use his white male privilege at a white male dominant medical center that supported and encouraged people who looked like him.

My God, what were all of his victims worth to CUIMC that they would enable this rapist to come to work every day with a smile on his face? I've never seen a more cheerful criminal – that was his demeanor in practice, always bubbly, always chatty. Has he shown any remorse? I want this court to know that my disgust rests equally with hadden and CUIMC. He did not operate in a vacuum – and I still believe more questions need to be answered about CUIMC's role in hadden's criminal behavior. From my experience in this case, hadden and CUIMC have been masterminds of using their privilege to disrespect and disregard survivors. However, their tactics of lateness and postponement are at an end.

This court should send a strong message to New York and the rest of the country that serial rape, sexual assault, and sexual abuse will not be tolerated. It will not be tolerated at the lowest levels and neither will it be tolerated at the highest levels within a billion-dollar medical center. If you do not send him to prison on February 1, 2023, the message I will hear is that white male privilege continues to buy him more time, more comfort, and more assurances from society that he is in fact above the law.

Why should hadden be allowed to go home to his family? Why should he be able to enjoy the comforts of sitting at his dining table or in his favorite chair? Why should he be able to enjoy the warm sun on his face or feel the cool crisp air of a northeastern winter from his home? Why

should he be able to take phone calls when he wants to? Why should he be able to use anything that he paid for with the money he garnered while he was conducting criminal sex abuse and sex trafficking?

I thank the court for allowing my voice to be heard. I thank the prosecutors and the FBI for their dedication to this case. I think there are lawyers out there who will learn from this case and use it to hold people like hadden and institutions like CUIMC accountable. I thank everyone involved who has been there to use their voices to see this case through. I pray that this is the last letter I have to write about hadden or CUIMC. This man deserves no more mercy. Those who deserve mercy are the survivors and their families. I deserve mercy. I deserve closure and the ability to move on with my life, to free my mind from this horrific case. That is exactly what I plan to do.

Sincerely,

████████

**Victim Statement 34**
(From Victim with Reference Number Victim-167)

January 27, 2023

To Whom It May Concern:

Please accept this letter as my statement to the fact that I was violated by hadden and have never been the same ever since, as previously stated. I need the man to be brought to justice so that it never happens again to anyone who places their trust in people with this type of position. I have been traumatized and left in a bubble because I do not trust male physicians with myself or my children. This has been a long journey to heal and to trust. I am still reluctant to engage in intimacy with anyone at all. I want to ask to remain anonymous.

Please accept this statement as true and factual.

Thanking you in advance,

███████

**Victim Statement 34**
(From Victim with Reference Number Victim-8)

Honorable Judge Berman,


I saw Robert Hadden for four years while duped into thinking I was receiving exemplary medical care. From day one, he took advantage of his position and began his abuse of me.

He told me he was giving me dermatological care telling me after the nurse left that I needed to undress and stand naked in front of him while he touched my body and "looked for moles". He told me I needed to go back to see him for regular vaginal exams every three months. I was subjected to his abuse *every three months for years*. Every three months he asked me questions about my sexual relations, looked at my naked body, touched moles all over my body, touched my breasts, and inserted his fingers into my vagina. He ensured I came back so often by giving me expensive birth control pills for free but just enough for me to come back again in just a few months. He made me stand naked in front of him and turn around and look at my entire unclothed body while he made remarks about how he liked it.

At one visit, after the nurse had left the room, he started asking about my sexual relations again and asked if I had ever had anal sex. When I said yes, he quickly told me that would mean I would need a rectal exam. He hurriedly told me to lie on my side and he lifted my gown up and inserted his finger into my rectum. I felt utterly helpless and completely stunned. I knew this wasn't right but I didn't know what to do. He so quickly told me to lie down. He didn't ask if I was okay with this so-called exam but rather told me I needed it. I couldn't understand why and how this exam was going to tell him anything about my health. It felt so violating, unnecessary, and belittling. This was one of the worst moments of my life. How my own doctor could do this me and he made me question my own self and thoughts of what is right. I felt so violated and horrified. I blame myself for not saying no, for not running out, or questioning him but he acted too quick there was no time for me to question him and who am I to question my own experienced doctor whom I trusted. I remember after he left, sitting there in an open hospital gown, upset, confused, and betrayed.

