*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

# EXHIBIT E

**(Defendant's Statements to Columbia Administrators on June 29, 2012)**

EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION

**Submitted: June 20, 2023**

June 29, 2012

1603: Received a phone call from Dr. Hadden's Secretary, Tiffany, who stated she has patient LK on the phone, who called her hysterically crying and was unable to speak, so she put her husband on the phone; who proceeded to ask for the nurse who assisted Dr Hadden.

I was asked by the patients husband who confirmed I was a nurse then placed his wife on the phone. LK, asked if I was the nurse in the room with Dr Hadden, I informed the patient of my title and that the medical assistants are the persons that actually assist the physicians.

I asked the patient if I could be of any assistance, LK stated "no, my husband is telling me to get the nurses name that was in the room with me because he wants me to call the police to have on record what happened to me when the nurse left the room.

Meghan Lavelle informed and given approval to give MA's name. The Medical Assistant's name was given and I asked LK if there was anything I can do, the patient stated no and hung up the phone.

Dr. Hadden, informed of LK statement that she is calling the police and he stated "The patient and I were discussing if she had an episiotomy vs a laceration; the patient went back into the stirrups and I touched the lacerated area, and the patient stated "that's enough". I didn't think anything of it and told the patient to get dressed and I would see her in my office, when I noticed the patient walk by my office I followed the patient and called her name. I voiced you forgot to come into my office for your prescriptions and she continued walking toward check-out. I told Ivannia she needed to schedule a 3 month appointment".