*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

# EXHIBIT F

**(Defendant's Voicemail to Laurie Kanyok of June 29, 2012)**

EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION

[AUDIO RECORDING]

Submitted: June 20, 2023