*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

# EXHIBIT G

**(Defendant's Statements to Columbia Administrators on June 29, 2012)**

EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION

**Filed: June 20, 2023**

**To:**  [Hadden, Robert A.[rah1@columbia.edu];

**Cc:**

**From:** Erica Metzger-Hare
**Sent:** Tue 12/11/2007 2:57:14 PM Eastern Standard Time
**Subject:** Sessions and Chaperone policy
**Attachment:** chaperone policy.doc
**Attachment:** sessions letter.doc

Hi everyone -

Please see the attached memo on sessions as well as the attached Chaperone policy.

Please contact me with any questions,
Erica

--
Erica Metzger-Hare, MBA
Department Administrator
Department of Obstetrics & Gynecology

*** FINAL ***

### New York Presbyterian Hospital
### Division of Obstetrics
### PERINATAL PRACTICE GUIDELINES

| | |
|---|---|
| **TITLE** | CHAPERONES FOR GYNECOLOGIC AND OBSTETRIC EXAMINATIONS |
| **PURPOSE** | To define guidelines regarding the need for chaperone during physical examinations |
| **POLICY** | The following procedure will be followed when there is insufficient space or staff to care for patients on Labor and Delivery |
| **APPLIES TO** | Obstetrics, Gynecology and Ultrasound |

**PROCEDURE**

1. All healthcare providers, male and female, are required to have a chaperone present when performing an internal pelvic or transvaginal ultrasound examination.
2. A chaperone is defined as a healthcare provider of the hospital or university who is unrelated to the patient.    Medical and ultrasound students may serve as chaperones.
3. The patient has a right to request a chaperone be present for any type of examination.
4. The chaperone does not need to be female.  However, when possible, a preference expressed by the patient regarding gender of the chaperone should be honored.

| | |
|---|---|
| **AUTHOR** | Patricia C. Devine,  M.D. |
| **REVIEWED BY** | Ronald Wapner, M.D, Director of Obstetrics and Maternal Fetal Medicine<br>Richard Berkowitz, M.D., Director of Quality Assurance |
| **DATE** | New Policy, January 2007 |
| **DISTRIBUTION** | Perinatal Practice Guidelines Manuel |

1



Department of
Obstetrics & Gynecology
622 W. 168th St. PH16
New York, NY 10032
212.305.3347 Tel
212.305.2171 Fax
www.columbiaobgyn.org

To: All practicing physicians and staff at East 60th Street and Irving 4
From: M. D'Alton, MD
E. Metzger-Hare
Subject: Reminders about sessions
Date: 12/11/07

As you well know session activity has been booming in the first several months of this fiscal year, and we wanted to take the opportunity to remind you all of a few things given this:

- Additional sessions are available. To book additional sessions or to schedule a make-up session please reach out to Meghan Lavelle (326.8542) for sessions at East 60th Street or Brenda Cruz (342.0881) for sessions on Irving 4.

- The Department's policy with respect to the presence of chaperones during patient visits is attached to this letter as a reminder. It is imperative that all practices at all sites adhere to this policy.

- If sessions run over the scheduled time slot due to unforeseen circumstances, we cannot mandate overtime from staff. Overtime can be requested of the staff, and the appropriate practice will pay the overtime rate for the employee in question. We would like to remind those using session rates that if consistent overages in paid session time are observed they will be addressed with the practice to determine an equitable resolution.

Sincerely,

Mary D'Alton and Erica Metzger-Hare