*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

# EXHIBIT I

**(Report of Victim-40's Statements and Victim-40's Grand Jury Testimony)**

**EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION**

**[SEALED]**

**Submitted: June 20, 2023**