*United States v. Hadden*,
**S2 20 Cr. 468 (RMB)**

# EXHIBIT J

**(Defendant's Medical Leave of Absence Requests and
Letters from Dr. Susan Powers (2012 to 2013))**

**EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION**

**[REDACTED COPY]**

**Filed: June 20, 2023**

**To:** ████r@columbia.edu ████@columbia.edu]
**From:** rah1@columbia.edu[rah1@columbia.edu]
**Sent:** Wed 9/12/2012 5:36:36 PM (UTC)
**Subject:** Medical leave of absence

Dear Ms. Miller,

I received your contact information from Dr. John Evanko. I am a
Assistant Cinical Professor of OB/Gyn( since 7/1/91) & I am requesting
a Medical Leave of Absence. I was hoping you would be so kind as to
inform me what documentation is required. I was told that I can either
email you the documentation directly or mail it to you @ 615 W 131st St.

Thank you in advance for your assistance.

Sincerely,

Robert A. Hadden, MD

**To:** Wendy Miller ████████ @columbia.edu)
**From:** rah1@columbia.edu[rah1@columbia.edu]
**Sent:** Fri 9/14/2012 7:38:38 PM (UTC)
**Subject:** Re: Second request re: Medical Leave of Absence

Case 1-2[cc]00468-RMB    Document 296-11    Filed 06/20/23    Page 3 of 12

Thank you so much. I will request the letter & send it as soon as it is available. Thanks again. Dr. Hadden
------Original Message------
From: Wendy Miller
To: 'rah1@columbia.edu'
Subject: RE: Second request re: Medical Leave of Absence
Sent: Sep 14, 2012 2:30 PM

Dr. Hadden,

The documentation required for a medical leave of absence is summarized below:

You need a note/letter from your treating physician stating the diagnosis and/or procedure that explains the need for the medical leave.
Your treating physician must include the dates that you will be absent from work (start date plus anticipated return to work date)

If you already have a letter from your treating physician, you can scan it and email it to me to initiate the process.   Or, you can also send it to me via Secure Fax: 212-851-7025  (but please send me an email when you've faxed it.)   Lastly, you can mail it to my attention (my contact information is below).

Best regards,
Wendy


Wendy Miller
Executive Director, Benefits
Columbia University
████████████████
████████████

Phone: ████████
Email: ███████ @columbia.edu




-----Original Message-----
From: rah1@columbia.edu [mailto:rah1@columbia.edu]
Sent: Friday, September 14, 2012 10:13 AM
To: ████████ @columbia.edu
Subject: Second request re: Medical Leave of Absence

Dear Ms. Miller,

I received your contact information from Dr. John Evanko. I am a Assistant Cinical Professor of OB/Gyn( since 7/1/91) & I am requesting a Medical Leave of Absence. I was hoping you would be so kind as to inform me what documentation is required. I was told that I can either email you the documentation directly or mail it to you @ 615 W 131st St.

Thank you in advance for your assistance.

Sincerely,

Robert A. Hadden, MD




Sent from my Verizon Wireless BlackBerry

**To:** ▮▮▮▮@columbia.edu▮▮▮@columbia.edu]
**Cc:** ▮▮▮@columbia.edu▮▮▮@columbia.edu]
**From:** rah1@columbia.edu[rah1@columbia.edu]
**Sent:** Wed 9/19/2012 10:01:07 PM (UTC)
**Subject:** Medical Leave

09-19-2012.PDF

Dear Wendy,

Please find the letter of documentation for my medical leave of
absence request attached. I will forward a copy by mail as well.

Sincerely,

Dr. Hadden

Susan Carroll Powers, Ph.D.
~~748 Greenwich Street, N.Y., N.Y. 10014~~
74 Denise Street, Sag Harbor, N.Y. 11963

30 Perry St, NY, N.Y 10014

9/19/12

N.Y. STATE CERTIF# 04587

Sincerely,
Susan Powers, Ph.D.

SUSAN CARROLL POWERS, PH.D.
CERTIFIED CLINICAL PSYCHOLOGIST

212-807-7409
30 PERRY ST., # 5                    74 DENISE STREET
NEW YORK, N.Y. 10014              SAG HARBOR, N.Y. 11983

**From:** rah1@columbia.edu[rah1@columbia.edu]
**Sent:** Thur 11/1/2012 3:53:08 AM (UTC)
**Subject:** Re: FW: Medical Leave
2nd medical leave of absence letter.PDF

Dear Wendy,

  I apologize for not responding sooner. I had spoken with Dr. D'Alton approximately two weeks ago and again today. Unfortunately I am requesting an extension of my medical leave of absence until December 1st, 2012. I have attached an updated letter of documentation from my therapist.
  I appreciate your concern & support. Let me know if you need any further information. Again, I truly am grateful for the continued support of my Department and the University.

