UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
               Government,       :        20 CR. 468 (RMB)
                                          :
      - against -                       :        **ORDER**
                                          :
ROBERT HADDEN,                            :
                                          :
               Defendant.        :
------------------------------------------------------------x

       The sentence hearing will commence with victim statements on Wednesday, June 28, 2023 at 9:30 A.M. in Courtroom 17B.

       The sentence hearing will continue on Monday, July 24, 2023 at 9:30 A.M. in Courtroom 17B.

Note: The Government is requested to provide all victims (and their counsel if known) with notice of the hearings and of their rights to attend and/or participate under the Crime Victims Rights Act, 18 USC § 3771.

Dated: New York, New York
       June 21, 2023

                                                                      _____
                                                                          RICHARD M. BERMAN
                                                                               U.S.D.J.