*United States v. Hadden*,
**S2 20 Cr. 468 (RMB)**

# EXHIBIT S

**(Statements of Victim-9)**

**EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION**

**[SEALED]**

**Submitted: June 26, 2023**

***United States v. Hadden***,
**S2 20 Cr. 468 (RMB)**

# EXHIBIT T

**(Statements of Victim-11)**

**EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION**

**[SEALED]**

**Submitted: June 26, 2023**

*United States v. Hadden*,
**S2 20 Cr. 468 (RMB)**

# EXHIBIT U

**(Statements of Victim-12)**

**EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION**

**[SEALED]**

**Submitted: June 26, 2023**

*United States v. Hadden*,
**S2 20 Cr. 468 (RMB)**

# EXHIBIT V

**(Statements of Victim-20)**

**EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION**

**[SEALED]**

**Submitted: June 26, 2023**

*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

# EXHIBIT W

**(Statements of Victim-22)**

**EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION**

**[SEALED]**

**Submitted: June 26, 2023**

*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

# EXHIBIT X

**(Statements of Victim-65)**

**EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION**

**[SEALED]**

**Submitted: June 26, 2023**

*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

# EXHIBIT Y

**(Statements of Victim-87)**

**EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION**

**[SEALED]**

**Submitted: June 26, 2023**