UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                **ORDER**

        -against-                                20 **CR.** 468  (RMB)

ROBERT HADDEN,

                          Defendant.
------------------------------------------------------------X

      With respect to Defense counsel's letter dated June 23, 2023, and the Government's submission dated June 20, 2023 (seeking an upward variance of 25 years of incarceration), the Court will be focusing upon the case record and written submissions and oral presentations to determine whether an upward variance based upon 18 U.S.C. §3553(a) is appropriate. While the Court has not yet determined what the sentence will be, it is less likely (at this time) that an upward departure will be pursued.

Dated: New York, New York
          June 27, 2023

                                                *RMB*
                                        **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/23