

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 28, 2023

**TO BE FILED UNDER SEAL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Robert Hadden</u>, S2 20 Cr. 468 (RMB)

Dear Judge Berman:

The Government respectfully writes to provide the Court with a list of the eleven victims who spoke at today's sentencing proceeding and the order in which they spoke.

1. Emily Anderson*           (Victim-1)
2. Kate Evans*               (Victim-7)
3. ███████                   (Victim-87)
4. ███████                   (Victim-65)
5. Laurie Kanyok             (Victim-15)
6. ███████                   (Victim-246)
7. ███████                   (Victim-22)
8. Adina                     (Victim-9)
9. Robyn Bass Lavender       (Victim-11)
10. ███████                  (Victim-20)
11. ███████                  (Victim-259)

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: s/_____
Jane Kim
Paul M. Monteleoni
Lara Pomerantz
Assistant United States Attorneys
(212) 637-2038 / 2219 / 2343

cc:   Defense Counsel (By Email)

---

* Victims who testified at trial under pseudonyms are referenced above by their pseudonym. The Government presently understands that certain of the above victims wish to remain anonymous in public filings and accordingly files a redacted copy of this letter on ECF.