*United States v. Hadden*,
S2 20 Cr. 468 (RMB)

# EXHIBIT BB

**(Materials Relating to Victim-40)**

**EXHIBITS TO THE GOVERNMENT'S SENTENCING SUBMISSION**

**[FILED UNDER SEAL]**

**Submitted: July 13, 2023**