Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**ORIGINAL**

**United States District Court**

Southern District of New York

Caption:
United States of America, v.

Robert Hadden, Defendant.

Docket No. S2 20 Cr. 468
Honorable Richard M. Berman
(District Court Judge)

Notice is hereby given that the defendant Robert Hadden appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)
entered in this action on 07/25/23
(date)

This appeal concerns: Conviction only ☐  Sentence only ☐  Conviction & Sentence ✓  Other ☐

Defendant found guilty by plea ☐  trial ✓  N/A ☐

Offense occurred after November 1, 1987? Yes ✓  No ☐  N/A ☐

Date of sentence: 07/25/23   N/A ☐

Bail/Jail Disposition: Committed ✓  Not committed ☐  N/A ☐

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/2023

Appellant is represented by counsel? Yes ✓  No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Barry D. Leiwant, Esq. |
| Counsel's Address: | Federal Defenders of New York |
| | 52 Duane Street, 10th Floor, New York, NY 10007 |
| Counsel's Phone: | Tel. (212) 417-8742 |
| Assistant U.S Attorney: | Jane Kim United States Attorney's Office, SDNY |
| AUSA's Address: | One St. Andrews Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | Tel. (212)-637-2038 |

*Deirdre D. Von Dornum / KH*
DEIRDRE D. VON DORNUM, ESQ.
Signature