UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                Government, :      20 Cr 468 (RMB)
:
- against - :      **ORDER**
:
ROBERT HADDEN, :
                Defendant. :
-------------------------------------------------------------x

      The Court denies the application to redact the sentencing transcript.

      At the very beginning of the sentencing on July 24, 2023, the Court stated that nothing in its recitation was intended to harm Hadden or his family or words to that effect. And, I am not at all suggesting that Hadden's family including his siblings, are to blame for Hadden's crimes.

      Rather, I included Hadden's family history (which came from the Barday/Rosenberg Evaluation and was commissioned by the defense) because I feel it is important to understanding who Hadden is and why he committed his predatory and unprecedented crimes. The information in the transcript was stated by me in a public proceeding and without objection. Deleting or redacting the text of the transcript would only cause confusion at this point. And, unless his story is accurately told (which began during the sentencing), there may be less of a chance to prevent recidivism -- or to have the community, especially victims, feel more secure.

      I take full responsibility for **not** redacting the transcript, the text of which has already been widely disseminated and discussed in the community.

Dated: New York, New York
       July 27, 2023

                                        *Richard M. Berman*
                                        _____
                                        **RICHARD M. BERMAN, U.S.D.J.**