UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA          :
                                  :
            -against-             :                    ORDER EXONERATING BOND.
                                  :
                                  :
ROBERT HADDEN,                    :          20 Cr. 468 (RMB)
                                  :
            Defendant.            :
-----------------------------------------------------X

WHEREAS, Robert Hadden was released from custody on a $1,000,000.00 (ONE

MILLION DOLLAR) bond secured by property located at 280 Windsor Road, Englewood,

N.J.., 07361 (Dkt. Entry # 81), and

WHEREAS, Mr. Hadden complied with all conditions of his release, up and until his

remand by this Court on February 1, 2023, and has now been sentenced

IT IS HEREBY ORDERED THAT, the bond is exonerated, all obligations under the

bond are lifted, and it shall no longer represent any encumbrance or lien on the property at 280

Windsor Road, Englewood, N.J. 07361.

DATED:  January _6_, 2025
        New York, New York

**SO ORDERED**

_Richard M. Berman_
_____
            **U.S.D.J.**