Not only did he take advantage of my body, he used his power and stole years of medical treatment to me. As I read over my medical records, I see notes of diseases I never had or was never told I had. I never received treatment for them so I can only assume they are false. I was shocked to see it. I saw a note in my records, hand written by Hadden saying "I was having unprotected sex with sketchy men" - a comment that was completely fabricated. I never said that nor have I ever had sex, unprotected or not, with any men who I considered "sketchy" or that I thought would cause me to have a sexually transmitted disease. This comment now lives in my medical records for any doctor or others to see. I am furious and horrified that he made up information in my records and wrote such personal comments that are completely false. I feel my entire medical history as a patient of his for years is completely fabricated. I have no idea what in my records or what he told me is true or not. I feel for years, not only was I sexually assaulted by my doctor but there was no attempt to even medically treat me for anything. I was there at his will routinely for him to do what he wanted while I, unknowingly, continued to go to his office. I was duped and scammed by him. Years of my sexual health and well being were stolen by him.

He did nothing for me but take. I feel betrayed, broken, violated, angry, and horrified. I have come a long way grappling with this for many years but I don't know if I will ever fully get over what he did to me. I can't trust a doctor, especially for my own daughters. I recoil when I hear his voice, see his photo, or think about what happened to me. I wonder if he did other things to me that I don't even know about. I am unsure of myself as a patient and what little I know about proper care and how I was so easily taken advantage of. I fear I won't be a good enough advocate for my daughters to ensure that they don't ever have anything like this happen to them. I continue to grapple with his assaults and my own blame and shame.

I went to Hadden for medical treatment. I undressed myself and sat on his table, not for him, but for medical treatment. I wonder how he could do this to me, his own patient. I trusted my body to him to help me in such a vulnerable place, yet he took that as an opportunity for his own sick, perverted gratification. I am sick to my stomach all the time over the thought of it.

And I am not alone.  I've heard woman after woman share their stories and it is one horror after another, all at his hands. He did these things to all these women. He's taken so much from so many people. He does not deserve to be free any longer. His word he won't flee or harm himself or another means nothing as he already took an oath to do no harm but instead he has spent decades causing harm upon countless women and girls by taking advantage of his power and status. He has proven to be a serial liar. He lied to me over and over at every visit. I went to him because I needed a doctor and he deceived me into believing I was receiving medical care yet instead, he took my body and did as he pleased without my consent. I am disgusted whenever I think about his hands on my body. I trusted him yet he didn't care about me or anyone else, just himself and what serves him. He has continued to abuse hundreds of women throughout decades. Men like him don't just stop. They find another way. Another victim. It's only a matter of time if it hasn't happened already. He should be held where he cannot touch another woman again. He has caused so much pain already for so many women. Please don't let him go free again. He prayed upon women who trusted him. He does what suits him and only him. Do not give him the opportunity to harm himself or flee. Robert Hadden is guilty of these horrendous crimes and has escaped punishment for far too long. His time is finally up and he should not get to spend another hour enjoying his family and freedom, let alone three more months. He's guilty, there is no reason to not be in jail. All his victims are watching and these women will only get revictimized to see him walk out that door free yet again. Please remand him until his sentencing.

Thank you

████

**Victim Statement 35**
(From Victim with Reference Number Victim-185)

In 2004, I could have never fathomed that an accomplished and respected doctor employed by an institution such as Columbia University would turn out to be a monstrous predator. Dr. Robert Hadden took it upon himself to learn and manipulate every insecurity, worry, and shame I ever felt. He knew I was a young single woman, living alone in New York City without family nearby or anyone to turn to. He knew exactly how to gain my trust and twist it in order to fulfill his own sick fantasies and desires. I thought I had a doctor who cared about my health and fulfillment. That is what he wanted me to think. What I got was something I could have never imagined. I was vulnerable and trusting. I was the perfect victim. And Robert Hadden knew that.

Below, I describe a portion of what happened to me at the hands of Robert Hadden. Please note that I was subjected to these exams on multiple occasions.