Sincerely,

Dr. Hadden

Quoting Wendy Miller <[____]@columbia.edu>:

> Dr. Hadden,
>
> I hope you doing well following this storm.   We need to know if you
> are planning to return from leave tomorrow.  You may have already
> been in touch with your department but I also need an update.
> Please advise?
>
> Regards,
> Wendy
>
>
> Wendy Miller
> Executive Director, Benefits
> Columbia University
> [____]
> New York, NY 10027
>
> Phone: [____]
> Email: [____]@columbia.edu
>
>
> -----Original Message-----
> From: rah1@columbia.edu [mailto rah1@columbia.edu]
> Sent: Wednesday, September 19, 2012 6:01 PM
> To: [____]@columbia.edu
> Cc: [____]@columbia.edu
> Subject: Medical Leave
>
> Dear Wendy,
>
> Please find the letter of documentation for my medical leave of
> absence request attached. I will forward a copy by mail as well.
>
> Sincerely,
>
> Dr. Hadden

Susan Carroll Powers, Ph.D.
748 Greenwich Street, N.Y., N.Y. 10014
74 Denise Street, Sag Harbor, N.Y. 11963

30 Perry St.
n.y, ny 10014                    10/31/12

Sincerely,
Susan Powers, PhD

N.Y. State Certif # 04587

Exhibit J at 7

**To:** ███████ @columbia.edu] ███████ @columbia.edu]
**From:** rah1@columbia.edu[rah1@columbia.edu]
**Sent:** Wed 3/20/2013 8:04:53 PM (UTC)
**Subject:** Re: Status of Leave
[march 2013 letter susan.PDF]

Dear Fiona,

Please find attached the most recent letters of support for my
continued medical leave of absence from my therapist &
pyschopharmacologist. I also spoke to the representative of MetLife,
Columbia's long term disability provider & my disability has been
approved & I should be receiving my first benefit check at the end of
the month.

Therefore do I need to do anything regarding Cobra. My application to
The Standard for a waiver of my life insurance premium is still
pending so I want to be sure I don't miss any payment that could
jeopardize my policy.

Would you be so kind as to let me know what( & when) I need to do
anything in regard to these issues as soon as possible. Any help you
can provide would be very much appreciated.

Sincerely,

Dr. Hadden

Quoting Fiona McLennan <████ @columbia.edu>:

> Many thanks Dr Hadden. I'll let the Department know. I understand
> that they will send you a letter re your unpaid leave.
>
> In the meantime I thought it would be helpful to provide some
> insight about your benefits while on an unpaid leave.
>
> Once the paperwork is completed by your department's HR Manager, it
>   will trigger changes to your health plan benefits. Your medical
> plan   premiums will be based on the higher COBRA premiums; in order
> to be   covered by your current medical plan, you'll need to pay
> these   premiums. You'll receive paperwork on COBRA benefits,
> including the   premium in the mail.
>
> If you are subsequently approved for LTD, your premiums for the
> medical plan will be retroactively reduced to a lower premium (and
>  the COBRA premiums you paid will be reimbursed). The Benefits
> Service Center can be reached on 212 851 7000 and will be able to
> give you more information (once you get to that stage).
>
> Regards
> Fiona
> Fiona McLennan
>
> ----- Original Message -----
> From: rah1@columbia.edu [mailto rah1@columbia.edu]
> Sent: Monday, March 04, 2013 02:28 PM
> To: Fiona McLennan <██████ @columbia.edu>
> Subject: Re: Status of Leave
>
> Dear Fiona,                              I apologize for

>   not following up with you directly. I assumed since I was
> applying   for LTD through MetLife I have been waiting to hear from
> them. I   have not heard from them as yet.
>         Dr. Powers is on vacation as of today until
> 3/11/13. I will  have   her forward an updated letter on her return.
> In the interim I  will   ask Dr. Marantz, my pyschopharmacologist,
> to send an updated  letter.   Please let me know if there is
> anything else I need to do.
> Sincerely,                       Dr. Hadden
> ------Original Message------
> From: Fiona McLennan
> To: 'rah1@columbia.edu'
> Cc: ███████████@columbia.edu'
> Subject: Status of Leave
> Sent: Mar 4, 2013 1:57 PM
>
> Dear Dr Hadden,
>
> I have not heard from you, and  am assuming that you are not able to
>   return to work today, March 4.
>
> If that's the case, can you please provide me with letters from your
>   providers that state the reasons for you not being able to return
>  to  work by March 4?
>
> Again, assuming that you are not returning to work today, because
> you have been out for 6 months you will go on an unpaid leave
> pending the outcome of your Long Term Disability application with
> METLIFE.
>
> With best regards
> Fiona
> Fiona McLennan
>
>
> Sent from my Verizon Wireless BlackBerry
>

Susan Carroll Powers, Ph.D.
~~748 Greenwich Street, N.Y., N.Y. 10014~~
74 Denise Street, Sag Harbor, N.Y. 11963

19 Broa St #2C.
n.y. 10014

3/20/13



Sincerely,
Susan Powers, Ph.D
212-807-7409

**Robert Marantz, M.D.**
**51 Fifth Avenue (Ste. B)**
**New York, NY 10003**
**Phone/Fax (212) 242-7501**
**Email: robertmarantz@earthlink.net**

**March 6, 2013**

**To Whom It May Concern:**

Sincerely,

**Robert Marantz, M.D.**

Exhibit J at 11