*Wearing nothing but a paper gown, I lay on the exam table and put my legs in the stirrups. Hadden applies lubrication to my private area for what feels like a very long time. Lying naked on the exam table with Robert Hadden's hands inside of my vagina, he starts asking me about my sex life. "Are you having regular orgasms?" he asks. I froze. He continues, "Would you like me to show you where your G-spot is?" His hands are still inside of me. I feel my face flush with embarrassment and disgust and shake my head- No! A rush of fear and humiliation came over me. I was terrified. He continues to inquire about my sex life.*

*Now it is time for my breast exam. He rips open the paper gown to look at both my breasts. My entire body is exposed. He starts to pinch, pull and twist my nipple. I wince in pain, and he explains to me that he is checking to see if there is any discharge. I say, "Okay", feeling stupid and dismayed.*

*Is it over yet??? No.*

*Hadden asks me to stand up. I am completely naked. I get off the table and as he stands behind me, running his ungloved hands up and down my back, he asks*

Government Sentencing Exhibit C at 44

*me to bend over and touch my toes. This is his routine "scoliosis check".  He checks for moles in every crevice and fold of skin including my anus.*

**Over the course of almost 5 years, while I was Robert Hadden's patient, I was diagnosed with varying diseases and problems that were conveniently benign enough that I wouldn't seek another opinion, but just outside the realm of normal.** I thought to myself, this is my doctor who I trust implicitly. I must be careful and follow his lead. I was convinced this man was being thorough when in actuality; **he was planting the seeds of my shame and insecurity.**

For example, when Hadden told me I had fibrocystic breast disease and when he pointedly told me a freckle under my right breast was actually a "third nipple" you can imagine my fear and how it fueled my insecurities over my body image. Why would a doctor want to do this?? **Now I see that this was his ploy to disarm me and further gain my trust in his "expertise".**

He told me I had a tilted uterus – a condition that can cause infertility issues.  Hadden knew I wanted children and that I was worried as I approached 30 that I might have trouble. I lived in fear of this for years. In hindsight, it is very clear that I had absolutely nothing to be concerned about and no other doctor has ever come even close to his diagnosis. **No other doctors, radiologists, nurses, or any medical personnel have ever mentioned any of the above ailments to me subsequently.**

Perhaps the most humiliating diagnosis was when **I was told I had HPV in an effort to have me come in to visit him more frequently for Pap Smears**. The terror I had when I learned of this and the total SHAME I felt when I had to disclose this to my now husband is hard to describe in its full light.

This is the abuse and assault I was subjected to by Robert Hadden. I was completely blindsided and internalized the shame and embarrassment for years.  **Writing this, it feels like the abuse and torment was endless which mirrors the fact that the psychological trauma truly does go on forever**. I have suffered from depression, anxiety, and panic and been treated by therapists and psychiatrists. I have been prescribed Lexipro, Klonipan, and Wellbutrin. I have struggled to maintain intimate relationships or a meaningful work life. When it comes to my healthcare**, I live in a dizzying state of distrust. Columbia knew about the abuse for years. So many women and underage girls could have been spared.**

I am nauseated and physically shaken when I recount my experiences. Having to describe this in detail to my lawyer and to a judge has been traumatizing. I am a very private person. I look forward to the day when I can stop reliving these memories and can close this chapter once and for all.

Government Sentencing Exhibit C at 45

# STATEMENT FROM

████████████████████

# JULY 22, 2022

In this statement, I, ███████████, wish to explain in no uncertain terms, in my own words, and once and for all, the abuse and assault which I endured as a young woman at the hands of Robert Hadden and Columbia University. Thank you for your time and consideration.

**Victim Statement 36**
(From Victim with Reference Number Victim-3)

Dear Judge Berman,                                                                 January 27th, 2023


      This trial has consumed me mentally since September 9th, 2020 when Mr. Hadden was arrested on charges of enticing and inducing women to travel to his office from other states. On that day I felt a sense of accomplishment while working with authorities to ensure justice would be served in the court of law.

      It has been 27 months since his initial arrest. Even though we had a pandemic and postponements occurred, we victims have had a constant reminder of the trauma he inflicted. On Tuesday January 24th, a sigh of relief came over so many of us, justice was finally served with the word "Guilty." We women knew the truth all along and after 27 long months we felt heard, we felt seen.

      Allowing this man to continue to live his life at home till sentencing in April is once again traumatizing us. He was on borrowed time and now that he is convicted, he needs to start his sentence. It will take time for myself and I am sure all the other women who are victims to heal, please let us start to heal today by detaining Mr. Hadden. Many of us women will take comfort in knowing that while he serves his time, he is reminded everyday why he is there and the harm he caused countless women.

      Thank you for allowing me to express my thoughts and I hope the right decision is made in support of the victims.


Respectfully,

███████

Government Sentencing Exhibit C at 47

**Victim Statement 37**
(From Victim with Reference Number Victim-196)

       Too often we here about people who have been sexual assaulted on the news. Never would I have thought someone I trusted to oversee my health would betray my trust and the oath he took as a doctor. He made me a member of a group I have never asked to be a part of. I could never He was someone I trusted with my medical care. Instead, I ended up for the first time in my life needing counseling. This situation has affected my job and also put my health at risk. I developed a fare of not wanting a doctor to touch or examine my private parts.  It took me going through counseling and the support of my family and close friends to eventually build the will power to finally have those examinations done.  And to make it worse my older sister died of ovarian cancer. I became bitter and wish the worse for him

       So, why should this predator deserve one more day of freedom? This is someone who should have been incarcerated a long time ago. The judicial system has failed us in the pass it's time to make it right. So, I am asking the court to keep him in custody until his sentencing in April.

       I want to thank Maria for keeping me updated and taking the time to listen and cry with me and never refuse my calls and to Attorney Anthony T. DiPietro for fighting for us and keeping me inform.

 Sincerely,


A victim


Government Sentencing Exhibit C at 48

**Victim Statement 38**
(From Victim with Reference Number Victim-54)


Hon. Richard Berman

Southern District of New York

500 Pearl Street

New York, NY 10007


January 27, 2023


Re:  Def. Robert Hadden Bail Hearing


Please let this letter serve as my written statement in support of the prosecutions efforts to send Robert Hadden

directly to jail after the bail hearing on February 1.

He has been a threat to the community for decades and has been allowed to go unchecked and continuously hurt the

people who trusted him while they were most vulnerable.  As a victim myself, I implore your honor to not allow this

sick and twisted menace to society enjoy not even the slightest amount of freedom as he awaits sentencing.


Sincerely,

Jane Doe


Government Sentencing Exhibit C at 49

**Victim Statement 39**
(From Victim with Reference Number Victim-189)

Page 1

Dear Judge Berman and to all who
are present today.

What is true justice? To me true justice
is where there is equality under the law.
That did not happen here.

True justice would be that he be
remanded today until sentencing. My
hope ~~■■■■~~ on sentencing day is that
he gets consecutive vs. concurrent
years in prison. It's the least he
deserves.

True justice would've been prison time
after the first ~~■■■~~ trial. After his
2nd arrest he should've been remanded
pending trial. For him to never ~~receive~~
jail time the first time was the
problem to begin with. Instead he was
allowed to walk free with just a slap
on the wrist. During this last ~~■■■~~ arrest
and trial he still remained free,
For what? To get his papers in order?
For me, this was an unequal sense of
entitlement awarded to him and
Columbia University.



Page 2

I was employed by Columbia-Presbyterian Medical Center, from 1978-1997. I worked in the Dept of Ob-gyn as he.

He was known to be the best. Everyone wanted him to deliver their babies. I remember sitting in his office with my husband noticing a picture behind his desk that displayed him, his family and his two golden retrievers surrounded by a white picket fence. What a bait and switch that turned out to be.

No one should feel sexually aroused during late term medical visits with him. Of course you immediately blame yourself for what just happened and would never speak to ANYONE about it. EVER.

One believed Columbia University has always had great power and influence as well as wealth in the City of New York. I know they are one of the wealthiest realtors in this city that has seemed to touch these

Government Sentencing Exhibit C at 51



Page 3

Very cases. I also believe the great esteem of this predator wasn't going to tarnish Columbia University's name and influence. Instead of doing the right thing they hid him from us. Never informed us for their best interest only. They knew they were wrong but didn't care. Sometimes the cover up can be worse than the crime. For that, they should pay

True justice needs to focus on the inequity of women's rights as victims. We are someone's mother, daughter, sister or aunt and deserve to be taken seriously. This whole situation could've went much different if the victims were not women. The year is 2023 and we're still not being heard, ~~seen~~ nor seen, ~~not taken~~. This trial and the trial before this one says it all. It's heartbreaking that all of us ~~had~~ have had to carry these unspeakable sexual assaults to ourselves.

Government Sentencing Exhibit C at 52



Page 4

Feeling this kind of shame and guilt throughout a time when as a would be mother should've been one of the most happiest moments of our lives. Instead, because of his status we were not able to talk about it with anyone for fear of ~~any~~ reprisal or gaslighting. That weight out numbered the pounds I gained during pregnancy.

Gaslighting is a term people use quite regularly these days. The definition of this word is as follows:

It is a form of psychological manipulation in which the abuser attempts to sow self-doubt and confusion in their victim's mind. Typically, gaslighters are seeking to gain power and control over the other person by distorting reality and forcing them to question their own judgment and intuition

A picture of his face should be displayed next to this definition found on Google.

Government Sentencing Exhibit C at 53



Page 5

When women come together there
becomes strength in numbers
that should become a powerful
message to the justice system
and to the world that we
command to be heard, to be seen
and to be remembered

He has shown absolutely no remorse
for his actions, and I will not
feel any remorse for what
I'm pleading for to you today

Government Sentencing Exhibit C at 54

**Victim Statement 40**

(From Victim with Reference Number Victim-236)

-----Original Message-----
From: ████████████████████
Sent: Friday, January 27, 2023 12:04 PM
To: Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
Subject: [EXTERNAL] Robert Hadden Criminal Case

Good afternoon Wendy,

I hope this finds you well.

I am reaching out in my support of Robert Hadden being sent directly to jail after the bail hearing on February 1, instead of waiting for the sentencing date scheduled for April 25. Robert Hadden is a sexual offender and a threat to our community. I was a patient of his for 15 years and endured abuse during this entire time. I cannot imagine that he went from abusing women for 30 years to suddenly stopping this behavior. Please do not allow him to do further harm.

Thank you for your consideration.

Best regards,
██████████

**Victim Statement 41**

(From Victim with Reference Number: Victim-53)

## Written Statement

Judge Berman:

Thank you for giving me and other victims of Robert Hadden the opportunity to provide a statement on this matter. It is important for me that you read, first-hand, the gravity of the violations that took place, and the impact that it has had on my life, as well as the lives of many other women. It is my sincere hope that the court is genuinely listening to what we're saying, and that our words have a material impact on the outcome of this trial. If we have not protected other women from this horrific behavior, we have accomplished nothing.

I think it might be helpful to give you a bit of background about myself. I am originally from the Washington DC area, am highly educated, well-traveled, and come from a loving and supportive family. In a million years, I never imagined I would be a victim of sexual assault. After graduating from college and prior to attending law school, I spent nearly three years living abroad in three different countries, alone as a single woman. Upon graduation from law school, I spent some time practicing for an international law firm in Miami, and then moved to New York City in 2003 where I continue to practice.

I became pregnant with my first child in 2012. Everything about the experience was new to me. Unlike most women, I had no one to "teach me the ropes" as I have no living female family members - my mother died when I was a baby. I have no sisters, nor do I have any family living in New York. My husband is from Israel, where all of his family lives. For my first pregnancy, we were alone and had only each other. Although my mother died when I was a baby, I was raised by my father who I trusted with every fiber of my being. He passed away when I was 24. Unlike many women, I had no issues with seeing a male gynecologist. In fact, I was seeing a male gynecologist who retired from practice when I first learned I was pregnant, at which time I was referred to Columbia Presbyterian in early 2012.

Now I will give you a timeline.

### May 11, 2012 and June 5, 2012

I saw Robert Hadden in 2012 on May 11 and June 5, both times during which I was asked to strip naked so he could "examine" the inside of my vagina. In order to do this, he apparently needed to first lubricate his hands (and not the medical instrument) so that he could manually lubricate anything that might come within a 5-inch radius of my vaginal opening.

While I was stripped down, he made suggestive comments about my body and noted that I would be "back in a bikini" by the summer.

### June 29, 2012 (Friday)

**Robert Hadden is arrested.** On Friday, June 29, Robert Hadden was arrested in his office for sexually assaulting a patient. It is my understanding that most, if not all, of the staff were aware of the arrest. It is also my understanding that the Trustees of Columbia University, New York Presbyterian Hospital, were made aware of the arrest.

Government Sentencing Exhibit C at 56

Government Exhibit A at 1

July 3, 2012 (Tuesday)

**4 days after Robert Hadden's arrest.** On Tuesday, July 3, just four days after Robert Hadden's arrest, I had a scheduled appointment with Robert Hadden, for which he was present and I believe unchaperoned. I was sexually assaulted by a known sexual offender, known by his peers and all levels of hospital management as a sexual predator, literally just 4 days after he was arrested in his medical office and escorted by police out of the building. Robert Hadden was actually permitted to RETURN to his medical office and sexually assault me just FOUR days after being arrested for LICKING a patient's genitals ... among other things.

Information about his arrest was provided to, and exchanged among, all levels of Columbia Presbyterian staff and management. I wonder if any of these people would agree to have their wife or daughter alone in a room with Robert Hadden, knowing what they very clearly knew. It is shocking to even consider that an executive decision was made to allow Robert Hadden to return, given the information presented to them. I guess the decision was made easier by the fact that it was someone else's wife/daughter/sister. Knowing what I know now, I would go as far as to say that there may have been a premeditated conspiracy by hospital staff and senior management to lie to its patients, thereby committing willful and knowing harm to the very patients who have trusted them with their care.

When Robert Hadden was again removed from practice later that year, my new doctor, Dr. Shin, as well as the office staff, each knowingly lied to me and uniformly told me that Robert Hadden was out on "medical leave." This was clearly a pre-fabricated lie that was mandated as the uniform communication by the hospital management and senior executives.

It was only after reading about it in the press that I learned that Robert Hadden had been arrested for sexually assaulting his patients, and it was then up to me to locate an attorney to represent my interests in this case. Shockingly, at no point, not once, has anyone from the hospital been in touch with me to discuss my experiences with Robert Hadden or the nature of his departure.

I should add that with my second child, at my first visit to the new obstetrician, I completely disrobed as I had with every single visit with Robert Hadden. When the doctor entered the room, she was startled and confused by seeing me completely disrobed, and immediately asked me to please put my clothes back on. When she heard Hadden's name, a light turned on in her head – she knew, and apparently everyone in the medical community knew. I was not asked even once to disrobe for the obstetrician with my second child. While I had invasive vaginal exams at every office visit with Robert Hadden, I went through my entire second pregnancy without my obstetrician asking me to completely disrobe, not even once. Not a single vaginal exam.

I have been asked to tell this same traumatic story over and over again, while Hadden is

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

Government Sentencing Exhibit C at 57

Government Exhibit A at 2

We have been asked during this process time and time again to "trust the process." As an attorney myself, I must admit how very ashamed I am by just how poorly the system has worked for the victims. It is exactly situations and outcomes, like this – where a sexual predator is invited back to the candy store, less than a week after his arrest – that people have so little faith in the legal and medical system. I hope my testimony and the testimony of other women have resulted in a real and credible change. I will never get to relive my first pregnancy in the manner I deserved, but I hope by participating in this process my own children will never be emotionally or physically violated during what should be the most joyful time of their lives.

Thank you for your time and consideration.

Government Sentencing Exhibit C at 58

Government Exhibit A at 3

**Victim Statement 42**
(From Victim with Reference Number: Victim-40)

Robert Hadden has wrecked lives. We heard testimony after testimony about how he is a sociopath and a sadist. He liked to see women in pain.

He is a crafty opportunist. He somehow has evaded any meaningful consequence for his crimes after all this time. We should all trust our instincts about this man and put him away starting now, so he doesn't have the opportunity to cause any more damage.
His own family members have accused him of sexual assault. There is no reason to believe the accusations aren't true.

He's a compulsive, sadistic serial sexual predator. He abused underage girls. It's reasonable to think that he will act on his impulses in some way during the months he is home ██████████████████ ███████ .

I don't wish to cause his family any further distress, but you know that this is not a man who truly cares about the well-being of his family, even though they are dependent on him.

He has used his family as props during this trial as he did when he would display their photos in his office, and talk about them to his patients, in order to disarm and distract us from his abusive and inappropriate behaviors.

Let's stop falling for his trickery and truly acknowledge that he is a dangerous man, to his community and to his family.

Government Sentencing Exhibit C at 59

Government Exhibit A at 4

**Victim Statement 43**
(From Victim with Reference Number: Victim-236)

I was a victim of Richard Hadden's abuse when I was in my early twenties, about 20 years ago. The question as to whether or not this man poses a threat, and the consideration of allowing him to remain out of jail, after a conviction 20 years too late, is insulting to me personally, and to every woman who is just like me and also suffered abuse from him.

While the defendant is arguing that Hadden has not hurt anyone during his bail, and therefor should be rewarded and remaining out of jail, brings the standard of what we expect from humanity down to such a low level it is shocking. Should a human being, who spent his entire career, spanning decades, abusing women over and over and over- HUNDREDS of women- be given a medal for not doing so for a few months? Even after being found guilty?

Furthermore. To consider that hadden only causes harm by *physically* abusing women, and therefore should remain free, since he has not committed this *physical* abuse in recent months, does not consider the emotional abuse this man has inflicted on hundreds of women and the emotional abuse it still causes us to have him sitting in his home, living his life as if these crimes he committed to do not effect us today. His freedom is an insult and threat to my emotional well being, and insult and direct threat to hundreds of women's ability to be at peace, have closure, and see justice served- finally!

Many of us have been waiting decades for this man to be held accountable for the horrific acts he inflicted. Why should we wait one day longer and suffer any more than we already have or already will suffer?

Nothing can take away abuse. Not incarceration, not guilty verdicts, nothing. The harm that Hadden has caused and continues to cause his abusers  cannot ever vanish. The effects are perhaps for life. However, I ask the court to minimize this harm as best it can, as soon as it can, by putting this convicted serial abuser in jail where he belongs and has belonged for decades.

We are daughters, wives, sisters, friends and mothers. And this mans freedom poses a direct threat to our well beings, our hearts and thoughts and sleep and stress and nervous systems, and ability to feel safe, and therefor also effects our loved ones, including our children's. I believe it is the responsibility of the court to recognize haddens continuous threat to the community in ways that reach far beyond the acts of physical abuse and  whether he is currently committing them. Abuse has long lasting effects that stay with us long after the act is done. Hadden poses a threat today, to me directly,  if he is allowed to live his life as a free man for even one more week, and I ask the court to show respect for every woman and all of our children and loved ones by not allowing him one more day out of incarceration so we can feel justice has begun to be served and healing can take another step forward.

Government Sentencing Exhibit C at 60

Government Exhibit A at 5

**Victim Statement 34**
(From Victim with Reference Number Victim-167)

January 27, 2023

To Whom It May Concern:

Please accept this letter as my statement to the fact that I was violated by hadden and have never been the same ever since, as previously stated. I need the man to be brought to justice so that it never happens again to anyone who places their trust in people with this type of position. I have been traumatized and left in a bubble because I do not trust male physicians with myself or my children. This has been a long journey to heal and to trust. I am still reluctant to engage in intimacy with anyone at all. I want to ask to remain anonymous.

Please accept this statement as true and factual.

Thanking you in advance,

███████

*Newly Numbered Victim Statement 44 (Bail Proceedings)*
*Corrected by the Government in 6/20/2023 Sentencing*
*Submission; this statement was previously submitted as*
*"Victim Statement 34 - but is now renamed Victim Statement*
*44 - because the Government filed two Victim Statements*
*with the number "34" in connection with bail proceedings.*

Government Sentencing Exhibit C at 41